UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, <br><br> *Defendant*. | Civil Action No. 21-2919 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's December 17, 2021, Minute Order, the Parties respectfully file the following status report in this Freedom of Information Act ("FOIA") matter in which Plaintiffs have requested records from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). The parties hereby state as follows:

1. On April 28, 2021, Plaintiffs submitted a FOIA request to ATF seeking records related to ATF's monitoring of individuals via the National Instant Criminal Background Check System ("NICS") Audit Log Review. *See* Compl. (ECF No. 1) ¶ 6; Exhibit A.

2. Defendant is in the process of concluding its search for responsive records to Plaintiff's request, and estimates that it will complete its search in the next 30 days. Defendant's search encompasses multiple offices, some of which have recently undergone significant employee turnover.

3. Defendant does not anticipate moving for an *Open America* stay in this action. Also, the parties will confer regarding whether a *Vaughn* index will be required in this action after the completion of Defendant's productions.

4. In light of the above, the parties believe that it would be premature to set a

briefing schedule in this action and propose that they file another Joint Status Report by March 15, 2022, and every 60 days thereafter, to further update the Court on Defendant's progress responding to Plaintiffs' request for records.

A proposed order is attached.

Dated January 14, 2021                Respectfully submitted,

/s/ Robert J. Olson
Robert J. Olson
(D.C. Bar No. 1029318)
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com ( e-mail)

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
Stephen@sdslaw.us
DC District Court Bar# MS00009

*Counsel for Plaintiffs*

MICHAEL M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:   /s/  *Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.

2

Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, <br><br> *Defendant*. | Civil Action No. 21-2919 (ABJ) |

**[PROPOSED] ORDER**

In consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a joint status report by March 15, 2022, further updating the Court on Defendant's response to Plaintiffs' Freedom of Information Act request.

_____   _____
Date                              Amy Berman Jackson
                                  United States District Judge