UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES,<br><br>*Defendant*. | Civil Action No. 21-2919 (ABJ) |

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's January 18, 2022, Minute Order, the Parties respectfully file the following status report in this Freedom of Information Act ("FOIA") matter in which Plaintiffs have requested records from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). The parties hereby state as follows:

1.      On April 28, 2021, Plaintiffs submitted a FOIA request to ATF seeking records related to ATF's monitoring of individuals via the National Instant Criminal Background Check System ("NICS") Audit Log Review.  *See* Compl. (ECF No. 1) ¶ 6; Exhibit A.

2.      ATF reports that its searches for potentially responsive records remain ongoing. Those searches have taken longer than anticipated because ATF has identified the need to task an Information Technology contractor with conducting an email search for communications between ATF and the Federal Bureau of Investigation ("FBI").  ATF believes this search is necessary because the FBI maintains access to NICS and monitoring requests are typically handled via email request to the FBI.  In any event, ATF anticipates that it will complete its searches and provide an update to Plaintiffs regarding the number of potentially responsive records located within the next 30 days.

3.     In light of the above, the parties respectfully propose that they file another Joint Status Report by May 16, 2022, to further update the Court on Defendant's progress responding to Plaintiffs' request for records.

A proposed order is attached.

Dated March 15, 2022                Respectfully submitted,

                                    /s/ Robert J. Olson
                                    Robert J. Olson
                                    (D.C. Bar No. 1029318)
                                    Jeremiah L. Morgan
                                    (D.C. Bar No. 1012943)
                                    William J. Olson
                                    (D.C. Bar No. 233833)
                                    William J. Olson, P.C.
                                    370 Maple Avenue West, Suite 4
                                    Vienna, VA 22180-5615
                                    703-356-5070 (telephone)
                                    703-356-5085 (fax)
                                    wjo@mindspring.com ( e-mail)

                                    /s/ Stephen D. Stamboulieh
                                    Stephen D. Stamboulieh
                                    Stamboulieh Law, PLLC
                                    P.O. Box 428
                                    Olive Branch, MS 38654
                                    (601) 852-3440
                                    Stephen@sdslaw.us
                                    DC District Court Bar# MS00009

                                    *Counsel for Plaintiffs*

                                    MATTHEW M. GRAVES, D.C. Bar No. 481052
                                    United States Attorney

                                    BRIAN P. HUDAK
                                    Acting Chief, Civil Division

                            By:    /s/  *Christopher C. Hair*
                                    CHRISTOPHER C. HAIR, PA Bar No. 306656
                                    Assistant United States Attorney
                                    555 Fourth Street, N.W.
                                    Washington, D.C. 20530
                                    (202) 252-2541

christopher.hair@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUN OWNERS OF AMERICA, INC, *et al.*,

*Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

*Defendant*.

Civil Action No. 21-2919 (ABJ)

**[PROPOSED] ORDER**

In consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a joint status report by May 16, 2022, further updating the Court on Defendant's response to Plaintiffs' Freedom of Information Act request.

_____        _____
Date                                                        Amy Berman Jackson
                                                               United States District Judge