UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES,<br><br>*Defendant*. | Civil Action No. 21-2919 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's May 24, 2022, Minute Order, the Parties respectfully file the following status report in this Freedom of Information Act ("FOIA") matter in which Plaintiffs have requested records from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). The parties hereby state as follows:

1.       On April 28, 2021, Plaintiffs submitted a FOIA request to ATF seeking records related to ATF's monitoring of individuals via the National Instant Criminal Background Check System ("NICS") Audit Log Review.  *See* Compl. (ECF No. 1) ¶ 6; Exhibit A.

2.       ATF reports that after a supplemental search it located approximately 2,764 additional records for responsiveness review in addition to the originally located 1,795 records. ATF made its first rolling production on July 12, 2022, reviewing 141 potentially responsive records totaling 530 pages, removing 484 pages as non-responsive or duplicative, and releasing 46 pages either in part or in full.  ATF will use its best efforts to review 400 records per month and make monthly releases.  ATF has approximately 4,418 records remaining to review and process, and the parties are conferring to prioritize the review and processing of these remaining records.

3.      In light of the above, the parties respectfully propose that they file another Joint

Status Report by September 13, 2022, to further update the Court.  A proposed order is attached.

Dated July 15, 2022                    Respectfully submitted,

                                       /s/ Robert J. Olson
                                       Robert J. Olson
                                       (D.C. Bar No. 1029318)
                                       Jeremiah L. Morgan
                                       (D.C. Bar No. 1012943)
                                       William J. Olson
                                       (D.C. Bar No. 233833)
                                       William J. Olson, P.C.
                                       370 Maple Avenue West, Suite 4
                                       Vienna, VA 22180-5615
                                       703-356-5070 (telephone)
                                       703-356-5085 (fax)
                                       wjo@mindspring.com ( e-mail)

                                       /s/ Stephen D. Stamboulieh
                                       Stephen D. Stamboulieh
                                       Stamboulieh Law, PLLC
                                       P.O. Box 428
                                       Olive Branch, MS 38654
                                       (601) 852-3440
                                       Stephen@sdslaw.us
                                       DC District Court Bar# MS00009

                                       *Counsel for Plaintiffs*

                                       MATTHEW M. GRAVES, D.C. Bar No. 481052
                                       United States Attorney

                                       BRIAN P. HUDAK
                                       Chief, Civil Division

                                By:    /s/ Sean Tepe
                                       SEAN M. TEPE, DC Bar #1001323
                                       Assistant United States Attorney
                                       601 D Street, N.W.
                                       Washington, D.C. 20530
                                       (202) 252-2533
                                       sean.tepe@usdoj.gov

                                       *Counsel for Defendant*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUN OWNERS OF AMERICA, INC, *et al.*,

*Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

*Defendant*.

Civil Action No. 21-2919 (ABJ)

**[PROPOSED] ORDER**

In consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a joint status report by September 13, 2022, further updating the Court on Defendant's response to Plaintiffs' Freedom of Information Act request.

_____
Date

_____
Amy Berman Jackson
United States District Judge