UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUN OWNERS OF AMERICA, INC, *et al.*,

*Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,

*Defendant*.

Civil Action No. 21-2919 (ABJ)

## JOINT STATUS REPORT

Pursuant to the Court's July 15, 2022, Minute Order, the Parties respectfully file the following status report in this Freedom of Information Act ("FOIA") matter in which Plaintiffs have requested records from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). The parties hereby state as follows:

1. On April 28, 2021, Plaintiffs submitted a FOIA request to ATF seeking records related to ATF's monitoring of individuals via the National Instant Criminal Background Check System ("NICS") Audit Log Review.  *See* Compl. (ECF No. 1) ¶ 6; Exhibit A.

2. ATF previously reported that after a supplemental search it located approximately 2,764 additional records for responsiveness review in addition to the originally located 1,795 records.  On August 12, 2022, ATF informed Plaintiffs' counsel via letter that after reviewing 543 potentially responsive records totaling 1,604 pages, ATF determined that 1,446 pages were non-responsive or duplicative, withheld 92 pages in full, and sent 62 pages to the FBI for consultation.  On September 12, 2022, ATF informed Plaintiffs' counsel via letter that after reviewing 257 potentially responsive records totaling 686 pages, ATF determined that 401 pages were non-responsive or duplicative, withheld 123 pages in full, and sent 161 pages to the FBI for

consultation. ATF has approximately 3,618 records remaining to review and process.

    3.    In light of the above, the parties respectfully propose that they file another Joint Status Report by November 14, 2022, to further update the Court. A proposed order is attached.

Dated September 13, 2022

Respectfully submitted,

/s/ Robert J. Olson
Robert J. Olson (D.C. Bar No. 1029318)
Jeremiah L. Morgan (D.C. Bar No. 1012943)
William J. Olson (D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com ( e-mail)

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh, DC District Court Bar# MS00009
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
Stephen@sdslaw.us

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    /s/ Sean Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2533
sean.tepe@usdoj.gov

*Counsel for Defendant*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>*Defendant*. | Civil Action No. 21-2919 (ABJ) |

**[PROPOSED] ORDER**

In consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a joint status report by November 14, 2022, further updating the Court on Defendant's response to Plaintiffs' Freedom of Information Act request.

_____   _____
Date                                                          Amy Berman Jackson
                                                                     United States District Judge