UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES,<br><br>*Defendant*. | Civil Action No. 21-2919 (ABJ) |

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's September 14, 2022, Minute Order, the Parties respectfully file the following status report in this Freedom of Information Act ("FOIA") matter in which Plaintiffs have requested records from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). The parties hereby state as follows:

1. On April 28, 2021, Plaintiffs submitted a FOIA request to ATF seeking records related to ATF's monitoring of individuals via the National Instant Criminal Background Check System ("NICS") Audit Log Review. *See* Compl. (ECF No. 1) ¶ 6; Exhibit A.

2. ATF previously reported that after a supplemental search it located approximately 2,764 additional records for responsiveness review in addition to the originally located 1,795 records. On October 12, 2022, ATF informed Plaintiffs' counsel via letter that after reviewing 300 potentially responsive records totaling 671 pages, ATF determined that 272 pages were non-responsive or duplicative, withheld 202 pages in full, and sent 197 pages to the FBI for consultation. On November 14, 2022, ATF informed Plaintiffs' counsel via letter that after reviewing 299 potentially responsive records totaling 692 responsive pages, ATF determined that 236 pages were non-responsive or duplicative, withheld 269 pages in full, and sent 187 pages to

the FBI for consultation.  ATF has approximately 2,158 records remaining to review and process.

      3.      In light of the above, the parties respectfully propose that they file another Joint Status Report by January 13, 2023, to further update the Court.  A proposed order is attached.

Dated November 14, 2022        Respectfully submitted,

/s/ Robert J. Olson
Robert J. Olson (D.C. Bar No. 1029318)
Jeremiah L. Morgan (D.C. Bar No. 1012943)
William J. Olson (D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
wjo@mindspring.com ( e-mail)

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh, DC District Court Bar# MS00009
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
Stephen@sdslaw.us

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    /s/  Sean Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2533
sean.tepe@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUN OWNERS OF AMERICA, INC, *et al.*,

*Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

*Defendant*.

Civil Action No. 21-2919 (ABJ)

**[PROPOSED] ORDER**

In consideration of the parties' joint status report, it is hereby ORDERED that the parties

shall file a joint status report by January 13, 2023, further updating the Court on Defendant's

response to Plaintiffs' Freedom of Information Act request.

_____
Date

_____
Amy Berman Jackson
United States District Judge