UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>*Defendant*. | Civil Action No. 21-2919 (ABJ) |

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's March 14, 2023, Minute Order, the Parties respectfully file the following status report in this Freedom of Information Act ("FOIA") matter in which Plaintiffs have requested records from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). The parties hereby state as follows:

1.     On April 28, 2021, Plaintiffs submitted a FOIA request to ATF seeking records related to ATF's monitoring of individuals via the National Instant Criminal Background Check System ("NICS") Audit Log Review.  *See* Compl. (ECF No. 1) ¶ 6; Exhibit A.

2.     ATF previously reported that after a supplemental search it located approximately 2,764 additional records for responsiveness review in addition to the originally located 1,795 records.  On March 21, 2023, ATF informed Plaintiffs' counsel via letter that after reviewing 398 potentially responsive records totaling 826 pages, 786 pages were non-responsive or duplicative and forty pages were sent to the FBI for consultation.  The 40 pages sent to FBI were produced to Plaintiffs' counsel on April 5, 2023.  On April 24, 2023, ATF informed Plaintiffs' counsel via letter that after reviewing 250 potentially responsive records totaling 540 pages, ATF determined that 529 pages were non-responsive or duplicative and sent eleven pages to the FBI for

consultation.  ATF has approximately 309 records remaining to review and process.

      3.     The parties respectfully propose that they file another Joint Status Report by

July 14, 2023, to further update the Court.  A proposed order is attached.


Dated May 15, 2023                Respectfully submitted,

                            /s/ Robert J. Olson
                            Robert J. Olson (D.C. Bar No. 1029318)
                            Jeremiah L. Morgan (D.C. Bar No. 1012943)
                            William J. Olson (D.C. Bar No. 233833)
                            William J. Olson, P.C.
                            370 Maple Avenue West, Suite 4
                            Vienna, VA 22180-5615
                            703-356-5070 (telephone)
                            wjo@mindspring.com ( e-mail)

                            /s/ Stephen D. Stamboulieh
                            Stephen D. Stamboulieh, DC District Court Bar# MS00009
                            Stamboulieh Law, PLLC
                            P.O. Box 428
                            Olive Branch, MS 38654
                            (601) 852-3440
                            Stephen@sdslaw.us

                            *Counsel for Plaintiffs*

                            MATTHEW M. GRAVES, D.C. Bar No. 481052
                            United States Attorney

                            BRIAN P. HUDAK
                            Chief, Civil Division

By:     /s/  Sean Tepe
                            SEAN M. TEPE, DC Bar #1001323
                            Assistant United States Attorney
                            601 D Street, N.W.
                            Washington, D.C. 20530
                            (202) 252-2533
                            sean.tepe@usdoj.gov

                            *Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUN OWNERS OF AMERICA, INC, *et al.*,

*Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

*Defendant*.

Civil Action No. 21-2919 (ABJ)

**[PROPOSED] ORDER**

In consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a joint status report by July 14, 2023, further updating the Court on Defendant's response to Plaintiffs' Freedom of Information Act request.

_____

Date

_____

Amy Berman Jackson
United States District Judge