UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, <br><br> *Defendant*. | Civil Action No. 21-2919 (ABJ) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 16, 2023, Minute Order, the Parties respectfully file the following status report in this Freedom of Information Act ("FOIA") matter in which Plaintiffs have requested records from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). The parties hereby state as follows:

1. On April 28, 2021, Plaintiffs submitted a FOIA request to ATF seeking records related to ATF's monitoring of individuals via the National Instant Criminal Background Check System ("NICS") Audit Log Review. *See* Compl. (ECF No. 1) ¶ 6; Exhibit A.

2. ATF previously reported that after a supplemental search it located approximately 2,764 additional records for responsiveness review in addition to the originally located 1,795 records. On May 15, 2023, ATF corrected its correspondence dated April 24, 2023, regarding its tenth production update via letter to Plaintiffs' counsel. ATF's May 15, 2023 letter explained that since its April 24, 2023 correspondence, ATF discovered that 531 pages in its tenth production were non-responsive and duplicative, not 529, and nine pages were sent to the FBI for consultation, not eleven. On May 24, 2023, ATF informed Plaintiffs' counsel via letter that after reviewing the final 309 potentially responsive records totaling 628 pages, 561 pages were

non-responsive or duplicative, and sixty-seven were sent to the FBI for consultation. The package of documents sent to FBI inadvertently included pages associated with ongoing investigations. Those nineteen pages were removed before the records were produced to Plaintiff's counsel. However, the number of pages cited in the May 24, 2023 notice – sixty-seven – was carried over into the July 10 letter. In fact, only forty-eight pages were produced on July 10, 2023. On July 12, 2023, ATF informed Plaintiff's counsel via letter of the error in the July 10 letter. On June 26, 2023, ATF informed Plaintiffs' counsel via letter that it had completed its review of potentially responsive records, and, due to the passage of time, re-checked records from Productions One through Five previously withheld in full pursuant to FOIA Exemption 7(A). ATF's June letter further explained that it processed 134 pages associated with now-closed investigations, and that the 134 pages were sent to the FBI for consultation. ATF will complete its re-checking of records previously withheld in full pursuant to Exemption 7(A) this month and all pages associated with now-closed investigations will be included in a 13th and final production.

3. The parties respectfully propose that they file another Joint Status Report by September 12, 2023, to further update the Court. A proposed order is attached.

Dated July 14, 2023                 Respectfully submitted,

/s/ Robert J. Olson
Robert J. Olson (D.C. Bar No. 1029318)
Jeremiah L. Morgan (D.C. Bar No. 1012943)
William J. Olson (D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
wjo@mindspring.com ( e-mail)

        /s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh, DC District Court Bar# MS00009
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
Stephen@sdslaw.us

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    /s/ Sean Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2533
sean.tepe@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, <br><br> *Defendant*. | Civil Action No. 21-2919 (ABJ) |

**[PROPOSED] ORDER**

In consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a joint status report by September 12, 2023, further updating the Court on Defendant's response to Plaintiffs' Freedom of Information Act request.

_____   _____
Date                                                          Amy Berman Jackson
                                                                      United States District Judge