UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, <br><br> *Defendant*. | Civil Action No. 21-2919 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's July 17, 2023, Minute Order, the Parties respectfully file the following status report in this Freedom of Information Act ("FOIA") matter in which Plaintiffs have requested records from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). The parties hereby state as follows:

1. On April 28, 2021, Plaintiffs submitted a FOIA request to ATF seeking records related to ATF's monitoring of individuals via the National Instant Criminal Background Check System ("NICS") Audit Log Review.  *See* Compl. (ECF No. 1) ¶ 6; Exhibit A.

2. ATF previously reported that after a supplemental search it located approximately 2,764 additional records for responsiveness review in addition to the originally located 1,795 records.

3. On June 26, 2023, ATF informed Plaintiffs' counsel via letter that it had completed its review of potentially responsive records, and, due to the passage of time, re-checked records from Productions One through Five previously withheld in full pursuant to FOIA Exemption 7(A).  ATF's June letter further explained that it processed 134 pages associated with now-closed investigations, and that the 134 pages were sent to the FBI for

consultation.

4. Via letter dated September 6, 2023, ATF made a production of 115 responsive pages which contained unapplied redactions—that is, the redactions and the basis for the exemptions were reflected in red boxes but the content was still visible as the permanent redactions had not been applied. ATF intends to move for a protective order from this Court with respect to that production. On September 8, 2023, ATF made a second release of the same 115 pages containing the redactions applied.

5. ATF also released to Plaintiffs' counsel via separate letter dated September 6, 2023, the 134 responsive pages in full or in part that had previously been sent to the FBI for consultation.

6. The parties respectfully propose that they file another Joint Status Report by November 14, 2023, to further update the Court. A proposed order is attached.

Dated September 12, 2023      Respectfully submitted,

/s/ Robert J. Olson
Robert J. Olson (D.C. Bar No. 1029318)
Jeremiah L. Morgan (D.C. Bar No. 1012943)
William J. Olson (D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
wjo@mindspring.com ( e-mail)


/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh, DC District Court Bar# MS00009
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
Stephen@sdslaw.us

*Counsel for Plaintiffs*

        MATTHEW M. GRAVES, D.C. Bar No. 481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

By:   */s/ Sean Tepe*
        SEAN M. TEPE, DC Bar #1001323
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-2533
        sean.tepe@usdoj.gov

        *Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, <br><br> *Defendant*. | Civil Action No. 21-2919 (ABJ) |

**[PROPOSED] ORDER**

In consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a joint status report by November 14, 2023, further updating the Court on Defendant's response to Plaintiffs' Freedom of Information Act request.

_____    _____
Date                                                          Amy Berman Jackson
                                                                    United States District Judge