UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>*Defendant*. | Civil Action No. 21-2919 (ABJ) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for a Protective Order, and the entire record herein, it is hereby:

ORDERED that Defendant's Motion is GRANTED; and it is further

ORDERED that, until further order of this Court, Plaintiff and its counsel shall (1) sequester the September 6, 2023, inadvertently produced FOIA records and the contents of those records and (2) shall not disseminate, disclose, or use for any purpose those records or the contents of those records.

SO ORDERED:


Dated: _____        _____
                                       AMY BERMAN JACKSON
                                       United States Magistrate Judge