UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 21-2919 (ABJ) |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## DECLARATION OF AIDAN JOHNSON

1. My name is Aidan Johnson. I am a U.S. citizen and resident of Virginia. I make this declaration in support of Plaintiffs' Opposition to Defendant's Motion for Protective Order. Unless otherwise stated, I make this declaration based on personal knowledge. If called as a witness, I can testify to the truth of the statements contained herein.

2. I am the Director of Federal Affairs for Gun Owners of America, Inc. ("GOA").

3. My job duties involve federal legislative, regulatory, and electoral work, as well as monitoring legal matters of national interest. As part of those duties, I supervise a team of registered federal lobbyists to identify, track, and influence matters of importance to GOA's mission, our members, and the firearms industry.

4. I am generally familiar with the documents previously produced by Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives in this matter. I am also generally familiar with the widespread media attention that this ongoing story has garnered, which has resulted in numerous

1

Exhibit 1

news stories and other reporting posted on YouTube and various online forums and publications. This story has also received significant attention from elected officials, interested in learning more about how the ATF and FBI are using the National Instant Background Check System to spy, in real time, on Americans' Second Amendment activity.

5. Using the NICS system as a monitoring tool is extremely concerning to GOA and its members. This concern is buttressed by the ATF and FBI's creation and misuse of the NICS Monitoring Program to monitor *law abiding citizens* who purchase firearms.

6. Early this year, H.R. 28, the Illegal Alien NICS Alert Act, was introduced in Congress. This legislation proposed to use NICS as a monitoring tool to notify Immigration and Customs Enforcement ("ICE") any time an illegal alien attempts to purchases a firearm.

7. However, news coverage of GOA's FOIA request and the NICS Monitoring Program were being publicized contemporaneously with introduction of H.R. 28.

8. Based on that coverage and GOA's work to make elected officials aware of the FBI program, a member of Congress reached out to GOA, on behalf of a congressional committee, to inquire about the program, and requested the documents received pursuant to GOA's FOIA request.

9. After GOA provided the information, and raised questions and concerns about the pending legislation, it is my understanding that members of Congress decided against proceeding further with H.R. 28 which, I believe, for all practical purposes, is now seen as unviable.

*See:* https://www.congress.gov/bill/118th-congress/house-bill/28/all-actions;

*See also:* https://www.cnn.com/2023/01/27/politics/republican-tom-emmer-gop-conference/index.html.

10. There is a significant public interest, not only for GOA's members but for the American public in general, to know more about this secret government program being used to surveil gun

owners.

11. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 13, 2023

_____
**AIDAN JOHNSON**