UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>*Defendant.* | Civil Action No. 21-2919 (ABJ) |

**SECOND DECLARATION OF GINAE E. BARNETT, ACTING CHIEF, INFORMATION & PRIVACY GOVERNANCE DIVISION, BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**

1.      I am the Acting Chief of the Information and Privacy Governance Division ("IPG") at the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") within the Department of Justice ("DOJ").  In this capacity, I am responsible for all records requests made of ATF under the Freedom of Information Act ("FOIA"), 5 U.S.C. section 552, and the Privacy Act of 1974 ("PA"), 5 U.S.C. section 552a.  As part of these official duties, I oversee the processing of all FOIA and PA records requests, which includes any searches relevant to such requests, and the determination of what records should be disclosed.

2.      I am familiar with the procedures followed by IPG in responding to Plaintiff's FOIA request.  I declare that the statements made herein are based on my personal knowledge, acquired by review of the administrative file relating to Plaintiff's FOIA request or knowledge otherwise obtained during the performance of my official duties.

1

**Plaintiff's FOIA Request**

3.      On April 28, 2021, Robert J. Olson, on behalf of Gun Owners of America ("GOA") and Gun Owners Foundation, submitted via email to ATF a FOIA request for the following records related to ATF's use of the National Instant Criminal Background Check System ("NICS"):

> (a) records showing the number of individuals for whom ATF is requesting or has requested NICS monitoring, during the 12-month period preceding this request;
>
> (b) records demonstrating the purpose(s) for which each individual has been monitored (i.e., suspected straw purchases, false statements, etc.);
>
> (c) records discussing the legality of NICS monitoring;
>
> (d) records demonstrating the number of individuals prosecuted as a result of being "monitored" by the program (criminal case docket numbers will suffice); and
>
> (e) records demonstrating any reported unlawful or otherwise improper misuse of NICS monitoring by ATF personnel (or contractors of ATF).

4.      ATF acknowledged receipt of GOA's FOIA request by letter dated August 24, 2021, and proceeded to search for responsive records.

5.      On November 5, 2021, GOA filed the complaint in this matter to "compel compliance" with the FOIA.  Compl. at 1.

6.      ATF's search returned 4,559 potentially responsive documents.  ATF reviewed the 4,559 potentially responsive documents and produced all responsive records in 13 monthly productions.  The first 11 productions were the result of ATF's review of the 4,559 potentially responsive documents.  Given the amount of time that had passed since production began, ATF proactively re-checked records previously withheld in full pursuant to FOIA Exemption 7(A). Productions 12 and 13 are the result of this effort.

### ATF's Inadvertent Production

7.      For this request, ATF used Adobe Acrobat to process responsive records.  In the "Redact" setting in Adobe, the processor applied redaction markings.  The processor marked information for redaction with red boxes and overlay text—visible when one moved the cursor over the red boxes-that indicated the statutory exemption that applies to each redaction.  The document remained in this format ("redout") – marked for redactions with exempt information visible – through the review and approval process.  Once approved at ATF, the redout file was transmitted to Federal Bureau of Investigation ("FBI") for consultation in this format.  The FBI marked additional information for redaction, also with red boxes and overlay text that indicated the statutory exemption that applies to each redaction.[1]  Upon final approval to release the file, the processor must select "Apply" to permanently remove the information marked for redaction. This action creates a second "redacted" document in addition to the "redout" document. That process was followed here, but the redout file was inadvertently attached to the email when production 13 was released on September 6, 2023.  The inadvertently produced PDF file contains hundreds of red boxes surrounding text that was intended to be redacted.  When a user moves the cursor above the red box, the box changes to black and the specific FOIA exemption provision is noted.

8.      On September 6, 2023, ATF sent Plaintiff's counsel an encrypted email to which was attached a cover letter and a PDF file that was intended to be the final production in this matter – Production 13.  *See* Attachment A, Production 13, September 6, 2023.  This file consists of 115 responsive pages from which information exempt from FOIA was marked for redaction on behalf of both ATF and the FBI on virtually every page.  Due to the above-described file

---

[1] For discussion of FBI's review and processing of the documents, *see* Declaration of Michael G. Seidel ("Seidel Decl.").

naming error, the file which was sent by ATF initially inadvertently contained unapplied redactions.

9.      On September 8, 2023, Plaintiff's counsel requested a revised redacted version of Production 13. *See* Attachment B, 20230908 Email from Plaintiff's Counsel. Within 30 minutes, both ATF and counsel for the Government realized that an inadvertent production had been made, requested immediate remediation and that the inadvertently produced file be deleted. *See* Attachment C, 20230908 0423 pm Email to Plaintiff's Counsel. ATF also provided Plaintiff's counsel with a properly redacted production. *See* Attachment D, 20230908 0433 pm Email to Plaintiff's Counsel.

10.     On September 10, 2023, ATF requested via email to Plaintiff's counsel written confirmation that all copies of the inadvertent production were deleted. ATF needed written confirmation as evidence of the mitigation efforts to be set forth in its report of the incident to the agency's privacy office. *See* Attachment E, 20230910 Email to Plaintiff's Counsel.

11.     By email dated September 11, 2023, counsel for Plaintiff informed counsel for the Government that he did "not have time today to consider much less respond to this request to delete." *See* Attachment F, 20230911 Email from Plaintiff's Counsel. Given this response, counsel for the Government advised Plaintiff's counsel that ATF planned to move for a protective order. *See* Attachment G, 20230911 Email to Plaintiff's Counsel.

12.     On September 12, 2023, a new counsel for Plaintiff emailed Government counsel confirming that Plaintiff would oppose the protective order motion. *See* Attachment H, 20230912 Email from new Plaintiff's Counsel.

**Exempt Information Contained Within the Inadvertent Production**

13.     Each production in this matter, generally, includes the same type of documents. For each ATF request for NICS monitoring, there is an email or email string and an attachment. The attachment for each case is a standard form completed by ATF agents regarding the individual for which monitoring is being requested. *See* Attachment I, ATF Production 13. On each form, an ATF agent inserts identifying information for the individual for whom NICS monitoring is requested in connection with a criminal investigation and indicates whether the request is for a 30, 60, or 90-day monitoring period.

14.     NICS is the FBI's National Instant Criminal Background Check System used to determine if an individual is prohibited from purchasing a firearm. It was established as a result of the Brady Handgun Violence Prevention Act of 1993. ATF may obtain information from FBI NICS for civil or criminal law enforcement activities related to the Gun Control Act or the National Firearms Act. Title 28 CFR section 25.9(b)(2)(i) specifically provides that "[i]nformation in the NICS Audit Log, including information not yet destroyed under Title 28 CFR § 25.9(b)(1)(iii), that indicates, either on its face or in conjunction with other information, a violation or potential violation of law or regulation, may be shared with appropriate authorities responsible for investigating, prosecuting, and/or enforcing such law or regulation…" Monitoring records is designed for suspects under investigation by ATF that are not otherwise prohibited.

15.     Each email includes the names, email addresses, and sometimes telephone numbers for multiple ATF and FBI agents and staff. Most emails include the underlying investigative target's name and some discussion of the investigation. The monitoring request

form attached to each email for each monitoring request includes information in response to the following fields/questions:

- Submit Date
- Requester Name
- Contact Number
- E-mail Address
- Case Number
- Name of Subject
- Date of Birth
- Gender
- Race
- Social Security Number
- FBI Number [FBI equity]
- State Record Number
- Miscellaneous Number(s)
- State of Residence
- Place of Birth
- Monitoring Time Frame
- Suspected violation(s) (Gun Control Act/National Firearms Act)
- Detailed information about why your subject is under investigation
- Detailed information about the investigation. What do you know and how do you know it?

The final two bullets allow space for narrative responses. The investigative details may include information furnished by witnesses or confidential sources, as well as firearm trace reports.

16.     In the inadvertent production, case-specific information provided by ATF agents in response to the fields/questions listed in paragraph 15 is marked for redaction (but still visible) pursuant to FOIA Exemptions 3, 6, 7C, 7D, and 7E.

**FOIA Exemption 3 and the Tiahrt Rider**

17.     FOIA Exemption 3 permits the withholding of information prohibited from disclosure by another statute only if one of two disjunctive requirements are met: the statute either (A) requires that the matters be withheld from the public in such a manner as to leave no

6

discretion on the issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld.  5 U.S.C. § 552(b)(3).

18.    Beginning in 2003, in a series of "Tiahrt Riders," Congress placed restrictions on ATF's disclosure of certain Gun Control Act-related information. The most recent iteration of these restrictions was included in the 2012 Appropriations Act. *See* Consolidated and Further Continuing Appropriations Act, 2012, Pub. L. No. 112-55, 125 Stat. 552, 609–10 (2011) (codified at 18 U.S.C. § 923 note) (hereinafter "2012 Tiahrt Rider").

19.    The information marked for redaction pursuant to Exemption 3 are records of specific firearms traces conducted by ATF's National Tracing Center through information maintained in the ATF's Firearms Tracing System ("FTS") database.  For example, in completing the "Detailed information about why your subject is under investigation" section of the Monitoring form, an agent might include information from the FTS database that indicates that the target of the investigation has a history of purchasing firearms that are recovered at crime scenes not long after the target purchased them.[2]  Congress expressly barred federal agencies from using appropriated funds to publicly disclose "part or all of the contents of the Firearms Trace System database maintained by the National Trace Center of the Bureau of Alcohol, Tobacco, Firearms, and Explosives," Public Law 112-55, (125- Stat. 552), and therefore ATF marked for redaction pursuant to Exemption 3 of the FOIA all firearms trace information in Production 13.

20.    Public release of firearms trace information would create substantial risks that ongoing Federal, state, and local law enforcement investigations would be prematurely disclosed

---

[2] This information was withheld on pages 15, 16, 29, 31, 36, 41, 43, 59, 62, 82, 83, 86, 87, 98, 99, 102, 103, and 108 of the 115-page production.

and could thereby jeopardize those investigations and potentially endanger undercover agents, and third parties, such as witnesses and confidential sources. *See* H.R. 108-567 (Congress expressed "great concern" that release of trace data "would endanger law enforcement and homeland security, and violate the privacy of innocent citizens and businesses").

21.     Public release of firearms trace information would also create a significant risk of long-term damage to relationships between ATF and its regulated industry members. Federal Firearms Licensees (FFLs) provide crucial and time-sensitive information in firearm investigations including shootings and homicides, illegal possession, straw purchasing, trafficking, and domestic violence which is particularly critical after shootings and other emergency situations. For example, following shootings in Aurora, Colorado, in July 2012, and Las Vegas, Nevada, in October 2018, FFLs not only promptly responded to ATF's trace requests, but also voluntarily provided additional, valuable information to first responders.

22.     History has shown that premature release of FFL trace information has resulted in negative consequences on investigations and essential relationships with industry. In the late 1990s, for example, ATF provided a member of Congress trace information who promptly released the trace information to the public. This disclosure of sensitive material damaged ATF's ability to investigate and prosecute firearm cases and fomented substantial distrust of ATF by FFLs. Further, the City of New York compromised several ATF investigations in the mid-2000s by conducting undercover "sting operations" on out-of-state FFLs with high recovery rates in the city. Either or both instances could be very easily replicated if trace information was publicly released in connection with this matter.

**Information Withheld Under**
**FOIA Exemptions 6, 7(C), and 7(D) to Protect Individual Privacy**

23.    FOIA Exemption 6 protects personally identifiable information located in
personnel and medical files and similar files, the disclosure of which would constitute a clearly
unwarranted invasion of personal privacy.  This FOIA exemption for privacy requires a
balancing of the individual's right to personal privacy against the public's interest in shedding
light on an agency's performance of its statutory duties.

24.    FOIA Exemption 7(C) is very similar to Exemption 6, but it only applies to
records compiled for law enforcement purposes.  ATF is a federal law enforcement agency with
a statutory mandate to enforce federal firearms laws, and the records produced were created as
part of criminal investigations to enforce those laws.  In fact, agents were required to indicate the
case number of the criminal investigation pursuant to which the monitoring request was made on
the request form.

25.    FOIA Exemption 7(D) exempts from disclosure material that could reasonably be
expected to disclose the identity of a confidential source, including a state, local, or foreign
agency or authority, or any private institution which furnished information on a confidential
basis.[3]  Exemption 7(D) recognizes that information furnished by third parties cooperating with
federal, state, or local law enforcement investigations is, by its very nature, confidential.
Significantly, the statute affords protection from disclosure for all information furnished by
third-party sources, as well as the actual identity of the cooperating individual, if there has been
an explicit assurance of confidentiality, or circumstances exist from which such an assurance
could reasonably be inferred.  See 5 U.S.C. § 552(b)(7)(D).  In Production 13, ATF redacted

---

[3] This information was withheld on pages 19 and 75 of the 115-page production.

information concerning tips provided to ATF by FFLs regarding potential illegal acquisition of firearms provided with the implied assurance of confidentiality.  In both instances ATF invoked 7D to protect the identity of cooperating sources who have ongoing relationships with ATF, and who would likely be subject to retaliation for that cooperation.  The illegal acquisition of firearms is both a crime in itself and likely to be done in furtherance of other serious and violent crimes.  It is reasonable to infer that the sources redacted on pages 19 and 75 provided information to ATF with the understanding that their identifying information would be kept confidential.

26.     The privacy protections afforded through Exemption 7(C) are much broader than those available under FOIA Exemption 6.  Significantly, under Exemption 7(C), the government agency need only show that the information could *reasonably* be expected to constitute an unwarranted invasion of privacy.  As such, an agency is not required to affirmatively demonstrate that the information would clearly amount to an unwarranted invasion of privacy, as is necessary when denying access to information in non-law enforcement records under FOIA Exemption 6.

27.     One hundred fourteen (114) of the 115 pages in the inadvertently produced file include the personally identifiable information ("PII") of ATF agents and personnel, FBI agents and personnel, subjects of criminal investigations, associates of criminal investigations, and/or citizens who provided information to the Government in support of a criminal investigation.  Many pages include social security numbers and birth dates of subjects of criminal investigations, email addresses, street addresses, cell phone numbers, relationships between subjects of criminal investigations and others including family members, and allegations of wrongdoing by subjects of criminal investigations.  ATF applied minimal redactions as

necessary to prevent the disclosure of information that might reveal the identities of third parties within law enforcement records.

28.     Individuals identified in law enforcement records have substantial privacy interests. Those associated with law enforcement investigations may be subject to stigmatization and/or harassment, among other foreseeable harms. Information related to ATF, in particular, often prompts violent rhetoric targeting ATF personnel. For example, the comment section following just one article recently posted on Ammoland.com about an ATF action included the following statements:

- "Post the agents names…Time to start paying them visits at their homes."

- "The red coats are here. They have started the war. It's time we ended it."

- "Tyranny. Treason against the oath they swore to become federal agents. Tyranny and treason are capitol offences and rate capitol punishment. This is something you would expect to see in russia, china, north korea etc., not under a constitutional republic. Sooner or later the atf will show up at someone's door who WILL enforce the laws against tyranny, treason, threats and intimidation, assault, trespassing, breaking and entering, theft, murder, murder by proxy etc. maybe me. The war for independence, the revolutionary war, was fought because of things like this. It's likely that the coming revolutionary war will be fought for the same reasons as the first. If it must come, let it happen now so that my grandchildren can know peace.

  This mess should be on the 6 o'clock news nationally, every day, until the atf is disbanded, arrested, jailed, tried and executed by the courts or by the people should the courts not want to own up to their constitutional duties. Every agent involved should be doxed.

  Anyone who is attacked by the atf should get on social media and their phone to alert the public of what is going on. Then, everyone in the same zip code or area code should promptly arrive on site and set up in an "L" pattern. The atf is known to murder innocent people including women, children and infants so, if you see a hostile act, return fire.

  Arm up and carry on."

*See* Lee Williams, "ATF SWAT Team Raids Kitchen-Table Gun Dealer's Oklahoma Home,"

(https://www.ammoland.com/2023/07/atf-swat-team-raids-kitchen-table-gun-dealers-oklahoma-

home/#axzz8KT8Bg8Gy).

29.     After carefully reviewing the information that was withheld for privacy reasons

under FOIA Exemptions 6, 7(C), and 7(D), I determined that the public's interest in gaining

access to the information in these law enforcement records does not outweigh the privacy

interests of the individuals named, identified, or discussed within these records.  Agents and

employees of the FBI and ATF whose PII was marked for redaction in the inadvertently

produced file are in a position of access to information regarding official law enforcement

investigations, and therefore could become a target of harassing inquiries for unauthorized access

to investigations and/or investigative data if their PII was released.  The revelation of the

identities of other individuals whose PII was marked for redaction in the inadvertently produced

file is likely to have a stigmatizing effect and will likely trigger questions about their

involvement in criminal activity or in an investigation or prosecution.  Furthermore, this

information may subject individuals and/or their families to an unwarranted invasion of their

personal privacy by leading efforts to contact them directly, gain access to their personal or

financial information, or subject them to harassment or harm.  Release of this information might

lead to retaliation against those viewed as assisting law enforcement directly or to those

individuals identified as being connected in some way to a subject of criminal investigation, and

could unfairly cause damage to those individuals' careers and reputations.  Thus, these

individuals maintain substantial privacy interest in not having their PII disclosed in this context.

In contrast, ATF concluded no public interest would be served by disclosing this PII to the

general public because it would not, itself, appreciably increase the public's understanding of

ATF's operations and activities.  Accordingly, after balancing the individuals' substantial privacy interests against the non-existent public interest, ATF properly attempted to protect the names and identifying information of these individuals pursuant to Exemptions 6, 7(C), and 7(D).

**Information Withheld Under**
**FOIA Exemption 7(E) to Protect Law Enforcement Techniques**

30.    FOIA Exemption 7(E) exempts from disclosure records or information compiled for law enforcement purposes when production of such records or information "would disclose techniques and procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law." 5 U.S.C. § 552(b)(7)(E).  This exemption affords categorical protection to techniques and procedures used in law enforcement investigations; it protects techniques and procedures that are not well-known to the public as well as non-public details about the use of well-known techniques and procedures.

31.    The information in the inadvertently produced file that was withheld pursuant to Exemption 7(E) reveals specific law enforcement procedures and techniques that were used to obtain information in the various investigations.[4]  In fact, the information claimed under Exemption 7(E) is found in the sections of the form asking for information regarding "why" ATF's subject is under investigation and "how" ATF knows information about the subject. These protected investigative techniques and sources are, in part, how ATF is able to identify certain individuals as investigative subjects.  Disclosure of this information could enable

---

[4]    This information was withheld on pages 16, 27, 49, and 103 of the 115-page production.

individuals outside of the agency to circumvent agency investigative techniques and thereby circumvent law enforcement.

## Segregability

32.    I personally reviewed all of the information that was marked for redaction in the inadvertent production in this case.  ATF carefully reviewed the responsive records on a line-by-line and page-by-page basis in an attempt to identify reasonably segregable, non-exempt information.  All meaningful segregable information was disclosed to Plaintiff.  ATF determined that there is no additional, meaningful, nonexempt information that may be reasonably segregated and released without disclosing information that warrants protection pursuant to a FOIA exemption.  Accordingly, ATF has released all reasonably segregable information.

## Foreseeable Harm Standard

33.    The FOIA Improvement Act of 2016 generally adopted the foreseeable harm standard and statutorily required that agencies withhold information under FOIA only if the agency reasonably foresees that disclosure would harm an interest protected by an exemption or disclosure is prohibited by law.  ATF considered the foreseeable harm standard when reviewing records and applying FOIA exemptions.

34.    I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of December 2023.

GINAE BARNETT   Digitally signed by GINAE BARNETT
Date: 2023.12.08 11:26:56 -05'00'

Ginae E. Barnett
Acting Chief
Information and Privacy Governance Division

ATTACHMENT A

| | |
|---|---|
| **From:** | ████████ (ATF) |
| **To:** | Rob Olson; ████████████ ; ████████████ |
| **Cc:** | Tepe, Sean (USADC) |
| **Bcc:** | ████████████ (ATF) |
| **Subject:** | [encrypt] NICS Monitoring Final Productions |
| **Date:** | Wednesday, September 6, 2023 4:49:00 PM |
| **Attachments:** | 20230906 Response Letter 2021-0818 Monthly Update 12 - doc release.pdf |
| | NICS Final Response Rolling Prodution 12.pdf |
| | 20230906 Response Letter 2021-0818 Monthly Update & Doc Release 13.pdf |
| | NICS Final Response Rolling Production 13 (2021-0818).pdf |

Hi Rob,

We completed our review of the responsive documents, including a second round of review for documents previously withheld pursuant to 7A. Please see attached.

If you have any questions or concerns, please contact AUSA Sean Tepe.

Thanks,

████

████████

Attorney Advisor
Information and Privacy Governance Division
Bureau of Alcohol, Tobacco, Firearms and Explosives
99 New York Avenue, NE
Washington, DC 20226
Office: ████████
Cell: ████████
████████████

ATTACHMENT B

| From: | Rob Olson |
|---|---|
| To: | ████████ (ATF) |
| Cc: | Tepe, Sean (USADC) |
| Subject: | Re: [EXTERNAL] Re: NICS Monitoring Final Productions |
| Date: | Friday, September 8, 2023 4:09:33 PM |

Hi ████ --
Can I get a *redacted* version of the final Production #13?
Best,
Rob

On Wed, Sep 6, 2023 at 5:20 PM ████████ (ATF) ████████ wrote:

> Phew! Thanks. My apologies for the inconvenience. I really hate when the system does this.
>
>
> **From:** Rob Olson ████████
> **Sent:** Wednesday, September 6, 2023 5:18 PM
> **To:** ████████ (ATF) ████████
> **Cc:** ████████ ; ████████ ; Tepe, Sean (USADC) ████████
> **Subject:** [EXTERNAL] Re: NICS Monitoring Final Productions
>
>
> I figured it out.  I was emailed a code.  Please disregard.
>
> Rob
>
>
> On Wed, Sep 6, 2023 at 5:13 PM Rob Olson ████████ wrote:
>
>> Hi ████ --
>>
>> The link you sent is asking me to register with a password and asking for a validation code.  Is there a PDF you can send?
>> Best,
>>
>> Rob
>>
>>
>> On Wed, Sep 6, 2023 at 4:51 PM ████████ (ATF) ████████ wrote:
>>
>>> This is a secure message.

[Click here](#) by 2023-09-11 20:51 UTC to read your message. After that, open the attachment.

More Info

**Disclaimer**: This email and its content are confidential and intended solely for the use of the addressee. Please notify the sender if you have received this email in error or simply delete it.

Secured by Proofpoint Encryption, Copyright © 2009-2021 Proofpoint, Inc. All rights reserved.

ATTACHMENT C

**From:**     Tepe, Sean (USADC)
**To:**       Rob Olson: ████████ (ATF)
**Subject:**  RE: [EXTERNAL] Re: NICS Monitoring Final Productions
**Date:**     Friday, September 8, 2023 4:23:05 PM

Rob – It seems there was an inadvertent production. Would you please delete any copy that you may have downloaded? ATF will send you a replacement production. Thank you for alerting us to this mistake.


Sean M. Tepe
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street NW | Washington, D.C. 20530
████████ | ██████████████

---

**From:** Rob Olson ██████████████████
**Sent:** Friday, September 8, 2023 4:08 PM
**To:** ████████████ (ATF) ████████████
**Cc:** Tepe, Sean (USADC) ████████████
**Subject:** Re: [EXTERNAL] Re: NICS Monitoring Final Productions

Hi ████ --
Can I get a *redacted* version of the final Production #13?
Best,
Rob

On Wed, Sep 6, 2023 at 5:20 PM ████████ (ATF) ██████████████ wrote:

> Phew! Thanks. My apologies for the inconvenience. I really hate when the system does this.
>
> ---
>
> **From:** Rob Olson ██████████████████
> **Sent:** Wednesday, September 6, 2023 5:18 PM
> **To:** ██████ (ATF) ████████████
> **Cc:** ████████████ ; ████████████ ; Tepe, Sean (USADC) ████████████
> **Subject:** [EXTERNAL] Re: NICS Monitoring Final Productions
>
> I figured it out. I was emailed a code. Please disregard.
> Rob
>
> On Wed, Sep 6, 2023 at 5:13 PM Rob Olson ██████████████████ wrote:
>
>> Hi ████ --
>> The link you sent is asking me to register with a password and asking for a validation code. Is

there a PDF you can send?

Best,

Rob

On Wed, Sep 6, 2023 at 4:51 PM ██████████ (ATF) ████████████ wrote:

This is a secure message.

Click here by 2023-09-11 20:51 UTC to read your message.
After that, open the attachment.

More Info

**Disclaimer**: This email and its content are confidential and intended solely for the use of the addressee. Please notify the sender if you have received this email in error or simply delete it.

Secured by Proofpoint Encryption, Copyright © 2009-2021 Proofpoint, Inc. All rights reserved.

ATTACHMENT D

**From:** ████████ (ATF)
**To:** Tepe, Sean (USADC); Rob Olson
**Bcc:** ████████ (ATF)
**Subject:** Re: NICS Monitoring Final Productions
**Date:** Friday, September 8, 2023 4:32:00 PM
**Attachments:** NICS Rolling Production 13 (2021-0818) - FINAL.pdf

Rob,

Please accept my apologies for the error. I really appreciate you letting us know and thank you in advance for deleting the inadvertently produced records. Please see attached for the proper version of production 13.

Thanks,
████

---

**From:** Tepe, Sean (USADC) ████████
**Sent:** Friday, September 8, 2023 4:23 PM
**To:** Rob Olson ████████; ████████ (ATF) ████████
**Subject:** RE: [EXTERNAL] Re: NICS Monitoring Final Productions

Rob – It seems there was an inadvertent production.  Would you please delete any copy that you may have downloaded?  ATF will send you a replacement production.  Thank you for alerting us to this mistake.


Sean M. Tepe
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street NW | Washington, D.C. 20530
████████ | ████████

---

**From:** Rob Olson ████████
**Sent:** Friday, September 8, 2023 4:08 PM
**To:** ████████ (ATF) ████████
**Cc:** Tepe, Sean (USADC) ████████
**Subject:** Re: [EXTERNAL] Re: NICS Monitoring Final Productions

Hi ████ --
Can I get a *redacted* version of the final Production #13?
Best,
Rob

On Wed, Sep 6, 2023 at 5:20 PM ████████ (ATF) ████████ wrote:

Phew! Thanks. My apologies for the inconvenience. I really hate when the system does this.

---

**From:** Rob Olson ███████████████████████████
**Sent:** Wednesday, September 6, 2023 5:18 PM
**To:** ███████████ (ATF) ████████████████
**Cc:** ███████████████ ; ██████████ ; Tepe, Sean (USADC) ████████████
**Subject:** [EXTERNAL] Re: NICS Monitoring Final Productions

I figured it out.  I was emailed a code.  Please disregard.
Rob

On Wed, Sep 6, 2023 at 5:13 PM Rob Olson ████████████████████ wrote:

> Hi ███ --
> The link you sent is asking me to register with a password and asking for a validation code.  Is there a PDF you can send?
> Best,
> Rob
>
> On Wed, Sep 6, 2023 at 4:51 PM ███████████ (ATF) ███████████████████ wrote:
>
>> This is a secure message.
>>
>> Click here by 2023-09-11 20:51 UTC to read your message.
>> After that, open the attachment.
>>
>> More Info
>>
>> **Disclaimer**: This email and its content are confidential and intended solely for the use of the addressee. Please notify the sender if you have received this email in error or simply delete it.
>>
>> Secured by Proofpoint Encryption, Copyright © 2009-2021 Proofpoint, Inc. All rights reserved.

ATTACHMENT E

| | |
|---|---|
| **From:** | █████████ (ATF) |
| **To:** | Tepe, Sean (USADC); Rob Olson |
| **Subject:** | RE: [EXTERNAL] Re: NICS Monitoring Final Productions |
| **Date:** | Sunday, September 10, 2023 5:04:00 PM |

Hi Rob,

Can you please confirm in writing that you deleted any copy of the inadvertent production that you may have downloaded? Due to the significant privacy interests in the material that was inadvertently released, we need to file a report with the privacy office and they will want to know that we did everything we could to mitigate the breach.

Thanks again for letting us know,



**From:** Tepe, Sean (USADC) ██████████████
**Sent:** Friday, September 8, 2023 4:23 PM
**To:** Rob Olson ████████████████████████; ████████████ (ATF) ██████████████
**Subject:** RE: [EXTERNAL] Re: NICS Monitoring Final Productions

Rob – It seems there was an inadvertent production. Would you please delete any copy that you may have downloaded? ATF will send you a replacement production. Thank you for alerting us to this mistake.

Sean M. Tepe
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street NW | Washington, D.C. 20530
████████████ | ████████████████

**From:** Rob Olson ████████████████████████
**Sent:** Friday, September 8, 2023 4:08 PM
**To:** ████████████ (ATF) ████████████████
**Cc:** Tepe, Sean (USADC) ████████████████
**Subject:** Re: [EXTERNAL] Re: NICS Monitoring Final Productions

Hi ████ --
Can I get a *redacted* version of the final Production #13?
Best,
Rob

On Wed, Sep 6, 2023 at 5:20 PM ████████ (ATF) ████████████████ wrote:

Phew! Thanks. My apologies for the inconvenience. I really hate when the system does this.

---

**From:** Rob Olson ███████████████████████████
**Sent:** Wednesday, September 6, 2023 5:18 PM
**To:** ████████████ (ATF) ███████████████████
**Cc:** ███████████████; ███████████; Tepe, Sean (USADC) ████████████████
**Subject:** [EXTERNAL] Re: NICS Monitoring Final Productions

I figured it out.  I was emailed a code.  Please disregard.
Rob

On Wed, Sep 6, 2023 at 5:13 PM Rob Olson ████████████████████████ wrote:

Hi ██████ --
The link you sent is asking me to register with a password and asking for a validation code.  Is there a PDF you can send?
Best,
Rob

On Wed, Sep 6, 2023 at 4:51 PM ████████████ (ATF) ███████████████████████ wrote:

This is a secure message.

[Click here](#) by 2023-09-11 20:51 UTC to read your message.
After that, open the attachment.

[More Info](#)

**Disclaimer**: This email and its content are confidential and intended solely for the use of the addressee. Please notify the sender if you have received this email in error or simply delete it.

Secured by Proofpoint Encryption, Copyright © 2009-2021 Proofpoint, Inc. All rights reserved.

ATTACHMENT F

**From:**    Tepe, Sean (USADC)
**To:**      Rob Olson
**Subject:**  RE: [EXTERNAL] Re: NICS Monitoring Final Productions
**Date:**    Monday, September 11, 2023 3:04:00 PM

Rob,

ATF is working on a draft JSR, which is due tomorrow, not today.  But the content of the JSR depends, in part, on your response to ATF's request to delete and confirm deletion of the inadvertently released materials.  Further, if you do not confirm deletion of the materials, ATF plans to move for a protective order by end of the day tomorrow seeking such relief.  Therefore, per Local Civil Rule 7(m), please provide plaintiff's position on  the protective order motion.


Sean M. Tepe
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street NW | Washington, D.C. 20530
██████████ | ████████████████



**From:** Rob Olson █████████████████████████████
**Sent:** Monday, September 11, 2023 1:12 PM
**To:** Tepe, Sean (USADC) ████████████████████
**Subject:** Re: [EXTERNAL] Re: NICS Monitoring Final Productions

Sean --
I do not have time today to consider much less respond to this request to delete what I was sent.
But I believe we have a JSR due today, are you able to prepare something?
Rob

On Fri, Sep 8, 2023 at 4:23 PM Tepe, Sean (USADC) ████████████████████ wrote:

> Rob – It seems there was an inadvertent production.  Would you please delete any copy that you may have downloaded?  ATF will send you a replacement production.  Thank you for alerting us to this mistake.
>
>
> Sean M. Tepe
> Assistant United States Attorney
> United States Attorney's Office for the District of Columbia
> 601 D Street NW | Washington, D.C. 20530
> ██████████ | ████████████████

**From:** Rob Olson ███████████████████████████
**Sent:** Friday, September 8, 2023 4:08 PM
**To:** ██████████ (ATF) ███████████████████
**Cc:** Tepe, Sean (USADC) ███████████████████
**Subject:** Re: [EXTERNAL] Re: NICS Monitoring Final Productions

Hi ████ --
Can I get a *redacted* version of the final Production #13?
Best,
Rob

On Wed, Sep 6, 2023 at 5:20 PM ████████████ (ATF) ███████████████ wrote:

> Phew! Thanks. My apologies for the inconvenience. I really hate when the system does this.

---

**From:** Rob Olson ████████████████████████
**Sent:** Wednesday, September 6, 2023 5:18 PM
**To:** ████████████ (ATF) ███████████████
**Cc:** ██████████████; ████████████ Tepe, Sean (USADC) ████████████████████
**Subject:** [EXTERNAL] Re: NICS Monitoring Final Productions

I figured it out.  I was emailed a code.  Please disregard.
Rob

On Wed, Sep 6, 2023 at 5:13 PM Rob Olson ██████████████████████ wrote:

> Hi ████ --
> The link you sent is asking me to register with a password and asking for a validation code.  Is there a PDF you can send?
> Best,
> Rob

On Wed, Sep 6, 2023 at 4:51 PM ████████████ (ATF) ███████████████████ wrote:

> This is a secure message.
>
> [Click here](#) by 2023-09-11 20:51 UTC to read your message.
> After that, open the attachment.
>
> [More Info](#)

**Disclaimer**:  This email and its content are confidential and intended solely for the use of the addressee. Please notify the sender if you have received this email in error or simply delete it.

Secured by Proofpoint Encryption, Copyright © 2009-2021 Proofpoint, Inc. All rights reserved.

ATTACHMENT G

| | |
|---|---|
| **From:** | Tepe, Sean (USADC) |
| **To:** | Rob Olson |
| **Subject:** | RE: [EXTERNAL] Re: NICS Monitoring Final Productions |
| **Date:** | Monday, September 11, 2023 3:04:00 PM |

Rob,

ATF is working on a draft JSR, which is due tomorrow, not today.  But the content of the JSR depends, in part, on your response to ATF's request to delete and confirm deletion of the inadvertently released materials.  Further, if you do not confirm deletion of the materials, ATF plans to move for a protective order by end of the day tomorrow seeking such relief.  Therefore, per Local Civil Rule 7(m), please provide plaintiff's position on  the protective order motion.


Sean M. Tepe
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street NW | Washington, D.C. 20530
███████████ | ████████████████



**From:** Rob Olson ██████████████████████████
**Sent:** Monday, September 11, 2023 1:12 PM
**To:** Tepe, Sean (USADC) ███████████████
**Subject:** Re: [EXTERNAL] Re: NICS Monitoring Final Productions

Sean --
I do not have time today to consider much less respond to this request to delete what I was sent.
But I believe we have a JSR due today, are you able to prepare something?
Rob

On Fri, Sep 8, 2023 at 4:23 PM Tepe, Sean (USADC) ███████████████████ wrote:

> Rob – It seems there was an inadvertent production.  Would you please delete any copy that you may have downloaded?  ATF will send you a replacement production.  Thank you for alerting us to this mistake.
>
>
> Sean M. Tepe
> Assistant United States Attorney
> United States Attorney's Office for the District of Columbia
> 601 D Street NW | Washington, D.C. 20530
> ██████████████ | ███████████████████

**From:** Rob Olson ███████████████████████
**Sent:** Friday, September 8, 2023 4:08 PM
**To:** ██████████ (ATF) ████████████████
**Cc:** Tepe, Sean (USADC) █████████████████
**Subject:** Re: [EXTERNAL] Re: NICS Monitoring Final Productions

Hi ████ --
Can I get a *redacted* version of the final Production #13?
Best,
Rob

On Wed, Sep 6, 2023 at 5:20 PM ██████████ (ATF) ████████████ wrote:

> Phew! Thanks. My apologies for the inconvenience. I really hate when the system does this.

---

**From:** Rob Olson ████████████████████
**Sent:** Wednesday, September 6, 2023 5:18 PM
**To:** ██████████ (ATF) ████████████████
**Cc:** █████████████ ; ████████████ Tepe, Sean (USADC) █████████████████
**Subject:** [EXTERNAL] Re: NICS Monitoring Final Productions

I figured it out.  I was emailed a code.  Please disregard.
Rob

On Wed, Sep 6, 2023 at 5:13 PM Rob Olson ████████████████████ wrote:

> Hi ████ --
> The link you sent is asking me to register with a password and asking for a validation code.  Is there a PDF you can send?
> Best,
> Rob

On Wed, Sep 6, 2023 at 4:51 PM ████████████ (ATF) ████████████████ wrote:

> This is a secure message.
>
> [Click here](#) by 2023-09-11 20:51 UTC to read your message.
> After that, open the attachment.
>
> [More Info](#)

**Disclaimer**:  This email and its content are confidential and intended solely for the use of the addressee. Please notify the sender if you have received this email in error or simply delete it.

Secured by Proofpoint Encryption, Copyright © 2009-2021 Proofpoint, Inc. All rights reserved.

ATTACHMENT H

| | |
|---|---|
| **From:** | Tepe, Sean (USADC) |
| **To:** | George L. Lyon |
| **Cc:** | Rob Olson |
| **Subject:** | RE: GOA v. ATF (D.D.C.) |
| **Date:** | Tuesday, September 12, 2023 1:23:00 PM |

Thank you for your email.  Nice to meet you electronically.

If I understand you correctly, you suggested a possible "limited statement" about the current dispute that the parties might agree to.  ATF is happy to explore that if you or Rob want to send back a redline of the JSR.  If that isn't feasible then we can have separate defendant and plaintiff statements.

As for the contemplated protective order motion, to be clear, ATF plans to move for an order that at least "until this Court enters a judgment on the merits of the parties' Freedom of Information Act claims in this case, Plaintiff and its counsel shall sequester the September 6, 2023, inadvertently produced records and contents of those records and shall not disseminate, disclose, or use those records or the contents of those records."  ATF will note plaintiff's opposition in its moving papers.

Regards,

Sean M. Tepe
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street NW | Washington, D.C. 20530
██████████ | ████████████████

**From:** George L. Lyon ████████████████
**Sent:** Tuesday, September 12, 2023 10:29 AM
**To:** Tepe, Sean (USADC) ████████████
**Cc:** Rob Olson ██████████████████████
**Subject:** [EXTERNAL] GOA v. ATF (D.D.C.)
**Importance:** High

Mr. Tepe:

Good morning.

Please refer all further communications regarding ATF's planned motion for protective order to my office, as I will be representing the Plaintiffs and Mr. Olson with respect to that issue.

We write to ensure that the record is clear. We made a FOIA request for documents

to which we were lawfully entitled, and ATF provided us documents which failed to redact certain information that purportedly should have been redacted, such as Social Security Numbers.

We immediately saw the problem created by ATF's negligent disclosure, and have not made any dissemination of these documents to others. Instead, we notified you that we had received such documents, and sought a new copy of the documents which redacted information such as Social Security Numbers, so that we could share the documents with the public.

Rather than recognizing the reasonableness of these actions, you instead responded by repeatedly demanding destruction of the documents, confirmed in writing. You have stated that if we do not confirm destruction in writing, you will move for a protective order limiting their use (seemingly a different thing than wholesale destruction). However, our review of these documents demonstrates that they may, like other documents received in this FOIA, and perhaps to a greater extent, reveal unauthorized or even illegal activity by ATF and the FBI, violating statutory requirements and jeopardizing the constitutional rights of federal firearms licensees and other Americans.

Thus, we are concerned that, if we agree to your proposal and destroy the documents in our possession, those unauthorized or even illegal activities will be covered up by ATF. We do not agree voluntarily to be complicit in such a coverup.

You have asked for our position on a protective order. We oppose. Moreover, should you seek such an order, it would be entirely inappropriate for you to do so ex parte, or on some emergency basis. Rather, we would suggest that you advise the district court in your motion that there is no need for urgency (as you seem to believe there is), as we have made and will make no dissemination of the documents until we have a final court resolution as to what may be done with the records.

Again, the error here is the government's alone, and we will resist any effort to make it appear that we have done anything wrong, or that ATF is somehow the "good guy" here by, under the guise of protecting certain private information that it negligently disclosed, attempting to coverup its potential violations of statutes and constitutional rights.

Finally, to the extent that you apparently feel the need to begin briefing the issue of a protective order in the draft JSR you sent, that is certainly not the place for it. We do not agree to join any statement by ATF about what its "intent" was, or whether its negligent disclosure was a "mistake" or "inadvertent," and selectively quoting from Mr. Olson's email to you. To the extent that you wish to include this

information in the JSR, it should be in a "Defendant's Position," after which we will add a "Plaintiffs' Position."

However, to the extent that you wish to present the facts, and not your characterization of the facts, we suggest a limited statement to the effect that ATF disclosed information it believes it should not have, and intends to seek a protective order.

I will be away from email for the next couple of hours. You may contact me by phone at ███████ and by text at that number in the meantime.

Regards,

George L. Lyon, Jr.

ATTACHMENT I

**To:** ▮(b) (6), (b)(7)(C), (b)(7)(E) - per FBI▮ (CJIS) (FBI)▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮ ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮ (CK) (FBI)▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮
▮(b)(6), (b)(7)(C), (b)(7)(E) - per f▮ (CJIS) (FBI)▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮ ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮ (CJIS) (FBI)▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮ ▮(b)(6), (b)(7)(C), (b▮
▮(b)(6), (b)(7)(C), (b)(7▮ (CJIS) (FBI)▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮

**From:** (b) (6), (b) (7)(C)
**Sent:** Tue 11/17/2020 12:00:38 AM
**Subject:** FW: NICS Flag Request (b) (6), (b) (7)(C)
NICS Flag Request (b) (6), (b) (7)(C).docx

LAT: Please review for monitoring.

---

**From:** (b) (6), (b) (7)(C)
**Sent:** Monday, November 16, 2020 5:03 PM
**To:** (b) (6), (b) (7)(C)
**Subject:** NICS Flag Request (b) (6), (b) (7)(C)

Hello,

Please find the attached request.

Thank you,

(b) (6), (b) (7)(C)
Special Agent
ATF – New York Field Division
Group IV – CGIC
Cell: (b) (6), (b) (7)(C)
Fax: (b) (6), (b) (7)(C)

**ATF Investigations Information Form for**
**Monitoring Firearms Purchasers in the NICS**

| | |
|---|---|
| Submit Date | November 16, 2020 |
| Requestor Name | SA (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| Case Number | 765050-21-0006 |
| Name of Subject | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | Black |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | (b) (6), (b) (7)(C) |
| Miscellaneous Number(s) | |
| State of Residence | Texas |
| Place of Birth | |
| Monitoring Time Frame | __30 days __60 days __90 days  X 180 days |

- **Please list all violations that are applicable.  Suspected violation(s) (GCA/NFA):**
  Title 18 U.S.C. § 922 (a)(1)(1) – Dealing without a license;
  Title 18 U.S.C. § 922 (6) – False statements to dealer.

- **Detailed information about why your subject is under investigation.  What do you know and how do you know it?  Write this portion as if you are writing an affidavit:**

The Bureau of Alcohol Tobacco, Firearms, and Explosives (ATF) and the New York Police Department (NYPD) have initiated a joint criminal investigation involving a package that was torn in transit, revealing what appeared to be the magazine well of a firearm. Special Agents received a photo of the firearm and serial number. Special Agents requested that the NY Crime Gun Intelligence Center (CGIC) trace the firearm.

**(b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C)**

According to USPIS a total of three packages arrived at the USPS facility in Brooklyn, NY on November 4, 2020.  All three packages were addressed to (b) (6), (b) (7)(C) ,
(b) (6), (b) (7)(C)  and the sender as (b) (6), (b) (7)(C)

2

(b) (6), (b) (7)(C)    Package one bears tracking number (b) (6), (b) (7)(C)    Package two bears tracking number (b) (6), (b) (7)(C)    and Package three bears tracking number (b) (6), (b) (7)(C) ." All three packages were mailed on November 2, 2020 at approximately 1620 hours. A search of the three packages pursuant to a search warrant revealed all of the components of the Smith & Wesson, M&P, 9mm caliber, SN: (b) (6), (b) (7)(C) and several rounds of ammunition.

3

**To:** ▮▮▮ (CJIS) (FBI)▮▮▮ ; ▮▮▮ (CK) (FBI)▮▮▮ ; ▮▮▮ (CJIS) (FBI)▮▮▮ ▮▮▮ (CJIS) (FBI)▮▮▮
**From:** (b) (6), (b) (7)(C)
**Sent:**     Tue 11/10/2020 8:09:56 PM
**Subject:**   FW: NICS Monitoring Request
NICS Flag - (b) (6), (b) (7)(C)          .docx

LAT: Please review for monitoring.

*subject has a prior denial NTN (b) (6), (b) (7)(C) 06/28/2006

---

**From:** (b) (6), (b) (7)(C)
**Sent:** Tuesday, November 10, 2020 2:42 PM
**To:** (b) (6), (b) (7)(C)
**Subject:** NICS Monitoring Request

Good afternoon,

This email is in regards to a NICS Monitoring request for (b) (6), (b) (7)(C)          . Attached to this email is the completed Request Form. If you have any questions please do not hesitate to call or email. Thank you.

Respectfully,

(b) (6), (b) (7)(C)
Special Agent
Bureau of Alcohol, Tobacco, Firearms, & Explosives
Houston Field Division/ McAllen I Field Office
1100 East Laurel Avenue. Suite 301
McAllen, Texas 78501
Cell: (b) (6), (b) (7)(C)
Fax: (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C)



**ATF Investigations Information Form for**
**Monitoring Firearms Purchasers in the NICS**

| | |
|---|---|
| Submit Date | 11/10/2020 |
| Requestor Name | (b) (6), (b) (7)(C) Special Agent, ATF |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| Case Number | 782055-20-0039 |
| Name of Subject | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | White Hispanic |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | (b) (6), (b) (7)(C) (TX) |
| Miscellaneous Number(s) | Texas DL (b) (6), (b) (7)(C) |
| State of Residence | Texas |
| Place of Birth | Unknown |
| Monitoring Time Frame | __30 days _X_60 days __90 days __180 days |

- **Please list all violations that are applicable. Suspected violation(s) (GCA/NFA):**

  18 U.S.C. Section 371 – Conspiracy
  18 U.S.C. Section 922(a)(6) – Knowingly Making of Material False Statements in Connection with Purchase of Firearms
  18 U.S.C. Section 924(a)(1)(A) – Knowingly Making of False Statements
  18 U.S.C. Section 922 (g)(9)- anyone who has been convicted in any court of a misdemeanor crime of domestic violence, to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

- **Detailed information about why your subject is under investigation. What do you know and how do you know it? Write this portion as if you are writing an affidavit:**

On Tuesday, October 27, 2020, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), initiated an investigation into violations of Federal Firearm Laws committed by (b) (6), (b) (7)(C) (b) (6), (b) (7)(C)  The investigation was initiated after agents with the ATF McAllen I Field Office were contacted by the Edinburg, Texas Police Department (EPD) regarding the discovery of multiple firearms and assorted caliber ammunition during a traffic stop encounter with (b) (6), (b) (7)(C)

ATF agents were advised by EPD, a traffic stop was conducted on (b) (6), (b) (7)(C) after an officer witnessed a traffic violation.  ATF agents were advised a K-9 alert lead to a probable cause search of the

2

(b) (6), (b) (7)(C) vehicle resulting in the discovery of three firearms and multiple rounds of assorted caliber ammunition.  ATF agents were advised a criminal history check was conducted on (b) (6), (b) (7)(C) indicating (b) (6), (b) (7)(C) was a convicted felon.  ATF agents were advised (b) (6), (b) (7)(C) and his vehicle were transported to EPD for further investigation.  After further review of (b) (6), (b) (7)(C) criminal history, it was learned (b) (6), (b) (7)(C) is not a convicted felon but was convicted of a Class A Misdemeanor for Assault on a Family Member on July 5, 2016 in Hidalgo County, Texas; County Court at Law #1.

(b) (6), (b) (7)(C) is a target of an ongoing criminal investigation by the ATF McAllen I Field Office for violations of Federal Firearm Laws and Federal Narcotic Laws.

**To:** [REDACTED] CJIS) (FBI) [REDACTED] ; [REDACTED] (CK) (FBI) [REDACTED] ; [REDACTED] (CJIS) (FBI) [REDACTED] ; [REDACTED] ; [REDACTED] (CJIS) (FBI) [REDACTED] ; [REDACTED] (CJIS) (FBI) [REDACTED]

**From:** (b) (6), (b) (7)(C)
**Sent:** Thur 8/13/2020 6:43:45 PM
**Subject:** FW: NICS Flag Request
Requesting a NICS flag - [REDACTED].docx

LAT: Please review for monitoring.

**From:** (b) (6), (b) (7)(C)
**Sent:** Thursday, August 13, 2020 2:38 PM
**To:** (b) (6), (b) (7)(C)
**Subject:** FW: NICS Flag Request

---

**From:** (b) (6), (b) (7)(C)
**Sent:** Thursday, August 13, 2020 2:36:51 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** [REDACTED]
**Subject:** [EXTERNAL EMAIL] - NICS Flag Request

Please see attached request for a NICS Flag.

Any questions, please let me know.

Thanks,

(b) (6), (b) (7)(C)
ATF Louisville III, IOIS
600 Dr. MLK Jr. Place
Louisville, KY  40202
Phone: (b) (6), (b) (7)(C)
Fax: (b) (6), (b) (7)(C)

**ATF Investigations Information Form for**

**Monitoring Firearms Purchasers in NICS**

Date 8/13/20

| Agent /IOI | (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) |
|---|---|
| Contact Number | (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C)  <br> (b) (6), (b) (7)(C) |
| ATF Case Number* | NIBIN LEAD (b) (6), (b) (7)(C) |
| Name of Suspect | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Female |
| Race | Black |
| Social Security Number | |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | N/A |
| Miscellaneous Number(s) | KY DRIVER'S LICENSE: (b) (6), (b) (7)(C) |
| State of Residence | Kentucky |
| Place of Birth | (b) (6), (b) (7)(C) |

*Requestor may not use general case numbers

- **Please list all violations that are applicable.** Suspected violation(s) (GCA/NFA):
  - 18 USC 922(a)(6) – Falsification of ATF Form 4473
  - 18 USC 922(a)(5) – willful transfer, sale, or transport of weapon by unlicensed person to another unlicensed person.

- **Detailed information about why subject is under investigation:**

(b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C)

- **Detailed information about the investigation. What do you know and how do you know it. Write this portion as if you are writing an affidavit:**

(b) (6), (b) (7)(C) has been linked to several gang members by jail calls made to (b)(6),(b) from current inmates.

(b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C)

- **Time period for NICS to monitor for subject's transactions**

Starting Date: 10/18/17        30 days _____        60 days _____        90 days  **X**

**To:** ▇▇▇ (b) (6), (b) (7)(C) ▇▇▇
**From:** (b) (6), (b) (7)(C)
**Sent:** Fri 5/15/2020 8:57:09 PM
**Subject:** FW: Request NICS Flag: TIER 2 - (b) (6), (b) (7)(C)
NICS Flag.pdf



This is the first time I have ever requested a NICS flag, please review the attached request & advise if you require anything further.

Thanks!

(b) (6), (b) (7)(C), **Industry Operations Intelligence Specialist**
**Phoenix IV – Crime Gun Intelligence Group**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
201 E. Washington St Suite 940 Phoenix, AZ 85340
Office: (b) (6), (b) (7)(C) | Mobile: (b) (6), (b) (7)(C) | Fax: (b) (6), (b) (7)(C)

CONFIDENTIALITY NOTICE: The preceding email message contains information that may be confidential, proprietary, or legally privileged, and may constitute non-public information. This message is intended to be conveyed only to the intended named recipient(s). If you are not an intended recipient of this message, do not read it; instead, please advise the sender by reply email, and delete this message and any attachments. Unauthorized individuals or entities are not permitted access to this information. Any disclosure, copying, distribution or taking any action in reliance on the contents of this information, except its delivery to the sender, is strictly prohibited and may be unlawful.

**From:** (b) (6), (b) (7)(C)
**Sent:** Friday, May 15, 2020 1:55 PM
**To:** (b) (6), (b) (7)(C)
**Subject:** RE: Request NICS Flag: TIER 2 - (b) (6), (b) (7)(C)

Yes go ahead and request since they are so far behind.

(b) (6), (b) (7)(C)
Supervisory Special Agent
Crime Gun Intelligence Center
Phoenix Field Division
Bureau of Alcohol, Tobacco, Firearms and Explosives
Desk: (b) (6), (b) (7)(C)
Cell: (b) (6), (b) (7)(C)
Email: (b) (6), (b) (7)(C)

*One man with courage makes a majority*
*- Andrew Jackson*

**From:** (b) (6), (b) (7)(C)

**Sent:** Friday, May 15, 2020 10:13 AM
**To:** (b) (6), (b) (7)(C)
**Subject:** Request NICS Flag: TIER 2 - (b) (6), (b) (7)(C)
**Importance:** High



This may be one that we would want to request the NICS flag while the queries are completed.  Maybe a 30 day NICS flag?

(b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C)

**From:** (b) (6), (b) (7)(C)
**Sent:** Thursday, May 14, 2020 11:54 AM
**To:** (b) (6), (b) (7)(C)                    (b) (6), (b) (7)(C)                                        (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C)          ; (b) (6), (b) (7)(C)
**Subject:** REFERRAL: TIER 2 - (b) (6), (b) (7)(C)

The folder for this subject has been placed in the S drive: Multiple Sales<FY 20 for work up.  Please update and save the sheet as you conduct your queries.  Queries are due NLT five days.

If additional firearm purchases are identified please email me to obtain 4473s.

(b) (6), (b) (7)(C) **Industry Operations Intelligence Specialist**
**Phoenix IV – Crime Gun Intelligence Group**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
201 E. Washington St Suite 940 Phoenix, AZ 85340
Office: (b) (6), (b) (7)(C) | Mobile: (b) (6), (b) (7)(C) | Fax: (b) (6), (b) (7)(C)

CONFIDENTIALITY NOTICE: The preceding email message contains information that may be confidential, proprietary, or legally privileged, and may constitute non-public information. This message is intended to be conveyed only to the intended named recipient(s). If you are not an intended recipient of this message, do not read it; instead, please advise the sender by reply email, and delete this message and any attachments. Unauthorized individuals or entities are not permitted access to this information. Any disclosure, copying, distribution or taking any action in reliance on the contents of this information, except its delivery to the sender, is strictly prohibited and may be unlawful.

**ATF Investigations Information Form for
Monitoring Firearms Purchasers in the NICS**

| | |
|---|---|
| Submit Date | 5/15/2020 |
| Requestor Name | IOIS (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| Case Number | 785070-20-0001 |
| Name of Subject | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | White |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | (b) (6), (b) (7)(C) |
| Miscellaneous Number(s) | |
| State of Residence | AZ |
| Place of Birth | (b) (6), (b) (7)(C) |
| Monitoring Time Frame | _30 days __60 days __90 days __180 days |

- **Please list all violations that are applicable. Suspected violation(s) (GCA/NFA):**

  Suspected GCA violation 18 USC 922(a)(1) & 18 USC 922(a)(6)

- **Detailed information about why your subject is under investigation. What do you know and how do you know it? Write this portion as if you are writing an affidavit:**

  (For example: How do you know the subject is a straw purchaser? How is the suspect violating the law? Trace results; number of firearm(s) recovered and description; time to crime including what type of crime. If possible, include an affirmative statement as to your professional opinion regarding the circumstances. If you want to monitor more than one person, what links these suspects together? What is known about the amount of money paid for the firearms and where is the money coming from? Is the subject employed?)

(b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C)

The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, (b) (6), (b) (7)(C). If you have any questions, e-mail (b) (6), (b) (7)(C) at (b) (6), (b) (7)(C) or call at (b) (6), (b) (7)(C)

**Note:** Monitoring requires a manual, daily search by the Liaison Specialists, (b)(6), (b)(7)(C), (b)(7)(E) - per F (b)(6), (b)(7)(C), (b)(7)(E) - per FBI, and (b)(6), (b)(7)(C), (b)(7)(E) - per FBI. If you no longer need a flag on your suspect, please e-mail (b) (6), (b) (7)(C), (b)(6), (b)(7)(C), (b)(7)(E) - per at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI, (b)(6), (b)(7)(C), (b)(7)(E) - per FBI at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI or (b)(6), (b)(7)(C), (b)(7)(E) - per FBI at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI

**To:**     (b) (6), (b) (7)(C)
**From:**   (b) (6), (b) (7)(C)
**Sent:**   Wed 1/27/2021 10:01:33 PM
**Subject:**  NICS Monitoring Request for (b) (6), (b) (7)(C)
NICS Monitoring flag on (b) (6), (b) (7)(C) .docx

Good afternoon,

This email is being sent to request NICS monitoring of a suspected straw purchaser/firearms trafficker, (b) (6), (b) (7)(C). Please see the attached NICS Monitoring flag request, which is attached.

Please let me know if anything else is needed for this request.

Thanks,



(b) (6), (b) (7)(C)
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives
Birmingham Field Office
920 18th Street North
Birmingham, AL 35203
Fax:  (b) (6), (b) (7)(C)
Cell:  (b) (6), (b) (7)(C)

## ATF Investigations Information Form for
## Monitoring Firearms Purchasers in NICS

Date__1/27/2021_____

| Agent /IOI | (b) (6), (b) (7)(C) Special Agent |
| --- | --- |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| ATF Case Number* | 776010-21-0051 |
| Name of Suspect | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | F |
| Race | B |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | |
| Miscellaneous Number(s) | |
| State of Residence | Alabama |
| Place of Birth | |

*Requestor may not use general case numbers

- **Please list all violations that are applicable.** Suspected violation(s) (GCA/NFA):

18 USC § 922(a)(6)
18 USC § 371 to 18 USC § 922(g)(1)
18 USC § 922(a)(1)(A)
18 USC § 924(n)
18 USC § 924(b)

- **Detailed information about why subject is under investigation:**
  (Example: How do you know the subject is a straw purchaser? How is the suspect violating the law?)

(b) (6), (b) (7)(C) (B/F, DOB: (b) (6), (b) (7)(C)) has (b)(3) (112 Pub. L. 55, 125 Stat. 552). In
(b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C)

Upon observing these suspicious multiple sales in e-Trace and initiating a case on (b) (6), (b) (7)(C) ATF Agents decided to retrieve video surveillance footage from the Federal Firearm Licensees (FFL). For three of

2

the multiple sale purchases, video surveillance footage was still available. When ATF Agents viewed the video surveillance footage from each FFL, a different unknown black male was observed with ███ picking out the firearms and then ███ making the purchases. This type of behavior is indicative of straw purchasing/firearms trafficking.

Additionally, when ATF Agents retrieved video surveillance footage from Simmons Sporting Goods, they were notified that ███ was recently denied a firearm/multiple sale purchase. This purchase was not a denial by the NICS branch, but instead by the firearm salesman at the FFL, because he believed ███ was conducting a straw purchase. Again, ███ was accompanied for this attempted purchase. It should also be noted that after ███ was denied at Simmons Sporting Goods for the alleged straw purchase, (b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C)
        Video surveillance footage showed ███ with an unknown black male.

On January 26, 2021, ATF Agents interviewed ███ at her employment. ███ had not contacted ATF Agents back after attempted knock and talks at her residence. ███ claimed she had receipts to firearms and that she would have to get back with ATF Agents, so serial numbers could be verified. ATF (b) (7)(E) ███ produce the firearms for purposes of confirming her possession. At this time, the firearms have not been verified in ███ possession.

███ did report that (b) (6), (b) (7)(C) , is an otherwise prohibited person and thus cannot possess firearms. ███ is likely in possession of some of the firearms, as he was one of the individuals observed in video surveillance footage, which was confirmed by ███ ███ claimed ███ was always with her, but the individuals from the video surveillance footage appear to be different black males.

ATF Agents are continuing to investigate ███ for her firearm purchases, but would like a NICS Monitoring flag, so additional evidence, such as video surveillance footage can be retrieved when she makes a purchase.

- **Detailed information about the investigation. What do you know and how do you know it. Write this portion as if you are writing an affidavit:**

(b) (6), (b) (7)(C) (B/F, DOB: 9/3/1992) (b)(3) (112 Pub. L. 55, 125 Stat. 552)
(b)(3) (112 Stat. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C)

Upon observing these suspicious multiple sales in e-Trace and initiating a case on ███ ATF Agents decided to retrieve video surveillance footage from the Federal Firearm Licensees (FFL). For three of the multiple sale purchases, video surveillance footage was still available. When ATF Agents viewed the video surveillance footage from each FFL, a different unknown black male was observed with ███ picking out the firearms and then ███ making the purchases. This type of behavior is indicative of straw purchasing/firearms trafficking.

Additionally, when ATF Agents retrieved video surveillance footage from Simmons Sporting Goods, they were notified that ███ was recently denied a firearm/multiple sale purchase. This purchase was

not a denial by the NICS branch, but instead by the firearm salesman at the FFL, because he believed ███ was conducting a straw purchase. Again, ███ was accompanied by this attempted purchase. It should also be noted that after ███ was denied at Simmons Sporting Goods for the alleged straw purchase, (b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C) ███ Video surveillance footage showed ███ with an unknown black male.

On January 26, 2021, ATF Agents interviewed ███ at her employment. ███ had not contacted ATF Agents back after attempted knock and talks at her residence. ███ claimed she had receipts to firearms and that she would have to get back with ATF Agents, so serial numbers could be verified. ATF (b)(7)(E) ███ produce the firearms for purposes of confirming her possession. At this time, the firearms have not been verified in ███ possession.

███ did report that (b)(6), (b)(7)(C) ███, is an otherwise prohibited person and thus cannot possess firearms. ███ is likely in possession of some of the firearms, as he was one of the individuals observed in video surveillance footage, which was confirmed by ███ ███ claimed ███ was always with her, but the individuals from the video surveillance footage appear to be different black males.

ATF Agents are continuing to investigate ███ for her firearm purchases, but would like a 90 –day NICS Monitoring flag, so additional evidence, such as video surveillance footage can be retrieved when she makes a purchase.

### Time period for NICS to monitor for subject's transactions

Starting Date:__present date_____    30 days _____    60 days _____    90 days _X_____

**Note:** The request must be renewed after period elapses.

The ATF requestor must fill out the attached request form and e-mail it to the Denial Enforcement and NICS Intelligence (DENI) Branch FBI NICS Liaison (b)(6), (b)(7)(C). If you have any questions, e-mail (b)(6), (b)(7)(C) at (b)(6), (b)(7)(C) ███ or call at (b)(6), (b)(7)(C).

**Note:** Monitoring requires a manual daily search by the FBI/ATF Liaison, ███ and backup ███ ███ If you no longer need a flag on your suspect, please e-mail (b)(6), (b)(7)(C), ███ at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI and ███ at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI

**To:** ████████ (CJISD) (FBI)████████; ████████ (CJISD)
(FBI)████████]
**Cc:** (b) (6), (b) (7)(C)
**From:** (b) (6), (b) (7)(C)
**Sent:** Mon 1/11/2021 9:30:07 PM
**Subject:** NICS flag (b) (6), (b) (7)(C)
NICS flag (updated 20 Feb 2020).pdf

Please advise if there are any issues.

**(b) (6), (b) (7)(C)**, **Industry Operations Intelligence Specialist**
**Phoenix IV – Crime Gun Intelligence Group**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
40 N. Central Ave Phoenix, AZ 85004
Office: (b) (6), (b) (7)(C) | Mobile: (b) (6), (b) (7)(C) | Fax: (b) (6), (b) (7)(C)
Email: (b) (6), (b) (7)(C)

CONFIDENTIALITY NOTICE: The preceding email message contains information that may be confidential, proprietary, or legally privileged, and may constitute non-public information. This message is intended to be conveyed only to the intended named recipient(s). If you are not an intended recipient of this message, do not read it; instead, please advise the sender by reply email, and delete this message and any attachments. Unauthorized individuals or entities are not permitted access to this information. Any disclosure, copying, distribution or taking any action in reliance on the contents of this information, except its delivery to the sender, is strictly prohibited and may be unlawful.

**ATF Investigations Information Form for
Monitoring Firearms Purchasers in the NICS**

| | |
|---|---|
| Submit Date | 1/11/2021 |
| Requestor Name | IOIS (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| Case Number | 785070-21-0001 |
| Name of Subject | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | BLACK |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | |
| Miscellaneous Number(s) | AZ DL: (b) (6), (b) (7)(C) |
| State of Residence | AZ |
| Place of Birth | Buffalo, NY |
| Monitoring Time Frame | __30 days _X_60 days __90 days __180 days |

- **Please list all violations that are applicable.  Suspected violation(s) (GCA/NFA):**

SUSPECTED GCA Violation 18 USC 922(a)(1) & 18 USC 922(a)(6)

- **Detailed information about why your subject is under investigation.  What do you know and how do you know it?  Write this portion as if you are writing an affidavit:**

(For example:  How do you know the subject is a straw purchaser?  How is the suspect violating the law?  Trace results; number of firearm(s) recovered and description; time to crime including what type of crime.  If possible, include an affirmative statement as to your professional opinion regarding the circumstances.  If you want to monitor more than one person, what links these suspects together?  What is known about the amount of money paid for the firearms and where is the money coming from?  Is the subject employed?)

On Jan 4, 2021 ATF was contacted by FFL (b) (7)(D) regarding suspicious purchases made by (b) (6), (b) (7)(C) Between Nov 6, 2020 - Jan 2, 2021, (b) (6), (b) (7)(C) spent in excess of $10K in cash on 42 firearms.  According to the State of AZ, (b) (6), (b) (7)(C) earned $(b) (6), (b) in 2020.

The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, (b) (6), (b) (7)(C). If you have any questions, e-mail (b) (6), (b) (7)(C) at (b) (6), (b) (7)(C) > or call at (b) (6), (b) (7)(C)
**Note:** Monitoring requires a manual, daily search by the Liaison Specialists, (b)(6), (b)(7)(C), (b)(7)(E) (b)(6), (b)(7)(C), (b)(7)(E) - per FBI , and (b)(6), (b)(7)
(b)(6), (b)(7)(C), (b)(7) If you no longer need a flag on your suspect, please e-mail (b) (6), (b) (7)(C), (b)(6), (b)(7)(C), (b)(7)(E) at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI,
(b)(6), (b)(7)(C), (b)(7)(E) - per FBI at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI or (b)(6), (b)(7)(C), (b)(7)(E) - per FBI a(b)(6), (b)(7)(C), (b)(7)(E) - per FBI

2

**To:** (b) (6), (b) (7)(C)
**From:** (b) (6), (b) (7)(C)
**Sent:** Thur 3/4/2021 11:16:01 PM
**Subject:** NICS Flag Request
(b) (6), (b) (7)(C)    NICS Flag.docx

Good afternoon,

Please see attached request for NICS monitoring.
Any questions/concerns, please don't hesitate to contact me.

V/R,

(b) (6), (b) (7)(C)
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives
El Paso I Field Office
Office: (b) (6), (b) (7)(C)
Cell: (b) (6), (b) (7)(C)

**ATF Investigations Information Form for
Monitoring Firearms Purchasers in the NICS**

| | |
|---|---|
| Submit Date | March 4, 2021 |
| Requestor Name | (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| Case Number | 781035-21-0011 |
| Name of Subject | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | White/Hispanic |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | N/A |
| Miscellaneous Number(s) | N/A |
| State of Residence | Texas |
| Place of Birth | (b) (6), (b) (7)(C) |
| Monitoring Time Frame | _X_30 days __60 days __90 days __180 days |

- **Please list all violations that are applicable. Suspected violation(s) (GCA/NFA):**
  - Suspected violation of Title 18 U.S.C. Section 922(a)(6) – Knowingly making any false or fictitious oral or written statement.

- **Detailed information about why your subject is under investigation. What do you know and how do you know it? Write this portion as if you are writing an affidavit:**

HSI El Paso received a collateral request from HIS Puerto Rico reference a firearm, with an obliterated serial number, which was mailed to PR from El Paso, TX. USPS intercepted and seized the firearm. USPS and HSI conducted a controlled delivery of the firearm, which resulted in the arrest of one person (b) (6), (b) (7)(C)                                                        has identified the sender of the firearm as (b) (6), (b) (7)(C)                 . (b) (6), (b) (7)(C) stated (b) (6), (b) (7)(C) is purchasing firearms on his own, as well as receiving firearms from unidentified individuals from Dallas and Houston, TX. (b)(6), (b) stated (b) (6), (b) (7)(C) is purchasing firearms on behalf of other individuals in PR. (b)(6), (b) further stated (b) (6), (b) (7)(C) sold two (2) Taurus pistols for $1500 to gang members in PR. ATF identified a purchase in (b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C) (b)(6), (b) further informed HIS/ATF of 4-5 other packages (b) (6), (b) (7)(C) sent to (b)(6), (b) with firearms. (b)(6), (b) further advised (b) (6), (b) (7)(C) has send photographs of obliterated serials number to (b)(6), (b) prior to mailing the firearms to (b)(6), (b)

The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, (b) (6), (b) (7)(C).  If you have any questions, e-mail (b) (6), (b) (7)(C) at (b) (6), (b) (7)(C)        or call at (b) (6), (b) (7)(C)

**Note:**  Monitoring requires a manual, daily search by the Liaison Specialists, (b)(6), (b)(7)(C), (b)(7)(E) - per (b)(6), (b)(7)(C), (b) (b)(6), (b)(7)(C), (b and (b)(6), (b)(7)(C), (b)(7)(E) - per FBI.  If you no longer need a flag on your suspect, please e-mail (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) (b)(6), (b)(7)(C), (b)(7)(E) - per at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI (b)(6), (b)(7)(C), (b)(7)(E) - per FBI at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI or (b)(6), (b)(7)(C) (b)(6), (b)(7)(C), (b)(7)(E) at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI

**To:** ▮▮▮ (CJISD) (FBI)▮ ; ▮▮▮ (CJISD) (FBI)▮ ; ▮▮▮ (CJISD) (FBI)▮ ▮ ▮▮▮ (CJISD) (FBI)▮
(b) (6), (b) (7)(C)
**From:** ▮▮▮ (CJISD) (FBI)
**Sent:** Tue 1/12/2021 6:18:08 PM
**Subject:** FW: Re: NICS Flag
NICS flag Form go-by ▮▮.docx

Please review for monitoring.

▮▮▮
FBI NICS Section
ATF/FFL Liaison
Cell: ▮▮▮
Fax: ▮▮▮

Ability is what you are capable of doing.
Motivation determines what you do.
Attitude determines how well you do it.
Lou Holtz


This message has been transmitted to you by the FBI Criminal Justice Information
Services Division's National Instant Criminal Background Check System Section.  The
message, along with any attachments, is to be considered confidential and legally
privileged.  No part of it is to be disseminated or reproduced without written
consent of the sender.  If you are not the intended recipient of this message, please
destroy it promptly without any retention, dissemination, or reproduction (unless
required by law), and please notify the sender of the error immediately by separate e-
mail or by calling ▮▮▮

---

**From:** (b) (6), (b) (7)(C)
**Sent:** Tuesday, January 12, 2021 1:12 PM
**To:** ▮▮▮ (CJISD) (FBI)▮
**Subject:** [EXTERNAL EMAIL] - Re: NICS Flag

Good afternoon ▮▮▮

Please see the attached NICS flag request. Please give me a call if you have any questions or concerns.

V/R,


(b) (6), (b) (7)(C) , Special Agent
Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)
Nashville Field Divison, Memphis III Field Office
2600 Thousand Oaks Blvd, Suite 2300
Memphis, TN 38118
Office: (b) (6), (b) (7)(C)
Cell: (b) (6), (b) (7)(C)

**ATF Investigations Information Form for
Monitoring Firearms Purchasers in NICS**

Date__01/12/2021_____

| | |
|---|---|
| Agent /IOI | S/A (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| ATF Case Number* | 776080-21-0001 |
| Name of Suspect | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | White |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | N/A |
| Miscellaneous Number(s) | Address: (b) (6), (b) (7)(C) |
| State of Residence | Tennessee |
| Place of Birth | (b) (6), (b) (7)(C) |

*Requestor may not use general case numbers

- **Please list all violations that are applicable.** Suspected violation(s) (GCA/NFA):
  18 USC 922 (g)(3) (narcotics user in possession of firearms)
  18 USC 922 (g)(4) (possession of a firearm by a person with mental defect)

- **Detailed information about why subject is under investigation:**
  (Example: How do you know the subject is a straw purchaser? How is the suspect violating the law?)

S/A (b) (6), (b) (7)(C) received information from (b) (6), (b) (7)(C) regarding a recent incident where (b) (6), (b) (7)(C) was acting suspiciously while on vacation with (b) (6), (b) (7)(C). Shortly after noticing (b) (6), (b) (7)(C) behavior, (b) (6), (b) (7)(C) inventoried (b) (6), (b) (7)(C) belongings and recovered several firearms, a bible and hundreds of rounds of ammunition. (b) (6), (b) (7)(C) assumed that (b) (6), (b) (7)(C) was going to conduct a mass murder of (b) (6), (b) (7)(C) while on vacation.

(b) (6), (b) (7)(C) was later quarantined to a bedroom due to the suspicious behavior, but broke out of same and went swimming in a lake with an air temperature of 37 degrees while fully clothed, with a firearm tucked inside of his pants. Subsequently, (b) (6), (b) (7)(C) brought him back to the Memphis area and checked him into a psychiatric program to determine (b) (6), (b) (7)(C) mental status. Currently, (b) (6), (b) (7)(C) is still in the previously mentioned facility pending determination, but can check out at any time. Further, based on (b) (6), (b) (7)(C) behavior, (b) (6), (b) (7)(C) also indicated that some form of narcotic may be to blame.

2

- **Detailed information about the investigation.  What do you know and how do you know it.
Write this portion as if you are writing an affidavit:**

S/A ▆▆ received information from ▆(b) (6), (b) (7)(C)▆ regarding a recent incident
where ▆(b) (6), (b) (7)(C)▆ was acting suspiciously while on vacation with ▆(b) (6), (b) (7)(C)▆ Shortly after noticing
▆(b) (6), (b) (7)(C)▆ behavior, ▆(b) (6), (b) (7)(C)▆ inventoried ▆(b) (6), (b) (7)(C)▆ belongings and recovered several firearms, a
bible and hundreds of rounds of ammunition. ▆(b) (6), (b) (7)(C)▆ assumed that ▆▆ was going to
conduct a mass murder of ▆(b) (6), (b) (7)(C)▆ while on vacation.

▆(b) (6), (b) (7)(C)▆ was later quarantined to a bedroom due to the suspicious behavior, but broke out of same and
went swimming in a lake with an air temperature of 37 degrees while fully clothed, with a firearm tucked
inside of his pants. Subsequently, ▆(b) (6), (b) (7)(C)▆ brought him back to the Memphis area and checked
him into a psychiatric program to determine if ▆(b) (6) (7)(C)▆ mentally ill. Currently, ▆(b) (6), (b) (7)(C)▆ is still in the
previously mentioned facility pending determination, but can check out at any time. Further, based on
▆(b) (6), (b) (7)(C)▆ behavior, ▆(b) (6), (b) (7)(C)▆ also indicated that some form of narcotic may be to blame.

- **Detailed information about the proposed investigative steps:**

Based on the above information, ATF S/A ▆(b) (6), (b) (7)(C)▆ requests to be notified if NICS checks are
requested on the above reference individual. ATF is currently awaiting contact from ▆(b) (6), (b) (7)(C)▆ in
regards to the mental institution's determination on ▆(b) (6), (b) (7)(C)▆ mental status. If deemed mentally
incompetent, ▆(b) (6), (b) (7)(C)▆ advised that they will file the documents to ensure future firearm's
denials; once that occurs, S/A ▆(b) (6), (b) (7)(C)▆ will request the NICS flag be lifted, or advise if the case is
converted to a criminal investigation based on firearm possession.

- **Time period for NICS to monitor for subject's transactions**

Starting Date_____08/27/2019___      30 days _____      60 days _____      90 days __X__

**Note:**  The request must be renewed after period elapses.

The ATF requestor must fill out the attached request form and e-mail it to the Denial Enforcement and
NICS Intelligence (DENI) Branch FBI NICS Liaison ▆(b) (6), (b) (7)(C)▆. If you have any questions, e-mail
▆(b) (6), (b) (7)(C)▆ at ▆(b) (6), (b) (7)(C)▆ or call at ▆(b) (6), (b) (7)(C)▆.

**Note:**  Monitoring requires a manual daily search by the FBI/ATF Liaison Specialists, ▆(b)(6), (b)(7)(C), (b)(7)(E) - per▆,
▆(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▆, and ▆(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▆.  If you no longer need a flag on your suspect, please e-mail ▆(b)(6), (b)(7)(C)▆
▆(b) (6), (b) (7)(C)▆ ▆(b)(6), (b)(7)(C), (b)(7)(E) - per▆ at ▆(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▆ ▆(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▆ at ▆(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▆ ▆(b)(6), (b)(7)(C)▆
▆(b)(6), (b)(7)(C), (b)(7)▆ at ▆(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▆.

3

**To:**     (b) (6), (b) (7)(C)
**From:**   (b) (6), (b) (7)(C)
**Sent:**   Wed 9/2/2020 8:49:33 PM
**Subject:**  FW: NICS Flag re: REFERRAL: (b) (6), (b) (7)(C)
NICS Flag.pdf

NICS flag request.

(b) (6), (b) (7)(C) **Industry Operations Intelligence Specialist**
**Phoenix IV – Crime Gun Intelligence Group**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
201 E. Washington St Suite 940 Phoenix, AZ 85340
Office: (b) (6), (b) (7)(C) | Mobile: (b) (6), (b) (7)(C) | Fax: (b) (6), (b) (7)(C)

CONFIDENTIALITY NOTICE: The preceding email message contains information that may be confidential, proprietary, or legally privileged, and may constitute non-public information. This message is intended to be conveyed only to the intended named recipient(s). If you are not an intended recipient of this message, do not read it; instead, please advise the sender by reply email, and delete this message and any attachments. Unauthorized individuals or entities are not permitted access to this information. Any disclosure, copying, distribution or taking any action in reliance on the contents of this information, except its delivery to the sender, is strictly prohibited and may be unlawful.

**From:** (b) (6), (b) (7)(C)
**Sent:** Wednesday, September 2, 2020 1:47 PM
**To:** (b) (6), (b) (7)(C)
**Subject:** RE: NICS Flag re: REFERRAL: (b) (6), (b) (7)(C)

Due to the number of firearms and same make/models and the very short ttc trace and gang affiliations this is approved.

(b) (6), (b) (7)(C)
Supervisory Special Agent
Crime Gun Intelligence Center
Phoenix Field Division
Bureau of Alcohol, Tobacco, Firearms and Explosives
Cell: (b) (6), (b) (7)(C)
Email: (b) (6), (b) (7)(C)

**From:** (b) (6), (b) (7)(C)
**Sent:** Wednesday, September 2, 2020 12:11 PM
**To:** (b) (6), (b) (7)(C)
**Subject:** NICS Flag re: REFERRAL: (b) (6), (b) (7)(C)



I believe we need a NICS flag, subject sheet attached.  Still waiting on the 4473s but the ones I received from just 1 FFL leads me to think we need this.

Also this originated as a MS referral that now has a trace.  With his social media flashing gang signs this is one we want to expedite.

Just waiting on forms before I can send to IRS for workup.  Nforce was opened today.

**From:** (b) (6), (b) (7)(C)
**Sent:** Wednesday, September 2, 2020 10:59 AM
**To:** (b) (6), (b) (7)(C)                    (b) (6), (b) (7)(C)
**Subject:** RE: REFERRAL: (b) (6), (b) (7)(C) - request AJ report 200813002-263 & check NIBIN

Negative in NIBIN.

(b) (6), (b) (7)(C)
Industry Operations Intelligence Specialist
ATF Phoenix IV CGIC
Phone: (b) (6), (b) (7)(C)

**From:** (b) (6), (b) (7)(C)
**Sent:** Wednesday, September 2, 2020 10:51 AM
**To:** (b) (6), (b) (7)(C)                    (b) (6), (b) (7)(C)
**Subject:** FW: REFERRAL: (b) (6), (b) (7)(C) - request AJ report 200813002-263 & check NIBIN

(b) (6), (b) (7)(C)

We now have a trace on this workup, recovery is with (b)(6) can you work your contacts at the Fusion Center & request the report.  See attached trace.

(b) (6), (b) (7)(C) can you check if this is a NIBIN hit / lead.

**From:** (b) (6), (b) (7)(C)
**Sent:** Saturday, August 29, 2020 2:13 AM
**To:** (b) (6), (b) (7)(C)        ; (b) (6), (b) (7)(C)                    (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C)        ; (b) (6), (b) (7)(C)                    (b) (6), (b) (7)(C)
**Cc:** (b) (6), (b) (7)(C)
**Subject:** RE: REFERRAL: (b) (6), (b) (7)(C)

(b) (7)(E)                                                    ,
updated on (b) (6), (b) (7)(C) subject intel sheet, and documents uploaded to the folder in the S Drive where positive query results were obtained.

(b) (6), (b) (7)(C)
Intelligence Research Specialist
Bureau of Alcohol, Tobacco, Firearms, & Explosives
Phoenix Field Division
Crime Gun Intelligence Center (CGIC)
Desk: (b) (6), (b) (7)(C)
Mobile: (b) (6), (b) (7)(C)
Office: (b) (6), (b) (7)(C)
FAX: 6 (b) (6), (b) (7)(C)



**From:** (b) (6), (b) (7)(C)
**Sent:** Tuesday, August 25, 2020 6:14 PM
**To:** (b) (6), (b) (7)(C)    (b) (6), (b) (7)(C)    (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C)    ; (b) (6), (b) (7)(C)    (b) (6), (b) (7)(C)
**Cc:** (b) (6), (b) (7)(C)
**Subject:** REFERRAL: (b) (6), (b) (7)(C)

(b) (6), (b) (7) – please run TLO
(b) (6), (b) (7)(C) – Please update eTrace info on lead sheet.

The folder for this subject has been placed in the S drive: Multiple Sales<FY 20 for work up.  Please update and save the sheet as you conduct your queries.  Queries are due NLT five days.

If additional firearm purchases are identified please email me to obtain 4473s.

**(b) (6), (b) (7)(C), Industry Operations Intelligence Specialist**
**Phoenix IV – Crime Gun Intelligence Group**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
201 E. Washington St Suite 940 Phoenix, AZ 85340
Office: (b) (6), (b) (7)(C) | Mobile: (b) (6), (b) (7)(C) | Fax: (b) (6), (b) (7)(C)

CONFIDENTIALITY NOTICE: The preceding email message contains information that may be confidential, proprietary, or legally privileged, and may constitute non-public information. This message is intended to be conveyed only to the intended named recipient(s). If you are not an intended recipient of this message, do not read it; instead, please advise the sender by reply email, and delete this message and any attachments. Unauthorized individuals or entities are not permitted access to this information. Any disclosure, copying, distribution or taking any action in reliance on the contents of this information, except its delivery to the sender, is strictly prohibited and may be unlawful.

## ATF Investigations Information Form for
## Monitoring Firearms Purchasers in the NICS

| Submit Date | 9/2/2020 |
|---|---|
| Requestor Name | IOIS (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| Case Number | 785070-20-0001 |
| Name of Subject | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | White |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | |
| Miscellaneous Number(s) | AZ ID: (b) (6), (b) (7)(C) |
| State of Residence | AZ |
| Place of Birth | |
| Monitoring Time Frame | __30 days _X_60 days __90 days __180 days |

- **Please list all violations that are applicable. Suspected violation(s) (GCA/NFA):**

SUSPECTED GCA Violation 18 USC 922(a)(1) & 18 USC 922(a)(6)

- **Detailed information about why your subject is under investigation. What do you know and how do you know it? Write this portion as if you are writing an affidavit:**

(For example: How do you know the subject is a straw purchaser? How is the suspect violating the law? Trace results; number of firearm(s) recovered and description; time to crime including what type of crime. If possible, include an affirmative statement as to your professional opinion regarding the circumstances. If you want to monitor more than one person, what links these suspects together? What is known about the amount of money paid for the firearms and where is the money coming from? Is the subject employed?)



Suspected straw purchaser. (b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C) (b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C) (b) (6), (b) (7)(C) has social media photos displaying gang signs. Reported wages from (b) (6), (b) (7)(C) $ (b) (6), (b) (7)(C) for the 2nd Qtr 2020.

The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) If you have any questions, e-mail (b) (6), (b) (7)(C) at <(b) (6), (b) (7)(C)> or call at (b) (6), (b) (7)(C) (b) (6), (b) (7)(C)

**Note:** Monitoring requires a manual, daily search by the Liaison Specialists, (b)(6), (b)(7)(C), (b)(7)(E) - per, (b)(6), (b)(7)(C), (b)(7)(E) (b)(6), (b)(7)(C), (b)(7)(E) - and (b)(6), (b)(7)(C), (b)(7)(E) - per FBI. If you no longer need a flag on your suspect, please e-mail (b) (6), (b) (7)(C) (b)(6), (b)(7)(C), (b)(7)(E) - per at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI, (b)(6), (b)(7)(C), (b)(7)(E) - per FBI at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI or (b)(6), (b)(7)(C), (b)(7)(E) - per FBI at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI

**To:** (b) (6), (b) (7)(C)
**Cc:** (b) (6), (b) (7)(C)
**From:** (b) (6), (b) (7)(C)
**Sent:** Mon 1/25/2021 2:01:04 PM
**Subject:** NICS Monitor Request - (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C) - NICS Flag Request.docx

Hi (b) (6), (b) (7)

I believe you are a short timer for the NICS unit, so congrats on your transfer.

Please see attached request for NICS monitoring.

Take care,

(b) (6), (b) (7)(C)
ATF Dallas Crime Gun Intelligence Center
Industry Operations Intelligence
(b) (6), (b) (7)(C)

**ATF Investigations Information Form for**
**Monitoring Firearms Purchasers in NICS**

Date: **01/25/2021**

| Agent /IOI | SA (b) (6), (b) (7)(C) / IOIS (b) (6), (b) (7)(C) |
| --- | --- |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) / (b) (6), (b) (7)(C) |
| ATF Case Number | 781075-21-0001 |
| Name of Suspect | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | White (Hispanic) |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | None |
| Miscellaneous Number(s) | None |
| State of Residence | TX |
| Place of Birth | (b) (6), C |

- **Please list all violations that are applicable.  Suspected violation(s) (GCA/NFA):**

  - 922(a)(1)(A)
  - 922(a)(6)

- **Detailed information about why subject is under investigation:**
  (Example:  How do you know the subject is a straw purchaser?  How is the suspect violating the law?)

  (b)(3) (112 Pub. L. 55, 125 Stat. 552)

  Subject has no verifiable income sources

- **Detailed information about the investigation.  What do you know and how do you know it. Write this portion as if you are writing an affidavit:**

  (For example:  Trace results; number of firearm(s) recovered and description; time to crime including what type of crime.  If possible, include an affirmative statement as to your professional opinion regarding the circumstances.  If you want to monitor more than one person, what links these suspects together?  What is known about the amount of money paid for the firearms and where is the money coming from?  Is the subject employed?)

2

(b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C)

; employment queries show no verifiable income reported for (b) (6), (b) (7)(C) Subject's family (b) (6), (b) (7)(C). Types of firearms acquired are known to frequently be trafficked internationally in support of cartel related activities and are firearms known to frequently be recovered in local criminal activities.

- **Time period for the NICS to monitor subject's transactions**

Starting Date __**01/25/2021**__    30 days XXXX    60 days _____    90 days _____

**Note:** The request must be renewed after the requested period elapses.

The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, (b) (6), (b) (7)(C).  If you have any questions, e-mail (b) (6), (b) (7)(C) at (b) (6), (b) (7)(C) or call at (b) (6), (b) (7)(C).

**Note:** Monitoring requires a manual, daily search by the Liaison Specialists, (b)(6), (b)(7)(C), (b)(7)(E) - per FBI, (b)(6), (b)(7)(C), (b)(7)(E) - per FBI, and (b)(6), (b)(7)(C), (b)(7)(E) - per FBI.  If you no longer need a flag on your suspect, please e-mail (b) (6), (b) (7)(C), (b)(6), (b)(7)(C), (b)(7)(E) - per at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI (b)(6), (b)(7)(C), (b)(7)(E) - per FBI at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI or (b)(6), (b)(7)(C) (b)(6), (b)(7)(C), (b)(7)(E) at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI

3



**To:** ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮ (CJISD) (FBI)▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮ ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮ (CJISD) (FBI)▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮
▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮ (CJISD) (FBI)▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮

**Cc:** ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮ (CJISD) (FBI)▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮ (b) (6), (b) (7)(C)
**From:** ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮ (CJISD) (FBI)
**Sent:** Fri 1/22/2021 3:24:25 AM
**Subject:** FW: Request for Placement of Flag on (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C) Flag Request.docx

Please review for monitoring.

▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮

FBI NICS Section
ATF/FFL Liaison
Cell: ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮
Fax: ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮

Ability is what you are capable of doing.
Motivation determines what you do.
Attitude determines how well you do it.
Lou Holtz

This message has been transmitted to you by the FBI Criminal Justice Information
Services Division's National Instant Criminal Background Check System Section. The
message, along with any attachments, is to be considered confidential and legally
privileged. No part of it is to be disseminated or reproduced without written
consent of the sender. If you are not the intended recipient of this message, please
destroy it promptly without any retention, dissemination, or reproduction (unless
required by law), and please notify the sender of the error immediately by separate e-
mail or by calling ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮

**From:** (b) (6), (b) (7)(C)
**Sent:** Thursday, January 21, 2021 9:36 PM
**To:** ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮ (CJISD) (FBI) ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮; (b) (6), (b) (7)(C)
▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮. (CJISD) (FBI) ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮
**Subject:** [EXTERNAL EMAIL] - Request for Placement of Flag on (b) (6), (b) (7)(C)

Good afternoon,

At your convenience, can you please place a flag on (b) (6), (b) (7)(C) . He is
a known associate of (b) (6), (b) (7)(C) under ATF Intel Case 785070-21-0001. To
date, (b)(3) (112 Pub. L. 55, 125 Stat. 552) , (b) (6), (b) (7)(C) and
(b) (6), (b) (7)(C) were often seen by (b) (6), (b) (7)(C) browsing
and purchasing firearms together. On 01/19/2020, ATF received information from (b) (6), (b) (7)(C)
indicating that (b) (6), (b) (7)(C) voluntarily disclosed to him that he had in fact taken "some firearms" to
Mexico for members of his family to shoot at his ranch but eventually brought them all back.

If you need additional information, please let me know.

**Respectfully,**

(b) (6), (b) (7)(C)
U.S. Department of Justice

Bureau of Alcohol, Tobacco, Firearms and Explosives
Industry Operations Intelligence Specialist
Tucson Group III FO
(b) (6), (b) (7)(C)

## ATF Investigations Information Form for
## Monitoring Firearms Purchasers in the NICS

| | |
|---|---|
| Submit Date | 01/21/2021 |
| Requestor Name | IOIS (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| Case Number | 785070-21-0001 |
| Name of Subject | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | Hispanic |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | |
| Miscellaneous Number(s) | AZ DL: (b) (6), (b) (7)(C) |
| State of Residence | AZ |
| Place of Birth | (b) (6), (b) (7)(C) |
| Monitoring Time Frame | __30 days __60 days _X_90 days __180 days |

- **Please list all violations that are applicable.  Suspected violation(s) (GCA/NFA):**

  SUSPECTED GCA Violation 18 USC 922(a)(1) & 18 USC 922(a)(6)

- **Detailed information about why your subject is under investigation.  What do you know and how do you know it?  Write this portion as if you are writing an affidavit:**

  (For example:  How do you know the subject is a straw purchaser?  How is the suspect violating the law?  Trace results; number of firearm(s) recovered and description; time to crime including what type of crime.  If possible, include an affirmative statement as to your professional opinion regarding the circumstances.  If you want to monitor more than one person, what links these suspects together?  What is known about the amount of money paid for the firearms and where is the money coming from?  Is the subject employed?)

  (b) (6), (b) (7)(C) is a known associate of (b) (6), (b) (7)(C) , currently flagged for (b)(3) (112 Pub. L. 55, 125 Stat. 552) and linked to ATF case number 785070-21-0001. (b) (6), (b) (6), (b) (7)(C) and (b) (6), (b) (7)(C) were often by (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) browsing and purchasing firearms together. On 01/19/2020, ATF received information from (b) (6), (b) (7)(C) indicating that (b) (6), (b) (7)(C) voluntarily disclosed to him that he had in fact taken "some firearms" to Mexico for members of his family to shoot at his ranch but eventually brought them all back.

  The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, (b) (6), (b) (7)(C) If you have any questions, e-mail (b) (6), (b) (7)(C) at (b) (6), (b) (7)(C) > or call at (b) (6), (b) (7)(C). **Note:** Monitoring requires a manual, daily search by the Liaison Specialists, (b)(6), (b)(7)(C), (b)(7)(E) - (b)(6), (b)(7)(C), (b)(7)(E) - per FBI and (b)(6), (b)(7)(C), (b)(7)(E) - per FBI. If you no longer need a flag on your suspect, please e-mail (b) (6), (b) (7)(C), (b)(6), (b)(7)(C), (b)(7)(E) at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI >, (b)(6), (b)(7)(C), (b)(7)(E) - per FBI at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI or (b)(6), (b)(7)(C), (b)(7)(E) - per FBI at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI

1

**To:** ███████████████████
**From:** ███████████████████
**Sent:** Thur 5/28/2020 1:33:32 PM
**Subject:** NICS Flag
2020 2 20 Requesting a NICS flag.docx

Can you assist with flagging another individual in NICS? ████████████████████████ to be trafficked to Boston, MA. Please let me know if you need anything else



Special Agent ████████████
Bureau of Alcohol, Tobacco, Firearms and Explosives
Birmingham III Field Office
920 18th Street North; Room 214
Birmingham, AL 35203
Office ██████████████
Cell ██████████████

**ATF Investigations Information Form for
Monitoring Firearms Purchasers in the NICS**

| | |
|---|---|
| Submit Date | 5/28/20 |
| Requestor Name | ATF SA (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| Case Number | 776065-20-0085 |
| Name of Subject | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | Black |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | |
| Miscellaneous Number(s) | |
| State of Residence | Alabama |
| Place of Birth | (b) (6), (b) (7)(C) |
| Monitoring Time Frame | __30 days __60 days __90 days X_180 days |

- **Please list all violations that are applicable. Suspected violation(s) (GCA/NFA):**
  18 USC 922(a)(6)-Knowingly making a false statement in connection with the purchase of a firearm

- **Detailed information about why your subject is under investigation. What do you know and how do you know it? Write this portion as if you are writing an affidavit:**

(b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C)

On 5/20/20, SA (b) (6), (b) (7)(C) interviewed (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) admitted to straw purchasing at least 30 firearms for (b) (6), (b) (7)(C). (b) (6), (b) (7)(C) advised that (b) (6), (b) (7)(C) was typically in the car with (b) (6), (b) (7)(C) when the deals were brokered and the firearms/money were exchanged.

The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, [(b) (6), (b) (7)(C)].  If you have any questions, e-mail [(b) (6), (b) (7)(C)] at [(b) (6), (b) (7)(C)] or call at [(b) (6), (b) (7)(C)].

**Note:**  Monitoring requires a manual, daily search by the Liaison Specialists, [(b)(6), (b)(7)(C), (b)(7)(E) - per], [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI], and [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI].  If you no longer need a flag on your suspect, please e-mail [(b) (6), (b) (7)(C)], [(b)(6), (b)(7)(C), (b)(7)(E) - per] at [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI] [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI] at [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI] or [(b)(6), (b)(7)(C)] [(b)(6), (b)(7)(C), (b)(7)(E)] at [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI].

3

**To:**     (b) (6), (b) (7)(C)
**From:**   (b) (6), (b) (7)(C)
**Sent:**   Fri 8/21/2020 7:17:28 PM
**Subject:**  NICS Monitoring ((b) (6), (b) (7)(C) and (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C) NICS flag.docx
(b) (6), (b) (7)(C)    NICS flag.docx

Hey (b) (6), (b) (7)

I've got two for the same case.  I think he might be buying too but isn't old enough to get the handguns.  Let me know if you need anything else and have a good weekend.

Thanks,

## (b) (6), (b) (7)(C)

Investigator/Intelligence Specialist
Denver Crime Gun Intelligence Center
Bureau of Alcohol, Tobacco, Firearms & Explosives
Cell: (b) (6), (b) (7)(C)
Office: (b) (6), (b) (7)(C)
Fax: (b) (6), (b) (7)(C)



*******

NOTICE: This e-mail message and any attached files are intended solely for the use of the addressee(s) named above in connection with official business. This communication may contain Controlled Unclassified Information that may be statutorily or otherwise prohibited from being released without appropriate approval. Any review, use, or dissemination of this e-mail message and any attached file(s) in any form outside of ATF or the Department of Justice without express authorization is strictly prohibited.

**ATF Investigations Information Form for
Monitoring Firearms Purchasers in the NICS**

| | |
|---|---|
| Submit Date | 8/21/20 |
| Requestor Name | (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| Case Number | 788055-20-0006 |
| Name of Subject | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | Black |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | CO (b) (6), (b) (7)(C) |
| Miscellaneous Number(s) | N/A |
| State of Residence | Colorado |
| Place of Birth | (b) (6), (b) (7)(C) |
| Monitoring Time Frame | __30 days __60 days __90 days _X_180 days |

- **Please list all violations that are applicable. Suspected violation(s) (GCA/NFA):**

Suspected firearms straw purchaser.

922(a)(6) – false statement in connection w/acquisition

- **Detailed information about why your subject is under investigation. What do you know and how do you know it? Write this portion as if you are writing an affidavit:**

On July 7, 2020, Denver Police Officers were dispatched to a welfare check of an apartment at (b) (6), (b) (7)(C)    Inside officers located the bodies of two teenage boys who had died of apparent gunshot wounds. Officers also located 9mm shell casings at the scene which were entered into NIBIN.

On July 31, 2020, Denver Police Officers received a shots fired call at Civic Center Park. Officer's watching on HALO cameras were able to observe a suspect throw a firearm into a trashcan and drop a back pack. Officer's responding to the call recovered a 9mm Springfield Model XD-9 semi-automatic pistol bearing serial number (b) (6), (b) (7)(C) from the trashcan.

Forensic examination showed casings from the firearm matched the casings recovered from the double homicide.

2

(b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C)

The FFL stated [(b) (6), (b) (7)(C)] acquired three (3) pistols during this transaction. On August 11, 2020, ATF Investigator [(b) (6), (b) (7)(C)] went to Sportsman's Warehouse to collect additional on the sale of the firearms. Some surveillance video from May 1 was still available and showed [(b) (6), (b) (7)(C)] walking around the store with a B/M who appeared approximately nine (9) inches taller than her. The unidentified B/M was carrying full hand basket, which appeared to be heavy, and had targets on top. After [(b) (6), (b) (7)(C)] obtained three (3) 9mm handguns in the rear of the store, the unidentified B/M proceeded to the front of the store to check out. A search of sales at records found [(b) (6), (b) (7)(C)] purchased targets, .223 ammunition, 5.56 ammunition, and 9mm ammunition.

Records checks and social media searches found police contacts and photos of [(b) (6), (b) (7)(C)] and [(b) (6), (b) (7)(C)] showing [(b) (6), (b) (7)(C)] One photo of the pair shows [(b) (6), (b) (7)(C)] is approximately nine (9) inches taller than [(b) (6), (b) (7)(C)]

Additional records at Sportsman's Ware showed [(b) (6), (b) (7)(C)] has a loyalty card there and acquired a S&W AR style rifle in July 2019 from another location. [(b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C)]

Search warrants of [(b) (6), (b) (7)(C)] and [(b) (6), (b) (7)(C)] social media accounts are pending.

The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, [(b) (6), (b) (7)(C)]. If you have any questions, e-mail [(b) (6), (b) (7)(C)] at [(b) (6), (b) (7)(C)] or call at [(b) (6), (b) (7)(C)]

**Note:** Monitoring requires a manual, daily search by the Liaison Specialists, [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI], [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI] and [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI]. If you no longer need a flag on your suspect, please e-mail [(b) (6), (b) (7)(C)], [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI] at [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI], [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI] at [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI] or [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI] at [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI]

3

**ATF Investigations Information Form for**
**Monitoring Firearms Purchasers in the NICS**

| | |
|---|---|
| Submit Date | 8/21/20 |
| Requestor Name | (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| Case Number | 788055-20-0006 |
| Name of Subject | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Female |
| Race | Black |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | None |
| Miscellaneous Number(s) | N/A |
| State of Residence | Colorado |
| Place of Birth | (b) (6), (b) (7)(C) |
| Monitoring Time Frame | __30 days __60 days __90 days _X_180 days |

- **Please list all violations that are applicable.  Suspected violation(s) (GCA/NFA):**

Suspected firearms straw purchaser.

922(a)(6) – false statement in connection w/acquisition

- **Detailed information about why your subject is under investigation.  What do you know and how do you know it?  Write this portion as if you are writing an affidavit:**

On July 7, 2020, Denver Police Officers were dispatched to a welfare check of an apartment at (b) (6), (b) (7)(C)    Inside officers located the bodies of two teenage boys who had died of apparent gunshot wounds.  Officers also located 9mm shell casings at the scene which were entered into NIBIN.

On July 31, 2020, Denver Police Officers received a shots fired call at Civic Center Park.  Officer's watching on HALO cameras were able to observe a suspect throw a firearm into a trashcan and drop a back pack.  Officer's responding to the call recovered a 9mm Springfield Model XD-9 semi-automatic pistol bearing serial number (b) (6), (b) (7)(C) from the trashcan.

Forensic examination showed casings from the firearm matched the casings recovered from the double homicide.

2

████ (b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C) ██████████

███ The FFL stated ████ acquired three (3) pistols during this transaction. On August 11, 2020, ATF Investigator ████ went to Sportsman's Warehouse to collect additional on the sale of the firearms. Some surveillance video from May 1 was still available and showed ████ walking around the store with a B/M who appeared approximately nine (9) inches taller than her. The unidentified B/M was carrying full hand basket, which appeared to be heavy, and had targets on top. After ████ obtained three (3) 9mm handguns in the rear of the store, the unidentified B/M proceeded to the front of the store to check out. A search of sales at records found ████ purchased targets, .223 ammunition, 5.56 ammunition, and 9mm ammunition.

Records checks and social media searches found police contacts and photos of ████ and ████ showing ████████ (b) (6), (b) (7)(C) ████████ One photo of the pair shows ████ is approximately nine (9) inches taller than ████.

Additional records at Sportsman's Ware showed ████ has a loyalty card there and acquired a S&W AR style rifle in July 2019 from another location. ████ (b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C) █████████████████

Search warrants of ████ and ████ social media accounts are pending.

The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, ████. If you have any questions, e-mail ████ at ████ or call at ████.

**Note:** Monitoring requires a manual, daily search by the Liaison Specialists, ████, ████ and ████. If you no longer need a flag on your suspect, please e-mail ████, ████ at ████, ████ at ████ or ████ at ████.

**To:**      (b) (6), (b) (7)(C)
**From:**    (b) (6), (b) (7)(C)
**Sent:**    Thur 9/10/2020 5:31:12 PM
**Subject:** NICS monitoring request
NICS form (b) (6), (b) (7)(C) 09-10-2020.docx



Please find attached a request form for NICS monitoring related to ATF Inv. 766095-20-0018 (b) (6), (b) (7)(C)
– GA Firearms Trafficking). Please let me know if you need any additional information or have any questions.

Best,

(b) (6), (b) (7)(C)
**Special Agent, ATF**
**Philadelphia Group VII**
**Firearms Enforcement Group**
**Cell:** (b) (6), (b) (7)(C)
**Fax:** (b) (6), (b) (7)(C)

**ATF Investigations Information Form for
Monitoring Firearms Purchasers in NICS**

Date  09/10/2020

| Agent /IOI | Special Agent (b) (6), (b) (7)(C) |
|---|---|
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| ATF Case Number | 766095-20-0018 |
| Name of Suspect | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | Black |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | George Driver License (b) (6), (b) (7)(C) |
| Miscellaneous Number(s) | GA Concealed Weapons Permit # (b) (6), (b) (7)(C) |
| State of Residence | Georgia |
| Place of Birth | (b) (6), (b) (7)(C) |

- **Please list all violations that are applicable.  Suspected violation(s) (GCA/NFA):**
  18 USC 924(a)(1)(A)
  18 USC 922(a)(1)(A)
  18 USC 922(a)(5)
  18 USC 924(b)

- **Detailed information about why subject is under investigation:**
  Suspected in straw purchase of firearms and interstate trafficking of firearms from Georgia to Pennsylvania

- **Detailed information about the investigation.  What do you know and how do you know it.
  Write this portion as if you are writing an affidavit:**



(b)(3) (112 Pub. L. 55, 125 Stat. )  . Search warrants executed on (b) (6), (b) (7)(C) social media accounts and his historical cell-site data indicate that (b) (6), (b) (7)(C) has repeatedly traveled from Georgia to the Philadelphia region in

2

recent years. Additionally, individuals associated with ████████ in the Philadelphia area have repeatedly been found in possession of firearms that have been traced to purchasers in Georgia, including at least one who phone records reveal was in phone contact with ████████

- **Time period for the NICS to monitor subject's transactions**

Starting Date__09/10/2020   30 days _____   60 days _____   90 days X__
**Note:**  The request must be renewed after the requested period elapses.

The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, ████████.  If you have any questions, e-mail ████████ at ████████ > or call at ████████

**Note:**  Monitoring requires a manual, daily search by the Liaison Specialists, ████████, ████████, and ████████.  If you no longer need a flag on your suspect, please e-mail ████████ at ████████, ████████ at ████████ or ████████ at ████████.

3

**To:**       (b) (6), (b) (7)(C)
**From:**     (b) (6), (b) (7)(C) .
**Sent:**     Fri 9/18/2020 2:42:05 PM
**Subject:**  Requesting NICS flags
2020 7 23 Requesting a NICS flag ATF SA (b) (6), (b) (7)(C) .docx

Good morning,

Please see the attached NICS flag request. Let me know if you want any changes completed to the request.

Thank you for your assistance!

(b) (6), (b) (7)(C)
**ATF Special Agent**

**Fort Pierce Field Office**
**1660 St. Lucie West Blvd. Suite 400**
**Port St. Lucie, FL 34986**

**Office** (b) (6), (b) (7)(C)
**Fax** (b) (6), (b) (7)(C)
**Mobile:** (b) (6), (b) (7)(C)

**ATF Investigations Information Form for
Monitoring Firearms Purchasers in the NICS**

| | |
|---|---|
| Submit Date | 9/18/2020 |
| Requestor Name | ATF SA (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| Case Number | 77402-20-0076 |
| Name of Subject | See below |
| Date of Birth | See below |
| Gender | See below |
| Race | See below |
| Social Security Number | N/A |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | N/A |
| Miscellaneous Number(s) | N/A |
| State of Residence | Michigan |
| Place of Birth | N/A |
| Monitoring Time Frame | X 30 days __ 60 days __ 90 days __ 180 days |

- **Please list all violations that are applicable. Suspected violation(s) (GCA/NFA):**

  Knowingly making a false statement to a firearms dealer, in violation of Title 18, USC, 922 (a) (6).

- **Detailed information about why your subject is under investigation. What do you know and how do you know it? Write this portion as if you are writing an affidavit:**

1. On September 10th 2020, investigators the executed a search warrant at (b) (6), (b) (7)(C) (b) (6), (b) (7)(C)

2. While searching the residence investigators located 5 fraudulent Michigan driver's license with 3 different persons faces on them. The names on the fraudulent drivers licenses were as follows:

- (b) (6), (b) (7)(C) W/M
- (b) (6), (b) (7)(C) B/M
- (b) (6), (b) (7)(C) B/M
- (b) (6), (b) (7)(C) B/M

2

- (b) (6), (b) (7)(C)                                    W/M

3. During the investigation a FNH Herstal; Model; Five –Seven; 5.7 x28mm caliber; pistol ((b) (6), (b) (7)(C) was recovered. (b)(3)(112 Pub. L. 55; 125 Stat. 552)

4. On 9/11/2020, SA (b) (6), (b) (7)(C) traveled to Dunham's Sports located at 23150 West Outer Drive, Allen Park, MI, 46101. SA (b) (6), (b) (7)(C) made contact with (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) . (b) (6), (b) (7)(C) sated he remembers selling the FNH Herstal; Model; Five –Seven; 5.7 x28mm caliber; pistol to a black male a few days earlier. Jackson said the male walked up to the firearms counter, selected the FNH Herstal; Model; Five –Seven; 5.7 x28mm caliber; pistol and completed the ATF form 4473. Jackson said the black male presented a Michigan driver's license with the name (b) (6), (b) (7)(C) with the listed address of (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) said he did not make a copy of the license provided. (b) (6), (b) (7)(C) stated after the NICS check was completed the black male purchased the firearm. (b) (6), (b) (7)(C) stated after the transaction the black male left the store. (b) (6), (b) (7)(C) said the transaction seemed normal and he believes the black male came in the store by himself.

5. Later in the day on (9/11/2020) SA (b) (6), (b) (7)(C) located and interviewed (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) at his residence (b) (6), (b) (7)(C)

6. (b) (6), (b) (7)(C) stated he has never purchased a firearm and did not go to the Dunham's Sports located at 23150 West Outer Drive, Allen Park, MI, 46101 on 9/8/2020.

7. (b) (6), (b) (7)(C) stated he was a victim of identity theft in the past but his credit has never been compromised. (b) (6), (b) (7)(C) explain that years prior someone went to a car dealership in the Detroit area attempting to purchase a vehicle with his identity. (b) (6), (b) (7)(C) stated he received a phone call from dealership to confirm his identify and he told the dealer he was not purchasing any vehicles at that time. (b) (6), (b) (7)(C) explained due to the dealer's vigilance the unknown person did not obtain the vehicle.

8. After the interviews SA (b) (6), (b) (7)(C) submitted the photos that were attached to the fraudulent drivers (b) (7)(E) .

9. (b) (7)(E) the real identity of the black male who fraudulently purchased the FNH Herstal; Model; Five –Seven; 5.7 x28mm caliber; pistol was verified to be, convicted felon, (b) (6), (b) (7)(C)

10. It should be noted that (b) (6), (b) (7)(C) photo is attached to 3 of the 5 fraudulent driver's licenses that were recovered.

The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, (b) (6), (b) (7)(C)  If you have any questions, e-mail (b) (6), (b) (7)(C) at (b) (6), (b) (7)(C)  or call at (b) (6), (b) (7)(C)

**Note:**  Monitoring requires a manual, daily search by the Liaison Specialists, (b)(6), (b)(7)(C), (b)(7)(E) - per , (b)(7)(C), (b) and (b)(6), (b)(7)(C), (b)(7)(E) - per FBI .  If you no longer need a flag on your suspect, please e-mail (b) (6), (b) (7)(C) (b)(6), (b)(7)(C), (b)(7)(E) - per at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI , (b)(6), (b)(7)(C), (b)(7)(E) - per FBI at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI or (b)(6), (b)(7)(C (b)(6), (b)(7)(C), (b)(7)(E) a (b)(6), (b)(7)(C), (b)(7)(E) - per FBI .

4

**To:** ███████████ (b) (6), (b) (7)(C) ████████
**From:** ███ (b) (6), (b) (7)(C) ███
**Sent:** Thur 7/9/2020 11:28:28 PM
**Subject:** NICS Flag- ███ (b) (6), (b) (7)(C) ███
NICS Flagging- ███ (b) (6), (b) (7)(C) ██ .docx

███ (b) (6), (b) (7)(C) ██ ,

I have completed the attached form requesting an individual be flagged on any future firearms purchases. I currently have an active straw purchasing investigation into the individual. I believe flagging his future purchases will greatly assist with the investigation. Please let me know if you need anything further from my end.

Respectfully submitted,

███████ (b) (6), (b) (7)(C) ███████
Crime Gun Intelligence Center
**Kansas City Missouri Police Department**
**ATF Task Force Officer, KC Group VII**
**ALT email:** ████ (b) (6), (b) (7)(C) █████
**Cell Phone:** ████ (b) (6), (b) (7)(C) ███
**Fax:** ████ (b) (6), (b) (7)(C) ███

**ATF Investigations Information Form for
Monitoring Firearms Purchasers in NICS**

Date _07/09/2020___

| | |
|---|---|
| Agent /IOI | TFO (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| ATF Case Number | 779015-20-0010 |
| Name of Suspect | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | M |
| Race | White |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| Missouri SID Number | (b) (6), (b) (7)(C) |
| Missouri DL Number | (b) (6), (b) (7)(C) |
| State of Residence | Missouri |
| Place of Birth | (b) (6), (b) (7)(C) |

- **Please list all violations that are applicable. Suspected violation(s) (GCA/NFA):**

18 U.S.C. 922 (a)(6) – False statements intended to deceive FFL

18 U.S.C. 924 (1)(1)(A) – False statement regarding info required to be kept in FFL records

- **Detailed information about why subject is under investigation:**

On 07/01/2020, Task Force Officer (TFO) (b) (6), (b) (7)(C) of the Bureau of Alcohol, Tobacco, Firearms and Explosives, opened an straw purchasing investigation into (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) W/M, (b) (6), (b) (7)(C) after (b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C)

**Detailed information about the investigation. What do you know and how do you know it.
Write this portion as if you are writing an affidavit:**

Test fire casings from a Glock, Model 22, .40 caliber pistol, S/N# (b) (6), (b) (7)(C) recovered by KCMO PD ( (b) (6), (b) (7)(C) Narcotics) were preliminarily linked through NIBIN to .40 caliber casings recovered by KCMO PD on two separate assault incidents ( (b) (6), (b) (7)(C) & (b) (6), (b) (7)(C)

(b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C)



(b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C)

- **Time period for the NICS to monitor subject's transactions**

  Starting Date____07/09/2020_____    30 days _____    60 days _____    90 days __X__

  **Note:** The request must be renewed after the requested period elapses.

3

The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, [(b) (6), (b) (7)(C)]. If you have any questions, e-mail [(b) (6), (b) (7)(C)] at [(b) (6), (b) (7)(C)] or call at [(b) (6), (b) (7)(C)].

**Note:** Monitoring requires a manual, daily search by the Liaison Specialists, [(b)(6), (b)(7)(C), (b)(7)(E) - per], [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI], and [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI]. If you no longer need a flag on your suspect, please e-mail [(b) (6), (b) (7)(C)], [(b)(6), (b)(7)(C), (b)(7)(E) - per] at [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI] [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI] at [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI] or [(b)(6), (b)(7)(C), (b)(7)(E) -] [(b)(6), (b)(7)(C), (b)(7)(E) -] at [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI]

4

**To:**      (b) (6), (b) (7)(C)
**From:**    (b) (6), (b) (7)(C)
**Sent:**    Tue 12/1/2020 3:23:31 PM
**Subject:**  NICS Flag Request
NICS Flag for (b) (6), (b) (7).docx

Hello (b) (6), (b) (7)(C)

Please find attached a request for a NICS Flag. If there is anything else you may need, please feel free to contact me. Thank you for you help.

(b) (6), (b) (7)(C)

**Special Agent**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**201 E. Washington St. Suite 940**
**Phoenix, AZ 85004**
**(Cell):** (b) (6), (b) (7)(C)

**ATF Investigations Information Form for
Monitoring Firearms Purchasers in the NICS**

| | |
|---|---|
| Submit Date | 12/01/2020 |
| Requestor Name | (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| Case Number | 785115-21-0011 |
| Name of Subject | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | Black |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | NA |
| Miscellaneous Number(s) | NA |
| State of Residence | Arizona |
| Place of Birth | |
| Monitoring Time Frame | __30 days __60 days _X_90 days __180 days |

- **Please list all violations that are applicable. Suspected violation(s) (GCA/NFA):**

  - 18 U.S.C. § 922(a)(1) as the subject engaged in the business of dealing in firearms without a license.
  - 18 U.S.C. § 924(a)(1)(A) because the subject made a false statement on an ATF Form 4473 when acquiring the firearm from a Federal firearms licensee

- **Detailed information about why your subject is under investigation.  What do you know and how do you know it?  Write this portion as if you are writing an affidavit:**

  (For example:  How do you know the subject is a straw purchaser?  How is the suspect violating the law?  Trace results; number of firearm(s) recovered and description; time to crime including what type of crime.  If possible, include an affirmative statement as to your professional opinion regarding the circumstances.  If you want to monitor more than one person, what links these suspects together?  What is known about the amount of money paid for the firearms and where is the money coming from?  Is the subject employed?)

  In November of 2020, SA (b) (6), (b) (7)(C) received a case referral regarding firearm recoveries in California and Arizona. (b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C)
  SA
  (b) (6), (b) (7)(C) was later contacted about (b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C)
  SAs later contacted (b) (6), (b) (7)(C) and interviewed him. (b) (6), (b) (7)(C) admitted to the SAs

2

he had sold many of his firearms and was only in possession of 4 out of the 40 plus guns he purchased in 2020. (b)(6), (b)(7)(C) also stated he had taken orders on specific firearms with the intention of selling/trading them after acquiring the gun.


The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, (b) (6), (b) (7)(C). If you have any questions, e-mail (b) (6), (b) (7)(C) at (b) (6), (b) (7)(C) or call at (b) (6), (b) (7)(C)


**Note:** Monitoring requires a manual, daily search by the Liaison Specialists, (b)(6), (b)(7)(C), (b)(7)(E) - per F (b)(6), (b)(7)(C), (b) (b)(6), (b)(7)(C), and (b)(6), (b)(7)(C), (b)(7)(E) - per FBI If you no longer need a flag on your suspect, please e-mail (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) (b)(6), (b)(7)(C), (b)(7)(E) - per at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI, (b)(6), (b)(7)(C), (b)(7)(E) - per FBI at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI or (b)(6), (b)(7)(C (b)(6), (b)(7)(C), (b)(7)(E) at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI

3

**To:** (b) (6), (b) (7)(C) (b)(6), (b)(7)(C), (b)(7)(E) - per FBI (CJIS) (FBI) (b)(6), (b)(7)(C), (b)(7)(E) - per FBI;
(b)(6), (b)(7)(C), (b)(7)(E) - per FBI; (b)(6), (b)(7)(C), (b)(7)(E) - per FBI
**From:** (b) (6), (b) (7)(C)
**Sent:** Fri 10/9/2020 12:05:33 AM
**Subject:** NICS monitoring request

NICS flag Form (b) (6), (b) (7)(C) .docx

To whom it may concern,

Please see the attached request.

Let me know if you need anything further.

(b) (6), (b) (7)(C)
St. Louis Group IV
Desk: (b) (6), (b) (7)(C)
Cell: (b) (6), (b) (7)(C)



## ATF Investigations Information Form for
## Monitoring Firearms Purchasers in NICS

Date__10/8/2020_____

| Agent /IOI | (b) (6), (b) (7)(C) |
| --- | --- |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| ATF Case Number* | 779045-21-0006 |
| Name of Suspect | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | Black |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | (b) (6), (b) (7)(C) |
| Miscellaneous Number(s) | |
| State of Residence | MO |
| Place of Birth | MO |

*Requestor may not use general case numbers

- **Please list all violations that are applicable.** Suspected violation(s) (GCA/NFA):
  - 18 U.S.C. 922(a)(1)(a) Defendant knowingly purchased a firearm that was provided/sold to another.

- **Detailed information about why subject is under investigation:**
  (Example:  How do you know the subject is a straw purchaser?  How is the suspect violating the law?)



This short recovery time is reveals that this firearm was a potential "straw" purchase. (b) (6), (b) (7)(C) has also agreed to purchase a firearm for another individual from an FFL at a later date.

2

- **Detailed information about the investigation.  What do you know and how do you know it. Write this portion as if you are writing an affidavit:**
  - ○ ▮(b) (6), (b) (7)(C)▮ stated on a recorded phone call that he would purchase a firearm from an FFL and/or a legitimate website for a CI. ▮(b) (6), (b) (7)(C)▮ stated he was no longer going to purchase firearms from the street.
- **Time period for NICS to monitor for subject's transactions**

Starting Date__10/8/2020____        30 days _____        60 days _____        90 days ___X__

**Note:**  The request must be renewed after period elapses.

The ATF requestor must fill out the attached request form and e-mail it to the Denial Enforcement and NICS Intelligence (DENI) Branch FBI NICS Liaison ▮(b) (6), (b) (7)(C)▮. If you have any questions, e-mail ▮(b) (6), (b) (7)(C)▮ at ▮(b) (6), (b) (7)(C)▮ or call at ▮(b) (6), (b) (7)(C)▮.

**Note:**  Monitoring requires a manual daily search by the FBI/ATF Liaison Specialists, ▮(b)(6), (b)(7)(C), (b)(7)(E) - per▮, ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮, and ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮.  If you no longer need a flag on your suspect, please e-mail ▮(b) (6), (b) (7)(C)▮ ▮(b)(6), (b)(7)(C), (b)(7)(E) - per▮ at ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮, ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮ at ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮, ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮ at ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮.

**To:**        ████████ (b) (6), (b) (7)(C) ████████
**From:**      ████ (b) (6), (b) (7)(C) ████
**Sent:**      Tue 8/18/2020 5:30:36 PM
**Subject:**   NICS Monitoring ███ (b) (6), (b) (7)(C) ███
███ (b) (6), (b) (7)(C) ███ NICS flag.docx

Hey ██ (b) (6), (b) (7) ██

Got a good one for you guys.  Let me know if you need anything else.  Hope you're doing well and stay safe.

Thanks,

## (b) (6), (b) (7)(C)

**Investigator/Intelligence Specialist**
**Denver Crime Gun Intelligence Center**
**Bureau of Alcohol, Tobacco, Firearms & Explosives**
**Cell:** ██ (b) (6), (b) (7)(C) ██
**Office:** ██ (b) (6), (b) (7)(C) ██
**Fax:** ██ (b) (6), (b) (7)(C) ██



\*\*\*\*\*\*\*
NOTICE: This e-mail message and any attached files are intended solely for the use of the addressee(s) named
above in connection with official business. This communication may contain Controlled Unclassified
Information that may be statutorily or otherwise prohibited from being released without appropriate approval.
Any review, use, or dissemination of this e-mail message and any attached file(s) in any form outside of ATF
or the Department of Justice without express authorization is strictly prohibited.

**ATF Investigations Information Form for**
**Monitoring Firearms Purchasers in the NICS**

| Submit Date | 8/18/20 |
|---|---|
| Requestor Name | (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| Case Number | 788055-20-0077 |
| Name of Subject | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Female |
| Race | Native America |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | None |
| Miscellaneous Number(s) | N/A |
| State of Residence | Colorado |
| Place of Birth | (b) (6), (b) (7)(C) |
| Monitoring Time Frame | __30 days __60 days __90 days _X_180 days |

- **Please list all violations that are applicable. Suspected violation(s) (GCA/NFA):**

  Suspected firearms straw purchaser.

  922(a)(6) – false statement in connection w/acquisition

- **Detailed information about why your subject is under investigation. What do you know and how do you know it? Write this portion as if you are writing an affidavit:**

On June 8, 2020, (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) was stopped by Thornton Police Department for a traffic violation. In plain view, officers observed a handgun magazine, and requested permission is search the vehicle. (b) (6), (b) (7)(C) granted permission. Officers subsequently located a 9mm Glock Model 19 semi-auto pistol bearing serial number (b) (6), (b) (7)(C) under (b) (6), (b) (7)(C) seat. Forensic examination of test fires from the firearm show the gun was likely used in a shooting in Commerce City, Colorado on May 25. Records checks showed (b) (6), (b) (7)(C) was also a suspect in an armed robbery of a mother and her child in Commerce City which occurred on May 12.

Following the release of the NIBIN Lead, ATF Investigator (b) (6), (b) (7)(C) initiated a trace of the firearm. (b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C)

(b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C)

2

On March 27, 2020, Denver Police Officers were responding to a report of shots fired near 4719 E Iliff Ave. Officers would locate ten (10) 9mm shell casings. Shortly after arriving on scene officers received additional reports of a vehicle crash nearby. At the vehicle crash officers recovered a 9mm SCCY Model CPX-2 semi-auto pistol bearing serial number █████████. The firearm was located under driver's seat of the vehicle which was being operated by ████████████ ████████. Two passengers were ejected from the vehicle during the crash and were seriously injured. ███████ claimed they were being shot at. However, forensic examination showed the casings at the scene of the shooting came from the firearm recovered under ████████ seat. ████████████████████████████ ████████████████████████ .

Records checks and social media searches found ████████ has been ██████████ with ████████ ████████ ████████ since early 2019. ████████ appears to be a Blood gang member and has recently been denied trying to obtain firearms from Rocky Mountain Pawn in Brighton and Fast Cash Pawn in Commerce City.

On August 12, 2020, Investigator ████████ went to Rocky Mountain Pawn and spoke to ████████ ████████regarding sales to ████████ and ████████. Documentation was collected that showed ████████ bought a 31 round Glock magazine on February 27, 2020 and was denied attempting to purchase a 9mm Glock 26 Gen 4 pistol on April 24, 2020. Receipts were also collected showing six (6) firearm sales to ████████ between January and May 2020. These include the sales of two (2) Glock pistols on February 27 and April 24. ████████ added he remembers ████████ and questioned her about the sales. ████████ reported stated she was rebuilding her gun collection after "something happened to it". According to the receipts provided, ████████ spent over $2,800 on firearms at Rocky Mountain Pawn.

State wages for ████████ and ████████ were requested. ████████ gross income for the 1st quarter of 2020 was $████████ ████████████████ .

The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, ████████. If you have any questions, e-mail ████████ at ████████ > or call at ████████.

**Note:** Monitoring requires a manual, daily search by the Liaison Specialists, ████████, ████████, and ████████. If you no longer need a flag on your suspect, please e-mail ████████, ████████ at ████████ ████████ at ████████or ████████ at ████████

3

**To:**          (b) (6), (b) (7)(C)
**From:**    (b) (6), (b) (7)(C)
**Sent:**      Thur 5/14/2020 3:09:59 PM
**Subject:**   NICS flag request

(b) (6), (b)  NICS flag.docx

Attached is a request for NICS flag for subject (b) (6), (b) (7)(C).

Thank you

Special Agent     (b) (6), (b) (7)(C)
ATF Tucson Group I
2255 W. Ina RD.
Tucson, AZ 85741
Cell (b) (6), (b) (7)(C)

**ATF Investigations Information Form for
Monitoring Firearms Purchasers in the NICS**

| | |
|---|---|
| Submit Date | 5/14/20 |
| Requestor Name | (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| Case Number | 785065-20-0067 |
| Name of Subject | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | White |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | |
| Miscellaneous Number(s) | |
| State of Residence | Arizona |
| Place of Birth | |
| Monitoring Time Frame | __30 days _X_60 days __90 days __180 days |

- **Please list all violations that are applicable. Suspected violation(s) (GCA/NFA):**
18 USC 922(a)(6)
18 USC 924(c)

- **Detailed information about why your subject is under investigation. What do you know and how do you know it? Write this portion as if you are writing an affidavit:**

(b) (6), (b) (7)(C) contacted an ATF undercover agent and offered to purchase a firearm for the undercover. ATF agents have located suspected straw purchases in (b) (6), (b) (7)(C) past. Agents know (b) (6), (b) (7)(C) made these purchases with cash. Agents know that (b) (6), (b) (7)(C) has not had reportable income since second quarter of 2019. Agents also suspect (b) (6), (b) (7)(C) to be a narcotics dealer that distributes while armed.

The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, (b) (6), (b) (7)(C). If you have any questions, e-mail (b) (6), (b) (7)(C) at (b) (6), (b) (7)(C) or call at (b) (6), (b) (7)(C).

**Note:** Monitoring requires a manual, daily search by the Liaison Specialists, (b)(6), (b)(7)(C), (b)(7)(E) - per, (b)(6), (b)(7)(C), (b)(7)(E) - per FBI, and (b)(6), (b)(7)(C), (b)(7)(E) - per FBI. If you no longer need a flag on your suspect, please e-mail

**(b) (6), (b) (7)(C)**, ███████ at ████████ , ████████ at ████████ or ████████
at ████████ .

**To:**  (b)(6), (b)(7)(C), (b)(7)(E) - per FBI  [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI]  (CK) (FBI) [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI]
**Cc:**  (b) (6), (b) (7)(C)  |  (b) (6), (b) (7)(C)  [(b) (6), (b) (7)(C)]
    (b) (6), (b) (7)(C)
**From:**  (b) (6), (b) (7)(C)  (ATF)
**Sent:**  Thur 9/24/2020 5:24:09 PM
**Subject:**  ATF request for NICS flag (b) (6), (b) (7)(C)
2020 7 23 Requesting a NICS flag (b) (6), (b) (7)(C).docx

Hello, see attached file. I received an "out of office" response from (b) (6), (b)(7)(C) Thank-you,

-- (b) (6), (b) (

(b) (6), (b) (7)(C)
Special Agent
ATF Tampa Field Division (Group I)
O: (b) (6), (b) (7)(C) (Sarasota)
C: (b) (6), (b) (7)(C)

E-mail: (b) (6), (b) (7)(C)

*The information contained in this electronic communication is intended to be sent only to the stated recipient and may
contain information that is privileged or otherwise protected from disclosure under applicable law. If the reader of this
message is not the intended recipient or the intended recipient's agent, you are hereby notified that any dissemination,
distribution or copying of the information is strictly prohibited. If you are not the intended recipient, please contact the
sender and delete all copies.*

**ATF Investigations Information Form for
Monitoring Firearms Purchasers in the NICS**

| | |
|---|---|
| Submit Date | 09/24/2020 |
| Requestor Name | S/A (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| Case Number | 767030-20-0074 |
| Name of Subject | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Female |
| Race | Black |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | (b) (6), (b) (7)(C) |
| Miscellaneous Number(s) | |
| State of Residence | FLORIDA |
| Place of Birth | (b) (6), (b) (7)(C) |
| Monitoring Time Frame | __30 days __60 days __90 days _X 180 days |

- **Please list all violations that are applicable. Suspected violation(s) (GCA/NFA):**
  18 U.S.C. § 924 (a)(1)(A) – False Statements to a FFL.
  18 U.S.C. § 2 - Aiding and abetting a felon's unlawful firearm possession (18 U.S.C. § 922(g)(1))

- **Detailed information about why your subject is under investigation. What do you know and how do you know it? Write this portion as if you are writing an affidavit:**

The following probable cause statement is a summary and should not be construed as a complete statement of all the information generated from the investigation but only those which the writer feels are sufficient to establish probable cause that the below subject violated § 924(a)(1)(A) of the Gun Control Act (Title 18). ATF has investigative authority for criminal (and regulatory) violations of the Federal firearms, explosives and arson laws. (See 28 U.S. Code § 599A(b) - Responsibilities). ATF special agents (and task force officers) are criminal investigators and permitted to talk with witnesses and suspects.

Federal law prohibits convicted felons from possessing firearms due to potential dangerousness. As part of that effort, federal law requires the ATF Background Check Form 4473 to be completed before a federally licensed firearms dealer (FFL) sells or transfers a firearm. It also imposes record-keeping requirements on the FFL including the "actual buyer" question to assist law enforcement authorities in investigating gun crimes through the tracing of guns to their buyers. These provisions would mean little if a would-be gun buyer could evade them by enlisting the aid of an intermediary to execute the paperwork on his behalf, thus undermining this important crime prevention tool.

In a "straw purchase" the actual purchaser of firearms, i.e. the individual who executes the ATF form 4473, is directed by another individual as to the types and numbers of firearms to be purchased in order to obtain those firearms on his or her behalf. In the case of an ineligible purchaser, there is no requirement that the person supply money up front in order for a straw purchase to occur. Federal law (18 U.S.C. § 2) prohibits aiding and abetting a felon's unlawful firearm possession, including the criminal enterprise centering around the commission of a felony involving firearms – falsifying a federal form in connection with firearms purchases.

On September 17, 2020, the Sarasota County Sheriff's Office (SSO) received information from an anonymous citizen of a suspicious gun transaction that occurred on September 16, 2020 at Total Impact Gun Range (Nokomis, FL), an FFL, involving 2 males (Black) and 1 female (Black). During the incident, the males made comments about looking for firearms that would defeat body armor. The female filled out the paperwork and made a purchase. These individuals were later identified as ██████████, ██████████ ██████████ (a serially-convicted felon) and ██████████.

On September 18, 2020, ██████████ told investigators that he handled the aforementioned gun transaction. ████ told him that he wanted "something that will shoot through vests." When asked for clarification, ████ added, "I just want to protect my family." While looking at the rifles inside the store, ████ grabbed several of the attached price tags. ████ also remarked to ████ "I don't know what you want" (referring to firearms). During so, ████ asked questions about the guns to be bought by inquiring on the price and difference between the two types of rifles. ████ also commented that he did not like the Century Arms AK rifle, as he preferred American-made and not Russian. ████ talked about wanting to purchase 3 firearms (2 ARs and 1 AK). ████ ended up purchasing 2 AR15s, described as Anderson and Delton. ████ paid for the guns and completed the ATF Form 4473.

Regarding Question 21a on the ATF 4473 form ("are you the actual buyer"), ████ initially checked "No." When asked for clarification on whether the guns were for her or not, she changed her answer to "Yes," and initialed the change that she crossed out. This further put ████ on notice with respect to the firearms regulation regarding straw purchases.

While ████ completed Form 4483, ████ roamed around the store. The salesperson also overheard ████ tell ██████████ that he was interested in purchasing a 50-caliber firearm. Due to the background check waiting period, ████ was not able to pick up the firearms until Tuesday, September 22, 2020.

A review of the store's surveillance video of September 16thshowed that ████ and ██████████, walked into the store first. This was followed a few minutes later by ████ All of them can be seen talking to each other while looking at rifles inside the store. ████ pointed at several rifles and inspected the price tags affixed to them. This was done in a manner for ████ to select a rifle and handle it. In addition, ████ can be seen making hand gestures consistent with handling a long gun. The video also showed ████ standing near the register while ████ completed the ATF form 4473.

On September 22, 20202, ████ arrived at Total Impact gun store with ██████████ ████ While inside the store, she made a phone call. She then exited the store and got into her car (which was parked next to an ATF unmarked government-owned vehicle). With her driver's side door open, agents overheard her asking the person on the phone about an "AR," an "extended clip," and a "Draco" (AK-style pistol). She then went back into the store and purchased an additional rifle (Century Arms VSKA AK-47). After she exited the store, she was approached by ATF agents and SSO deputies.

3

During a non-custodial interview, ▨▨▨ confirmed that her signature was on the ATF 4473 form. She also confirmed having completed Question 21a on the 4473 form ("are you the actual buyer"). That question is followed by a warning that states: "You are not the actual buyer if you are acquiring the firearms(s) on behalf of another person." The buyer's certification on the Form 4473 explicitly stated that falsely answering "yes" to the actual buyer question is a crime punishable as a felony.

▨▨▨ confirmed that ▨▨▨ was a convicted felon and had accompanied her inside the gun store as they looked at rifles. She added that ▨▨▨ made "sure I didn't get ripped off" and "I need him to tell me if I am doing something wrong" (referring to the gun transaction at the FFL).

When told that agents overheard her talking on the phone about guns, she indicated that she was on the phone with ▨▨▨ and "was making sure it was the right Draco." She added that the purpose of the guns was to "arm me and my family." She denied that she bought the guns for ▨▨▨ During this encounter, 3 firearms were seized from ▨▨▨ by S/A ▨▨▨ for administrative forfeiture under 18 U.S.C. § 924(d). The location of the seizure was the parking lot at 616 N Tamiami Trail, Nokomis, FL 34275. The firearms are described as:

- Century Arms International, Type: Rifle, Model: VSKA, Cal: 762, SN: ▨▨▨
- Del-Ton Inc., Type: Rifle, Model: DTI-15, Cal: 556, SN: ▨▨▨
- Anderson Manufacturing, Type: Rifle, Model: AM-15, Cal: Multi, SN: ▨▨▨

A firearm may be possessed actually or constructively and solely or jointly. For constructive possession, a firearm need not be on or near the defendant's person, as the defendant need only be aware of the firearm's presence and have intended to exercise dominion and control of the gun through another. The evidence is sufficient to establish probable cause to conclude that ▨▨▨ a serially-convicted felon, either constructively possessed, solely or jointly with ▨▨▨ the guns that she purchased. A clemency check for the state of Florida indicates that ▨▨▨ has not had his rights restored as to the possession of firearms and ammunition.

By lying on the ATF Form 4473, ▨▨▨ made a false statement in connection with the purchase of firearms in violation of § 924 (a)(1)(A). At the time of this false statement, ▨▨▨ knew about ▨▨▨ prohibited status as a convicted felon. This prevented the gun dealer from insisting that the true buyer (▨▨▨) provide identifying information, show a photo ID, and submit to a background check as required by federal law.

The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, ▨▨▨. If you have any questions, e-mail ▨▨▨ at ▨▨▨ or call at ▨▨▨

**Note:** Monitoring requires a manual, daily search by the Liaison Specialists, ▨▨▨ and ▨▨▨. If you no longer need a flag on your suspect, please e-mail ▨▨▨ at ▨▨▨, ▨▨▨ at ▨▨▨ or ▨▨▨ at ▨▨▨

4

**To:** ████ (b) (6), (b) (7)(C) ████
**Cc:** ████ (b) (6), (b) (7)(C) ████ ██ (b) (6), (b) (7)(C) ██
**From:** (b) (6), (b) (7)(C)
**Sent:** Mon 1/11/2021 5:56:03 PM
**Subject:** Requesting NICS Flag
(b) (6), (b) (7)(C) Requesting a NICS flag.docx

(b) (6), (b) (7)(C)

Please see attached.

Requesting a NICS Flag.

Thank you,

**SSG (b) (6), (b) (7)(C), Criminal Analyst**
**New York National Guard**
**ATF – VCTF Rochester**
(b) (6), (b) (7)(C)



## ATF Investigations Information Form for
## Monitoring Firearms Purchasers in the NICS

| Submit Date | 1/11/2021 |
|---|---|
| Requestor Name | SA (b) (6), (b) (7)(C) / SSG (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) / (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) / (b) (6), (b) (7)(C) |
| Case Number | 765080-21-0017 |
| Name of Subject | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | Black |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | N/a |
| Miscellaneous Number(s) | N/a |
| State of Residence | Ohio |
| Place of Birth | (b) (6), (b) (7)(C) |
| Monitoring Time Frame | __30 days __60 days __90 days _X_180 days |

- **Please list all violations that are applicable. Suspected violation(s) (GCA/NFA):**
18USC 922(a)(1)(A) – Dealing Firearms without a License
18USC 922(a)(6) – False Statement to FFL

- **Detailed information about why your subject is under investigation. What do you know and how do you know it? Write this portion as if you are writing an affidavit:**



(b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C)
. There is an on-going investigation into this weapons trafficking organization and we would like to be notified if (b) (6), (b) (7)(C) purchases another firearm.

The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, (b) (6), (b) (7)(C). If you have any questions, e-mail (b) (6), (b) (7)(C) at (b) (6), (b) (7)(C) or call at (b) (6), (b) (7)(C).

**Note:** Monitoring requires a manual, daily search by the Liaison Specialists, (b)(6), (b)(7)(C), (b)(7)(E) - per FBI, (b)(6), (b)(7)(C), (b)(7)(E) - per FBI, and (b)(6), (b)(7)(C), (b)(7)(E) - per FBI. If you no longer need a flag on your suspect, please e-mail (b) (6), (b) (7)(C), (b)(6), (b)(7)(C), (b)(7)(E) - per at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI, (b)(6), (b)(7)(C), (b)(7)(E) - per FBI at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI or (b)(6), (b)(7)(C), (b)(7)(E) at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI

**To:**     (b) (6), (b) (7)(C)
**From:**   (b) (6), (b) (7)(C)
**Sent:**   Tue 10/13/2020 8:34:16 PM
**Subject:** NICS Flag Request
NICS Flag Request_(b) (6), (b) (7)(C).pdf

Good Afternoon,

Please see the attached Request.

Thank you,



Special Agent (b) (6), (b) (7)(C)
Bureau of Alcohol, Tobacco, Firearms and Explosives
Baltimore Field Division
Wilmington Field Office
Cell: (b) (6), (b) (7)(C)
Fax: (b) (6), (b) (7)(C)
     (b) (6), (b) (7)(C)

**ATF Investigations Information Form for
Monitoring Firearms Purchasers in the NICS**

| | |
|---|---|
| Submit Date | October 13, 2020 |
| Requestor Name | Special Agent (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| Case Number | 761035-20-0035 |
| Name of Subject | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | M |
| Race | B |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | (b) (6), (b) (7)(C) |
| Miscellaneous Number(s) | |
| State of Residence | Delaware |
| Place of Birth | Unknown |
| Monitoring Time Frame | __30 days __60 days _X_90 days __180 days |

- **Please list all violations that are applicable. Suspected violation(s) (GCA/NFA):**
  18 USC 922(a)(6): False statement as to a material fact to FFL
  18 USC 922(g)(4): Person prohibited by adjudicated mental defective or committed to any mental institution
  18 USC 922(n): Providing a firearm to a person prohibited

- **Detailed information about why your subject is under investigation. What do you know and how do you know it? Write this portion as if you are writing an affidavit:** (b) (6), (b) (7)(C) has purchased at least five (5) firearms, none of which he is in possession of. During an interview conducted by the ATF Wilmington Field Office in November 2018, (b) (6), (b) (7)(C) could not account for two (2) of his firearms and indicated that they were stolen or were located at a remote cabin in the Poconos, PA. During that interview, ATF SA (b) (6), (b) (7)(C) spoke to (b) (6), (b) (7)(C) and she expressed concern because (b) (6), (b) (7)(C) is mentally handicapped. She also refuted his stories about any firearms at the Poconos cabin. She expressed that she could not understand how he accurately completed the ATF Form 4473 because of his mental state.

Following that interview, one of the firearms was recovered during a search warrant incident to arrest of a Delaware fugitive in Georgia (b) (6), (b) (7)(C). The other firearm was recovered during a narcotics search warrant in New Castle County, Delaware. This firearm was tested fired and entered into NIBIN with the potential lead results tying it to

1

three (3) separated incidents: one homicide, a double homicide, and a shots fired (b) (6), (b) (7)(C)

In December of 2019, (b) (6), (b) (7)(C), (b) (7) contacted ATF SA (b) (6), (b) (7)(C) and alerted him that (b) (6), (b) (7)(C) had purchased a firearm online and was trying to pick up the firearm from the store. (b) (6), (b) (7)(C) was previously banned after he shoplifted items from the business. (b) (6), (b) (7)(C) asked if (b) (6), (b) (7)(C) could come in and purchase the firearm on his behalf. Employees indicated that would be a violation of Federal law and would not sell the firearm.

In August of 2019, ATF IRS (b) (6), (b) (7)(C) alerted ATF SA (b) (6), (b) (7)(C) that (b) (6), (b) (7)(C) had purchased two (2) firearms. Upon interviewing (b) (6), (b) (7)(C) he stated he did not have those firearms and that he was forced to purchase them for a female named "(b) (6), (b) (7)(C) that held a knife to him through her coat pocket while he was in the store. Once they returned to the car, "(b) (6), (b) (7)(C) took the firearms from him and kicked him out of the car at a gas station a few miles from the FFL. (b) (6), (b) (7)(C) was present during this interview and stated she believed people were taking advantage of him to purchase firearms. (b) (6), (b) (7)(C) is not employed and has no bills to pay therefore any extra money he has does not need to be accounted for.

In September of 2019, (b) (6), (b) (7)(C) called SA (b) (6), (b) (7)(C) to tell her about (b) (6), (b) (7)(C) mental disabilities. She explained he was born with (b) (6), (b) (7)(C)

She also explained that (b) (6), (b) (7)(C) had been committed (b) (6), (b) (7)(C)

In October of 2019, SA (b) (6), (b) (7)(C) served (b) (6), (b) (7)(C) with a Warning Notice of Straw Purchasing. (b) (6), (b) (7)(C) initially did not remember the interview from a few weeks prior. (b) (6), (b) (7)(C) acknowledged the Warning Notice and was asked to explain the letter in his own words so Agents knew he understood. He stated he would not purchase any more firearms and would alert SA (b) (6), (b) (7)(C) if any of his recovered firearms were returned to him. (b) (6), (b) (7)(C) agreed to search through (b) (6), (b) (7)(C) records to find documentation for any of (b) (6), (b) (7)(C) committal in an attempt to officially prohibit him through NICS. Subpoenas will be issued to the institutions for (b) (6), (b) (7)(C) history as well.

Due to (b) (6), (b) (7)(C) mental state, Agents believe other actors will continue to prey on his mental deficits and use him to try to purchase firearms for themselves. Despite serving (b) (6), (b) (7)(C) with a Warning Notice and his acknowledgement, Agents do not believe (b) (6), (b) (7)(C) may remember the interview while they wait for official documentation of his medical history. Upon receipt of prohibiting medical history, Agents will cease monitoring (b) (6), (b) (7)(C)

The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, ██████████. If you have any questions, e-mail ██████████ at ██████████ or call at ██████████.

**Note:** Monitoring requires a manual, daily search by the Liaison Specialists, ██████████, ██████████ and ██████████. If you no longer need a flag on your suspect, please e-mail ██████████, ██████████ at ██████████ ██████████ at ██████████ or ██████████ at ██████████.

**To:**      (b) (6), (b) (7)(C)
**From:**      (b) (6), (b) (7)(C)
**Sent:**     Mon 8/3/2020 6:36:44 PM
**Subject:**   Brady Flag request - (b) (6), (b) (7)(C)
Brady Flag request form          (b) (6), (b) (7)(C)          docx

Greetings!
Please accept the attached Brady flag request for (b) (6), (b) (7)(C) and (b) (6), (b) (7)(C).

(b) (6), (b) (7)(C)       | SPECIAL AGENT | ATF – TUCSON II STRIKE FORCE | (b) (6), (b) (7)(C)
(b) (6), (b) (7)   DESK | (b) (6), (b) (7)(C)   MAIN OFFICE | (b) (6), (b) (7)(C)   CELL

**ATF Investigations Information Form for**
**Monitoring Firearms Purchasers in the NICS**

| | |
|---|---|
| Submit Date | 08-03-2020 |
| Requestor Name | (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| Case Number | 785085-20-0067 |
| Name of Subject | (b) (6), (b) (7)(C) <br> (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) <br> (b) (6), (b) (7)(C) |
| Gender | M (b)(6), (b)(7) <br> F (b) (6), (b) (7)(C) |
| Race | H (b)(6), (b)(7) <br> W (b) (6), (b) (7)(C) |
| Social Security Number | (b) (6), (b) (7)(C) <br> (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | |
| Miscellaneous Number(s) | Arizona Driver's License (b) (6), (b) (7)(C) <br> Arizona Driver's License (b) (6), (b) (7)(C) |
| State of Residence | AZ |
| Place of Birth | |
| Monitoring Time Frame | __30 days __60 days __90 days _X_180 days |

**Please list all violations that are applicable. Suspected violation(s) (GCA/NFA):**

18 USC Secs. 922(a)(6), 924(a)(1)(A), and 922(a)(1)

- **Detailed information about why your subject is under investigation. What do you know and how do you know it? Write this portion as if you are writing an affidavit:**

Received anonymous tip that (b) (6), (b) (7)(C) were purchasing guns to provide to minors and they were known frequenters of a known homeless shelter. A check of one FFL revealed that (b)(6), (b) had purchased 9 firearms, most of them identical makes/models, and the majority since May 2020. (b) (6), (b) (7)(C) made a four gun purchase on 07-27-20. All purchases were conducted in cash. A check of the state system revealed that (b)(6), (b) has no reported AZ income since first quarter 2018 and that (b) (6), (b)(7)(C) has had no reported income since third quarter 2019 and only two quarters in 2018 in which the combined total was less than (b)(6), (b)(7)(C) for a period that covered 9 months.

The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, (b) (6), (b) (7)(C). If you have any questions, e-mail (b) (6), (b) (7)(C) at (b) (6), (b) (7)(C) or call at (b) (6), (b) (7)(C).

1

**Note:**  Monitoring requires a manual, daily search by the Liaison Specialists, [(b)(6), (b)(7)(C), (b)(7)(E) - per] , [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI] , and [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI] .  If you no longer need a flag on your suspect, please e-mail [(b) (6), (b) (7)(C),] [(b)(6), (b)(7)(C), (b)(7)(E) - per] a[(b)(6), (b)(7)(C), (b)(7)(E) - per FBI] [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI] at [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI] or [(b)(6), (b)(7)(C,] [(b)(6), (b)(7)(C), (b)(7)(E),] at [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI]

**To:** ████████ (b) (6), (b) (7)(C) ████████
**Cc:** ████████ (b) (6), (b) (7)(C) ████████ (b) (6), (b) (7)(C)
████ (b) (6), (b) (7)(C) ████
**From:** (b) (6), (b) (7)(C)
**Sent:** Thur 8/13/2020 7:42:41 PM
**Subject:** NICS Monitoring Request (002)
<u>NICS Monitoring Request (002).docx</u>



Attached is a monitoring request for 3 people.  Call if you have any questions.

## ATF Investigations Information Form for
## Monitoring Firearms Purchasers in NICS

Date: 8/13/2020

| Agent /IOI | IOI (b) (6), (b) (7)(C) |
|---|---|
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| ATF Case Number* | 773010-20-0076 |

| Agent /IOI | SA (b) (6), (b) (7)(C) |
|---|---|
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| ATF Case Number* | 773010-20-0076 |
| Name of Suspect | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Female |
| Race | White |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | |
| Miscellaneous Number(s) | KY DL (b) (6), (b) (7)(C) |
| State of Residence | KY |
| Place of Birth | (b) (6), (b) |

*Requestor may not use general case numbers

| Name of Suspect | (b) (6), (b) (7)(C) |
|---|---|
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Female |
| Race | White |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | (b) (6), (b) (7)(C) |
| Miscellaneous Number(s) | |
| State of Residence | OH |
| Place of Birth | (b) (6), (b) |

| Name of Suspect | (b) (6), (b) (7)(C) |
|---|---|

| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | White |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | (b) (6), (b) (7)(C) |
| Miscellaneous Number(s) | |
| State of Residence | KY |
| Place of Birth | (b) (6), (b) |

**Please list all violations that are applicable.** Suspected violation(s) (GCA/NFA):

18 U.S.C 922(a)(1)(A) Dealing in Firearms Without a License
18 U.S.C 922(a)(5) Transfer a Firearm to an Out of State Resident
18 U.S.C 922(a)(6) Provide False Information to Acquire a Firearm

- **Detailed information about why subject is under investigation:**
  (Example: How do you know the subject is a straw purchaser? How is the suspect violating the law?)

  Trace reports referenced below

- **Detailed information about the investigation. What do you know and how do you know it. Write this portion as if you are writing an affidavit:**



(b)(3)(112 Pub. L. 55; 125 Stat. 552), (b)(6), (b)(7)(C)

3

**(b)(3)(112 Pub. L. 55; 125 Stat. 552), (b)(6), (b)(7)(C)**

On 08/06/2020, ATF Task Force Officer (TFO) **(b) (6), (b) (7)(C)**, ATF Special Agent (SA) **(b) (6), (b) (7)(C)** **(b) (6), (b) (7)(C)** and NKDSF Agent **(b) (6), (b) (7)(C)** met with **(b) (6), (b) (7)(C)** **(b) (6), (b) (7)(C)** for the purpose of this operational plan) identified **(b) (6), (b) (7)(C)** to be selling large quantities of methamphetamine and gun trafficking. **(b) (6), (b) (7)(C)** stated that **(b) (6), (b) (7)(C)** has numerous people selling crystal methamphetamine for him and will assault them for non payment of drug transactions. **(b) (6), (b) (7)(C)** stated that **(b) (6), (b) (7)(C)** has numerous people who are purchasing firearms for him and then redistributes the firearms to other known drug traffickers. **(b) (6), (b) (7)(C)** stated **(b) (6), (b) (7)(C)** is known to kidnap people for non payment for drug transactions. **(b) (6), (b) (7)(C)** stated that **(b) (6), (b) (7)(C)** is **(b) (6), (b) (7)(C)**. **(b) (6), (b) (7)(C)** stated that **(b) (6), (b) (7)(C)** keeps a drug/gun ledger and conducts transactions with his phone. **(b) (6), (b) (7)(C)** stated **(b) (6), (b) (7)(C)** is purchasing firearms for **(b) (6), (b) (7)(C)** who is a convicted felon and prohibited from possessing firearms. **(b) (6), (b) (7)(C)** has an active warrant out of Northern Kentucky for Possession of a Controlled Substance 1st degree, 1st offense. **(b) (6), (b) (7)(C)** stated **(b) (6), (b) (7)(C)** and **(b) (6), (b) (7)(C)** are currently staying at **(b) (6), (b) (7)(C)** **(b) (6), (b) (7)(C)**

On 08/07/2020, ATF affected the arrest of **(b) (6), (b) (7)(C)** and **(b) (6), (b) (7)(C)** after a pursuit and subsequent vehicle crash. A search of the vehicle located three firearms and approximately 78 grams of methamphetamine. Subsequently, a Cincinnati Police Informant contacted law enforcement and stated **(b) (6), (b) (7)(C)** **(b) (6), (b) (7)(C)** supplied **(b) (6), (b) (7)(C)** and **(b) (6), (b) (7)(C)** with the recovered methamphetamine earlier the same day. **(b) (6), (b) (7)(C)** **(b) (6), (b) (7)(C)** stated **(b) (6), (b) (7)(C)** has approximately 6 to 10 customers arrive at the target location daily.

Through the course of the investigation, a total of six firearms have been located, and traced through the ATF National Tracing Center. **(b)(3)(112 Pub. L. 55; 125 Stat. 552)**

**(b)(3)(112 Pub. L. 55; 125 Stat. 552), (b)(6), (b)(7)(C)**

Through my training and experience, **(b)(3)(112 Pub. L. 55; 125 Stat. 552)** , indicate that individuals are purchasing firearms and then immediately transferring them to prohibited persons, committing a felony by being untruthful on the ATF Form 4473, specifically question 11a.

- **Time period for NICS to monitor for subject's transactions**

Starting Date: As soon as possible       30 days _____       60 days _X__       90 days: _____

**Note:** The request must be renewed after period elapses.

The ATF requestor must fill out the attached request form and e-mail it to the Denial Enforcement and NICS Intelligence (DENI) Branch FBI NICS Liaison ██████████. If you have any questions, e-mail ██████████ at ██████████ or call at ██████████

**Note:** Monitoring requires a manual daily search by the FBI/ATF Liaison Specialists, ██████████, ████████████, and ██████████.  If you no longer need a flag on your suspect, please e-mail ██████████ at ██████████, ██████████ at ██████████, ██████████ at ██████████

5

**To:**                 (b) (6), (b) (7)(C)
**From:**      (b) (6), (b) (7)(C)
**Sent:**      Wed 7/22/2020 5:43:51 PM
**Subject:**  NICS Flag
2020 2 20 Requesting a NICS flag.docx

Can you please assist in flagging straw purchaser, (b) (6), (b) (7)(C) ? Please let me know if you need anything else.



Special Agent (b) (6), (b) (7)(C)
Bureau of Alcohol, Tobacco, Firearms and Explosives
Birmingham III Field Office
920 18th Street North; Room 214
Birmingham, AL 35203
Office (b) (6), (b) (7)(C)
Cell: (b) (6), (b) (7)(C)

## ATF Investigations Information Form for
## Monitoring Firearms Purchasers in the NICS

| | |
|---|---|
| Submit Date | 7/22/20 |
| Requestor Name | ATF SA (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| Case Number | 776065-20-0085 |
| Name of Subject | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | Black |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | |
| Miscellaneous Number(s) | |
| State of Residence | Alabama |
| Place of Birth | |
| Monitoring Time Frame | __30 days __60 days __90 days X 180 days |

- **Please list all violations that are applicable.  Suspected violation(s) (GCA/NFA):**
  18 USC 922(a)(6)-Knowingly making a false statement in connection with the purchase of a firearm

- **Detailed information about why your subject is under investigation.  What do you know and how do you know it?  Write this portion as if you are writing an affidavit:**

(b)(3)(112 Pub. L. 55; 125 Stat. 552), (b)(6), (b)(7)(C)

(b)(3)(112 Pub. L. 55; 125 Stat. 552), (b)(6), (b)(7)(C)          (b) (6), (b) (7)(C) and (b) (6), (b) (7)(C) are both originally from  (b) (6), (b) (7)(C) . (b) (6), (b) (7)(C) currently resides in  (b) (6), (b) (7)(C) .

On 5/20/20, SA (b) (6), (b) (7)(C) interviewed (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) admitted to straw purchasing at least 30 firearms. (b) (6), (b) (7)(C) advised that (b) (6), (b) (7)(C) was taking the firearms to Massachusetts to sell them because he could make more money than selling them in Alabama.


(b)(3)(112 Pub. L. 55; 125 Stat. 552), (b)(6), (b)(7)(C)

2

# (b)(3)(112 Pub. L. 55; 125 Stat. 552), (b)(6), (b)(7)(C)

(b)(3)(112 Pub. L. 55; 125 Stat. 552), (b)(6), (b)(7)(C) ██████ Video from the FFL on 7/20/20 shows [(b) (6), (b) (7)(C)] and [(b)(6), (b) (7)(C)] in the store with [(b) (6), (b) (7)(C)] and assisting him in picking out firearms to purchase.

The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, [(b) (6), (b) (7)(C)].  If you have any questions, e-mail [(b) (6), (b) (7)(C)] at [(b) (6), (b) (7)(C)] or call at [(b) (6), (b) (7)(C)]

**Note:**  Monitoring requires a manual, daily search by the Liaison Specialists, [(b)(6), (b)(7)(C), (b)(7)(E) - per], [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI], and [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI].  If you no longer need a flag on your suspect, please e-mail [(b) (6), (b) (7)(C)], [(b)(6), (b)(7)(C), (b)(7)(E) - per] at [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI], [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI] at [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI] or [(b)(6), (b)(7)(C)] at [(b)(6), (b)(7)(C), (b)(7)(E) - per FBI]

**To:** ███ (b) (6), (b) (7)(C) ███
**Cc:** ███(b)(6), (b)(7)(C), (b)(7)(E) - per FBI███(CJIS) ███(b)(6), (b)(7)(C), (b)(7)(E) - per FBI███ ███(b)(6), (b)(7)(C), (b)(7)(E) - per FBI███ (CK) (FBI)███(b)(6), (b)(7)(C), (b)(7)(E) - per FBI███
███ (b) (6), (b) (7)(C) ███ ███ (b) (6), (b) (7)(C) ███
**From:** ███ (b) (6), (b) (7)(C) ███
**Sent:** Mon 11/2/2020 6:28:37 PM
**Subject:** NICs Flags
███(b) (6), (b) (7)(C)███ NICS Flag Request.docx
███(b) (6), (b) (7)(C)███ NICS Flag Request.docx
███(b) (6), (b) (7)(C)███ NICS Flag Request.docx
███(b) (6), (b) (7)(C)███ NICS Flag Request.docx

Sir/Ma'am,

Please find the completed NICs Flag Request for SA ███(b) (6), (b) (7)(C)███ here in Albany.

███(b) (6), (b) (7)(C)███
Intelligence Research Specialist

Albany Field Office, NY Field Division
11A Clinton Ave – Suite 911
Albany, NY 12207

(Desk) ███(b) (6), (b) (7)(C)███
(Fax)  ███(b) (6), (b) (7)(C)███
(Cell) ███(b) (6), (b) (7)(C)███
███ (b) (6), (b) (7)(C) ███

## ATF Investigations Information Form for
## Monitoring Firearms Purchasers in NICS

Date___11/2/2020_____

| Agent /IOI | SA (b) (6), (b) (7)(C) |
|---|---|
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| ATF Case Number* | 765010-16-0044 |
| Name of Suspect | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | White |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | (b) (6), (b) (7)(C) |
| Miscellaneous Number(s) | |
| State of Residence | New York |
| Place of Birth | (b) (6), (b) (7)(C) |

*Requestor may not use general case numbers

- **Please list all violations that are applicable.** Suspected violation(s) (GCA/NFA):
  GCA violations 18USC922a1A;a6;m;924a1D

- **Detailed information about why subject is under investigation:**
  Violations of the GCA, specifically dealing/manufacturing without a license.  License is being
  surrendered/revoked.

- **Detailed information about the investigation.  What do you know and how do you know it.
  Write this portion as if you are writing an affidavit:**

  (b) (6), (b) (7)(C)  lost their FFL due to violations of the GCA in 2014.  Following the loss
  of the license, (b) (6), (b) (7)(C) got  (b) (6), (b) (7)(C)  to straw the license on paper, while (b) (6),
  (b) (6), (b) (7)(C) maintained ownership and control of the business, in a scheme to defraud the
  government. (b) (6), (b) (7)(C) along with (b) (6), (b) (7)(C) have since been violating the GCA by
  dealing firearms off the books of the FFL: (b) (6), (b) (7)(C) .
  Investigation has shown (b) (6), (b) (7)(C) still control the day-to-day functions of the FFL, in
  violation of the agreement made between (b) (6), (b) (7)(C), (b) (6), (b) (7)(C) and ATF at the granting of
  the FFL to (b) (6), (b) (7)(C)(b) (6), (b) (7)(C) are also believed to be illegally booking out firearms that are
  unaccounted for, or subject to theft/loss reports to ATF which the members of the conspiracy are
  unable to find.

2

- **Time period for NICS to monitor for subject's transactions**

Starting Date___11/2/2020___        30 days _____        60 days __X___        90 days _____

**Note:** The request must be renewed after period elapses.

The ATF requestor must fill out the attached request form and e-mail it to the Denial Enforcement and NICS Intelligence (DENI) Branch FBI NICS Liaison (b) (6), (b) (7)(C). If you have any questions, e-mail (b) (6), (b) (7)(C) at ███ (b) (6), (b) (7)(C) ███ or call at (b) (6), (b) (7)(C).

**Note:** Monitoring requires a manual daily search by the FBI/ATF Liaison, (b)(6), (b)(7)(C), (b)(7)(E) - per and backup (b)(6), (b)(7)(C), (b)(6), (b)(7)(C), (b)(7)(E). If you no longer need a flag on your suspect, please e-mail (b) (6), (b) (7)(C), (b)(6), (b)(7)(C), (b)(7)(E) - per at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI and (b)(6), (b)(7)(C), (b)(7)(E) - per FBI at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI

3

## ATF Investigations Information Form for
## Monitoring Firearms Purchasers in NICS

Date___11/2/2020_____

| Agent /IOI | SA (b) (6), (b) (7)(C) |
|---|---|
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| ATF Case Number* | 765010-16-0044 |
| Name of Suspect | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Female |
| Race | White |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | (b) (6), (b) (7)(C) |
| Miscellaneous Number(s) | |
| State of Residence | New York |
| Place of Birth | (b) (6), (b) (7)(C) |

*Requestor may not use general case numbers

- **Please list all violations that are applicable.** Suspected violation(s) (GCA/NFA):
  GCA violations 18USC922a1A;a6;m;924a1D

- **Detailed information about why subject is under investigation:**
  Violations of the GCA, specifically dealing/manufacturing without a license.  License is being surrendered/revoked.

- **Detailed information about the investigation.  What do you know and how do you know it. Write this portion as if you are writing an affidavit:**

  (b) (6), (b) (7)(C)   lost their FFL due to violations of the GCA in 2014.  Following the loss of the license, (b) (6), (b) (7)(C) got  (b) (6), (b) (7)(C)  to straw the license on paper, while (b) (6), (b) (7)(C) maintained ownership and control of the business, in a scheme to defraud the government. (b) (6), (b) (7)(C) along with (b) (6), (b) (7)(C) have since been violating the GCA by dealing firearms off the books of the FFL: (b) (6), (b) (7)(C). Investigation has shown (b) (6), (b) (7)(C) still control the day-to-day functions of the FFL, in violation of the agreement made between (b) (6), (b) (7)(C), (b) (6), (b) (7)(C) and ATF at the granting of the FFL to (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) are also believed to be illegally booking out firearms that are unaccounted for, or subject to theft/loss reports to ATF which the members of the conspiracy are unable to find.

2

- **Time period for NICS to monitor for subject's transactions**

Starting Date____11/2/2020____        30 days _____        60 days __X___        90 days _____

**Note:** The request must be renewed after period elapses.

The ATF requestor must fill out the attached request form and e-mail it to the Denial Enforcement and NICS Intelligence (DENI) Branch FBI NICS Liaison (b) (6), (b) (7)(C). If you have any questions, e-mail (b) (6), (b) (7)(C) at ▮ (b) (6), (b) (7)(C) ▮ or call at (b) (6), (b) (7)(C).

**Note:** Monitoring requires a manual daily search by the FBI/ATF Liaison, ▮ and backup ▮. If you no longer need a flag on your suspect, please e-mail (b) (6), (b) (7)(C), ▮ at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI and ▮ at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI

3

## ATF Investigations Information Form for Monitoring Firearms Purchasers in NICS

Date__11/2/2020____

| Agent /IOI | SA ██ (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| ATF Case Number* | 765010-16-0044 |
| Name of Suspect | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Female |
| Race | White |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | (b) (6), (b) (7)(C) |
| Miscellaneous Number(s) | |
| State of Residence | New York |
| Place of Birth | (b) (6), (b) (7)(C) |

*Requestor may not use general case numbers

- **Please list all violations that are applicable.** Suspected violation(s) (GCA/NFA):
  GCA violations 18USC922a1A;a6;m;924a1D

- **Detailed information about why subject is under investigation:**
  Violations of the GCA, specifically dealing/manufacturing without a license. License is being surrendered/revoked.

- **Detailed information about the investigation. What do you know and how do you know it. Write this portion as if you are writing an affidavit:**

  ██ (b) (6), (b) (7)(C) ██ lost their FFL due to violations of the GCA in 2014. Following the loss of the license, (b) (6), (b) (7)(C) got ██ (b) (6), (b) (7)(C) ██ to straw the license on paper, while (b) (6), (b) (7)(C) maintained ownership and control of the business, in a scheme to defraud the government. (b) (6), (b) (7)(C) along with (b) (6), (b) (7)(C) have since been violating the GCA by dealing firearms off the books of the FFL: ██ (b) (6), (b) (7)(C) ██. Investigation has shown (b) (6), (b) (7)(C) still control the day-to-day functions of the FFL, in violation of the agreement made between (b) (6), (b) (7)(C), (b) (6), (b) (7)(C) and ATF at the granting of the FFL to (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) are also believed to be illegally booking out firearms that are unaccounted for, or subject to theft/loss reports to ATF which the members of the conspiracy are unable to find.

2

- **Time period for NICS to monitor for subject's transactions**

Starting Date___11/2/2020___        30 days _____        60 days __X___        90 days _____

**Note:**  The request must be renewed after period elapses.

The ATF requestor must fill out the attached request form and e-mail it to the Denial Enforcement and NICS Intelligence (DENI) Branch FBI NICS Liaison (b) (6), (b) (7)(C). If you have any questions, e-mail (b) (6), (b) (7)(C) at      (b) (6), (b) (7)(C)      or call at (b) (6), (b) (7)(C)

**Note:**  Monitoring requires a manual daily search by the FBI/ATF Liaison, (b)(6), (b)(7)(C), (b)(7)(E) - per and backup (b)(6), (b)(7)(C), (b)(6), (b)(7)(C), (b)(7)(E)  If you no longer need a flag on your suspect, please e-mail (b) (6), (b) (7)(C), (b)(6), (b)(7)(C), (b)(7)(E) - per at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI and (b)(6), (b)(7)(C), (b)(7)(E) - per FBI at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI

3

**ATF Investigations Information Form for
Monitoring Firearms Purchasers in NICS**

Date___11/2/2020_____

| | |
|---|---|
| Agent /IOI | SA (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| ATF Case Number* | 765010-16-0044 |
| Name of Suspect | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | White |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | (b) (6), (b) (7)(C) |
| Miscellaneous Number(s) | |
| State of Residence | New York |
| Place of Birth | (b) (6), (b) (7)(C) |

*Requestor may not use general case numbers

- **Please list all violations that are applicable.** Suspected violation(s) (GCA/NFA):
  GCA violations 18USC922a1A;a6;m;924a1D

- **Detailed information about why subject is under investigation:**
  Violations of the GCA, specifically dealing/manufacturing without a license.  License is being
  surrendered/revoked.

- **Detailed information about the investigation.  What do you know and how do you know it.
  Write this portion as if you are writing an affidavit:**

  (b) (6), (b) (7)(C)    lost their FFL due to violations of the GCA in 2014.  Following the loss
  of the license, (b) (6), (b) (7)(C) got  (b) (6), (b) (7)(C)  to straw the license on paper, while (b) (6),
  (b) (6), (b) (7)(C) maintained ownership and control of the business, in a scheme to defraud the
  government. (b) (6), (b) (7)(C) along with (b) (6), (b) (7)(C) have since been violating the GCA by
  dealing firearms off the books of the FFL:          (b) (6), (b) (7)(C)
  Investigation has shown (b) (6), (b) (7)(C) still control the day-to-day functions of the FFL, in
  violation of the agreement made between (b) (6), (b) (7)(C), (b) (6), (b) (7)(C) and ATF at the granting of
  the FFL to (b) (6), (b) (7)(C)  (b) (6), (b) (7)(C) are also believed to be illegally booking out firearms that are
  unaccounted for, or subject to theft/loss reports to ATF which the members of the conspiracy are
  unable to find.

2

- **Time period for NICS to monitor for subject's transactions**

Starting Date___11/2/2020___        30 days _____        60 days __X___        90 days _____

**Note:** The request must be renewed after period elapses.

The ATF requestor must fill out the attached request form and e-mail it to the Denial Enforcement and NICS Intelligence (DENI) Branch FBI NICS Liaison (b) (6), (b) (7)(C). If you have any questions, e-mail (b) (6), (b) (7)(C) at ▮ (b) (6), (b) (7)(C) ▮ or call at (b) (6), (b) (7)(C)

**Note:** Monitoring requires a manual daily search by the FBI/ATF Liaison, ▮(b)(6), (b)(7)(C), (b)(7)(E) - per▮ and backup ▮(b)(6), (b)(7)(C),▮ ▮(b)(6), (b)(7)(C), (b)(7)(E)▮ If you no longer need a flag on your suspect, please e-mail (b) (6), (b) (7)(C), ▮(b)(6), (b)(7)(C), (b)(7)(E) - per▮ at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI and ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮ at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI



**To:** █ (b) (6), (b) (7)(C) █ ; █(b)(6), (b)(7)(C), (b)(7)(E) - per FBI█ (CJIS) (FBI)█(b)(6), (b)(7)(C), (b)(7)(E) - per FBI█ ; █(b)(6), (b)(7)(C)█
█(b)(6), (b)(7)(C), (b)(7)(E)█ (CK) (FBI)█(b)(6), (b)(7)(C), (b)(7)(E) - per FBI█]
**Cc:** █ (b) (6), (b) (7)(C) █ █ (b) (6), (b) (7)(C) █
**From:** █(b) (6), (b) (7)(C)█
**Sent:** Thur 10/29/2020 1:06:52 AM
**Subject:** █(b) (6), (b) (7)(C)█ NICS Request
█(b) (6), (b) (7)(C)█ NICS REQUEST.docx

Please see attached. Let me know if you need further. Also her name is misspelled on her driver's license █(b) (6), (b) (7)(C)█ She spells it properly █(b) (6), (b) (7)(C)█ on the 4473s when she fills them out.

Thank you!

**Special Agent** █(b) (6), (b) (7)(C)█
**Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)**
**Milwaukee Group III**
**Chicago Field Division**
█(b) (6), (b) (7)(C)█ cell



## ATF Investigations Information Form for
## Monitoring Firearms Purchasers in NICS

Date    October 28, 2020

| Agent /IOI | SA (b) (6), (b) (7)(C) |
|---|---|
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| ATF Case Number* | 772120-21-0009 |
| Name of Suspect | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Female |
| Race | Black |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | N/A |
| Miscellaneous Number(s) | MO OLN (b) (6), (b) (7)(C) |
| State of Residence | Missouri |
| Place of Birth | (b) (6), (b) (7)(C) |

*Requestor may not use general case numbers

- **Please list all violations that are applicable.** Suspected violation(s) (GCA/NFA):
- 18 U.S.C. Section 922(g)(1) Sale or transfer to a prohibited person
- 18 U.S.C. Section 922(g)(3) Drug user in possession of a firearm
- 18 U.S.C. Section 922(a)(6) False statement intended or likely to deceive FFL regarding fact material to the lawfulness of the sale
- 18 U.S.C. Section 922(a)(5) Non-FFL transfer of firearm to non-resident/FFL

- **Detailed information about why subject is under investigation:**

This subject admitted to straw purchasing firearms as well as being a drug user who possesses firearms. (b) (6), (b) (7)(C) purchased a firearm in Missouri (b)(3)(112 Pub. L. 55; 125 Stat. 552)
(b)(3)(112 Pub. L. 55; 125 Stat. 552)

- **Detailed information about the investigation.  What do you know and how do you know it. Write this portion as if you are writing an affidavit:**

# (b)(3)(112 Pub. L. 55; 125 Stat. 552), (b)(6), (b)(7)(C)

2

# (b)(3)(112 Pub. L. 55; 125 Stat. 552), (b)(6), (b)(7)(C)

On October 18, 2020, ATF was contacted by RPD for assistance related to a homicide that occurred on October 17, 2020. RPD requested assistance in contacting a Federal Firearms Licensee (FFL) in St. Charles, Missouri to obtain any ATF Form 4473's and video surveillance footage related to the sale of a Glock firearm to a (b) (6), (b) (7)(C) . Additionally, RPD requested ATF's assistance in expediting testing on a recovered shell casing against the National Integrated Ballistic Information Network (NIBIN). SA (b) (6), (b) (7) made email and telephone contact with (b) (6), (b) (7)(C) in St. Charles, Missouri. (b) (6), (b) (7)(C) stated (b) (6), (b) (7)(C) came into the store on October 2, 2020 to purchase a Glock, model 22 pistol bearing serial number (b) (6), (b) (7)(C) . (b) (6), (b) (7)(C) stated (b) (6), (b) (7)(C) filled out the ATF Form 4473 on October 2, 2020 but due to a delayed notice during the background check (b) (6), (b) (7)(C) did not actually complete the transfer and take possession of the firearm until October 8, 2020. (b) (6), (b) (7)(C) provided SA (b) (6), (b) (7) with a copy of the ATF Form 4473 as well as the sales receipt. (b) (6), (b) (7)(C) stated in store surveillance video was only retained for approximately fourteen (14) days before it was deleted. (b) (6), (b) (7)(C) stated he was able to check surveillance video from the store but the October 2, 2020 video footage was already deleted. (b) (6), (b) (7)(C) was able to save and burn a copy of the video from the completed firearm transfer on October 8, 2020 to a USB drive for ATF.

On October 19, 2020, ATF assisted RPD with the expedited testing of three (3) recovered fired cartridge casings from the homicide at the Milwaukee Police Department's Fusion Center against the National Integrated Ballistic Information Network (NIBIN). Testing indicated a high confidence correlation NIBIN match between the recovered cartridge casings. This is only a high confidence correlation NIBIN match between the recovered fired cartridge casings. Both items are still pending a one on one ballistic comparison for final confirmation that they were in fact fired from the same firearm. The Milwaukee NIBIN case number is (b) (6), (b) (7)(C).

On October 23, 2020, (b) (6), (b) (7)(C) was taken into custody by USMS in St. Louis, Missouri. ATF- St. Louis responded and assisted in a search of the residence. ATF also interviewed (b) (6), (b) (7)(C) on scene who admitted to straw purchasing the firearm used in the homicide.

On October 28, 2020, (b) (6), (b) (7)(C) was again interviewed by ATF where she admitted to being a drug user. (b) (6), (b) (7)(C) stated she smokes marijuana every day at least once or twice a day.

Based on the foregoing facts, it is the professional opinion of this Special Agent that there is sufficient probable cause to indicate (b) (6), (b) (7)(C) is providing false information on ATF Form 4473 to purchase for individuals other than herself, being a drug user in possession of firearms as well as transferring firearms to prohibited persons.

- **Time period for NICS to monitor for subject's transactions**

3

Starting Date __October 28, 2020__    30 days _____    60 days _____    90 days __X__

**Note:** The request must be renewed after period elapses.

The ATF requestor must fill out the attached request form and e-mail it to the Denial Enforcement and NICS Intelligence (DENI) Branch FBI NICS Liaison (b) (6), (b) (7)(C). If you have any questions, e-mail (b) (6), (b) (7)(C) at (b) (6), (b) (7)(C) > or call at (b) (6), (b) (7)(C)

**Note:** Monitoring requires a manual daily search by the FBI/ATF Liaison Specialists, (b)(6), (b)(7)(C), (b)(7)(E) - per FBI, (b)(6), (b)(7)(C), (b)(7)(E) - per FBI, and (b)(6), (b)(7)(C), (b)(7)(E) - per FBI. If you no longer need a flag on your suspect, please e-mail (b) (6), (b) (7)(C) (b)(6), (b)(7)(C), (b)(7)(E) - per at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI (b)(6), (b)(7)(C), (b)(7)(E) - per FBI at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI, (b)(6), (b)(7)(C), (b)(7)(C), (b)(7)... at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI.

**To:**                    (b) (6), (b) (7)(C)
**From:**  (b) (6), (b) (7)(C)
**Sent:**   Fri 10/2/2020 4:49:23 PM
**Subject:**  NICS Flag request form
(b) (6), (b) (7)(C)  Nics flag request.docx

Hello,
I wanted to submit the attached flagged request form for a suspect regarding case #761050-20-0081. If you
have any questions or concerns please contact me.

Thanks

Detective/Task Force Officer (b) (6), (b) (7)(C)
ATF Hyattsville Group II Task Force
PGPD Gun Intelligence Unit
Cell: (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C) @co.pg.md.us
    (b) (6), (b) (7)(C)

**ATF Investigations Information Form for
Monitoring Firearms Purchasers in NICS**

Date_____5/13/19___

| Agent /IOI | TFO (b) (6), (b) (7)(C) |
|---|---|
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| ATF Case Number* | 761050-20-0081 |
| Name of Suspect | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | Black |
| Social Security Number | |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | none |
| Miscellaneous Number(s) | |
| State of Residence | Virginia |
| Place of Birth | (b) (6), (b) (7)(C) |

*Requestor may not use general case numbers

- **Please list all violations that are applicable.** Suspected violation(s) (GCA/NFA):
- **922(a)(1)(A)** – Dealing without a license
- **922(a)(2)-** Interstate shipment of firearms/FFL to non-FFl
- **922(a)(6)**
- **924(a)(1)(A)**


- **Detailed information about why subject is under investigation:**

(b)(3)(112 Pub. L. 55; 125 Stat. 552), (b)(6), (b)(7)(C)

- **Detailed information about the investigation. What do you know and how do you know it. Write this portion as if you are writing an affidavit:**

(b)(3)(112 Pub. L. 55; 125 Stat. 552), (b)(6), (b)(7)(C)

# (b)(3)(112 Pub. L. 55; 125 Stat. 552), (b)(6), (b)(7)(C)

**A request was made through the** (b) (7)(E) **on** (b) (6), (b)(7)(C) **The report revealed four (4) records for possible firearm purchases from November 26, 2019 to December 22, 2019, a 1-month time frame. Furthermore, the firearms purchased by** (b) (6), (b) (b) (6), (b) (7)(C) **were not reported stolen prior to their recoveries in Prince George's County Maryland and Fredericksburg Virginia.**

- **Time period for NICS to monitor for subject's transactions**

Starting Date_____10/2/2019_____        30 days _____        60 days _____        90 days ____X_

**Note:** The request must be renewed after period elapses.

The ATF requestor must fill out the attached request form and e-mail it to the Denial Enforcement and NICS Intelligence (DENI) Branch FBI NICS Liaison (b) (6), (b) (7)(C). If you have any questions, e-mail (b) (6), (b) (7)(C) at (b) (6), (b) (7)(C) or call at (b) (6), (b) (7)(C).

**Note:** Monitoring requires a manual daily search by the FBI/ATF Liaison Specialists, (b)(6), (b)(7)(C), (b)(7)(E) - per (b)(6), (b)(7)(C), (b)(7)(E) - per FBI, and (b)(6), (b)(7)(C), (b)(7)(E) - per FBI. If you no longer need a flag on your suspect, please e-mail (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) (b)(6), (b)(7)(C), (b)(7)(E) - per at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI, (b)(6), (b)(7)(C), (b)(7)(E) - per FBI at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI (b)(6), (b)(7)(C), (b)(7)(C), (b)(7) at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI.

3

**To:** ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮ (CJISD) (FBI) ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮ ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮ (CJISD)
(FBI) ▮(b)(6), (b)(7)(C), (b)(7)(E) - per FBI▮    ▮(b) (6), (b) (7)(C)▮
**From:** ▮(b) (6), (b) (7)(C)▮
**Sent:** Mon 1/11/2021 3:47:55 PM
**Subject:** Request for Placement of Flag on ▮(b) (6), (b) (7)(C)▮
▮(b) (6), (b) (7)(C)▮ Flag Request.docx

Good morning,

At your convenience, can you please place a flag on ▮(b) (6), (b) (7)(C)▮.  To date, he has acquired ▮(b)(3)(112 Pub. L. 55; 125 Stat. 552)▮; however, he only has wages during the 2ⁿᵈ Quarter 2020.  He is also changing the spelling of his name, how is AZ DL is identified and the address where he resides.  The firearms are cartel-preferred and believed to be in Mexico.

If you need additional information, please let me know.

Have a great day and week!!

▮(b) (6), (b) (7)(C)▮

▮(b) (6), (b) (7)(C)▮
Senior Intelligence Research Specialist
Bureau of ATF
2255 W Ina Rd, Tucson, AZ 85741

▮(b) (6), (b) (7)(C)▮ (cell)
▮(b) (6), (b) (7)(C)▮ (office)

**ATF Investigations Information Form for**
**Monitoring Firearms Purchasers in the NICS**

| | |
|---|---|
| Submit Date | 1/11/2021 |
| Requestor Name | IRS (b) (6), (b) (7)(C) |
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| Case Number | 785070-21-0001 |
| Name of Subject | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Male |
| Race | Hispanic |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | |
| Miscellaneous Number(s) | AZ DL: (b) (6), (b) (7)(C) (also noted as (b) (6), (b) (7)(C) |
| State of Residence | AZ |
| Place of Birth | (b) (6), (b) (7)(C) |
| Monitoring Time Frame | __30 days __60 days _X_90 days __180 days |

- **Please list all violations that are applicable.  Suspected violation(s) (GCA/NFA):**

SUSPECTED GCA Violation 18 USC 922(a)(1) & 18 USC 922(a)(6)

- **Detailed information about why your subject is under investigation.  What do you know and how do you know it?  Write this portion as if you are writing an affidavit:**

(For example:  How do you know the subject is a straw purchaser?  How is the suspect violating the law?  Trace results; number of firearm(s) recovered and description; time to crime including what type of crime.  If possible, include an affirmative statement as to your professional opinion regarding the circumstances.  If you want to monitor more than one person, what links these suspects together?  What is known about the amount of money paid for the firearms and where is the money coming from?  Is the subject employed?)

(b)(3)(112 Pub. L. 55; 125 Stat. 552), (b)(6), (b)(7)(C)
(b)(3)(112 Pub. L. 55; 125 Stat. 552), (b)(6), (b)(7)(C) (b) (6), (b) (7)(C)'s only reported wages are from the 2nd Quarter 2020 when he earned almost (b) (6), (b) (7)(C)  Additionally, he has changed how he spells his name as well as used variations of his address and driver's license.  Even though none of the firearms have been recovered to date, they are cartel-preferred and believed to be in Mexico.

The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, (b) (6), (b) (7)(C).
If you have any questions, e-mail (b) (6), (b) (7)(C) at (b) (6), (b) (7)(C) or call at (b) (6), (b) (7)(C)
**Note:** Monitoring requires a manual, daily search by the Liaison Specialists, (b)(6), (b)(7)(C), (b)(7)(E) (b)(6), (b)(7)(C), (b)(7)(E) - per FBI, and (b)(6), (b)(7)(C), (b)(7)(E) - per FBI.  If you no longer need a flag on your suspect, please e-mail (b) (6), (b) (7)(C) (b)(6), (b)(7)(C), (b)(7)(E) - per FBI at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI, (b)(6), (b)(7)(C), (b)(7)(E) - per FBI at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI or (b)(6), (b)(7)(C), (b)(7)(E) - per FBI at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI

1

**To:**          (b) (6), (b) (7)(C)
**From:**     (b) (6), (b) (7)(C)
**Sent:**       Thur 4/30/2020 3:09:47 PM
**Subject:**   NICS Flag Request
2020-04-30 Requesting a NICS Flag    (b) (6), (b) (7)(C)    .docx

Sir,

Please find attached a NICS Flag request.

Thank you,


Special Agent (b) (6), (b) (7)(C)
Bureau of Alcohol, Tobacco, Firearms and Explosives
Milwaukee III Field Office
1000 N. Water Street, Suite 1400
(b) (6), (b) (7)(C) Desk
(b) (6), (b) (7)(C) Cell
Milwaukee, WI, 53202

**ATF Investigations Information Form for**
**Monitoring Firearms Purchasers in NICS**

Date: August 19, 2019

| Agent /IOI | Special Agent (b) (6), (b) (7)(C) |
|---|---|
| Contact Number | (b) (6), (b) (7)(C) |
| E-mail Address | (b) (6), (b) (7)(C) |
| ATF Case Number | 772120-19-0041 |
| Name of Suspect | (b) (6), (b) (7)(C) |
| Date of Birth | (b) (6), (b) (7)(C) |
| Gender | Female |
| Race | Black |
| Social Security Number | (b) (6), (b) (7)(C) |
| FBI Number | (b)(6), (b)(7)(C) - per FBI |
| State Record Number | Wisconsin: (b) (6), (b) (7)(C) |
| Miscellaneous Number(s) | N/A |
| State of Residence | WI |
| Place of Birth | (b) (6) |

- **Please list all violations that are applicable.  Suspected violation(s) (GCA/NFA):**

1) 18 U.S.C. §922 (a)(6) (lying and buying firearms)

- **Detailed information about why subject is under investigation:**

1. On January 21, 2020, (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) traveled to Dunham's Sports located at 2550 S. 108th Street, West Allis, Wisconsin, (Milwaukee County); a Federal Firearms Licensee (FFL). Your Affiant reviewed the surveillance video from this day and observed (b) (6), (b) (7)(C) approached the firearms counter with a black male and a black female.  The male was similar in appearance to (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) ), (b) (6), (b) (7)(C) . (b) (6), (b) (7)(C) completed an ATF Form 4473 for a (b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C) ) Affiant knows

2

that ▇▇▇ was prohibited from purchasing a firearm during this time. Affiant also knows from training and experience that it is common for a straw buyer to travel with the intended recipient so they can guide the straw buyer to purchase the correct firearm. A background check was initiated on ▇▇▇ and she was ultimately cleared to receive the firearm. Continuing on January 25, 2020, ▇▇▇ returned alone to the FFL Dunham's and the pistol was transferred into her possession.

2. On February 15, 2020, a shooting occurred at ▇▇▇ Milwaukee, Wisconsin. The exchange of gunfire happened near and around the door to ▇▇▇ Milwaukee Police Department (MPD) officers responded to a shooting and found two (2) gunshot victims. On scene, MPD located forty-two (42) 9mm expended casings. MPD discovered ▇▇▇ ▇▇▇ ▇▇▇ ▇▇▇ ▇▇▇, and ▇▇▇ ▇▇▇ were at the apartment with the victims during the shooting.

3. ▇▇▇ (M/B, ▇▇▇, shot in the exchange, told MPD he was in his apartment with ▇▇▇, B/M ▇▇▇ ▇▇▇ allows ▇▇▇ to sell cocaine from his unit, and ▇▇▇ to sell marijuana from the unit. Rival drug dealer ▇▇▇, B/M ▇▇▇ sells drugs from ▇▇▇ and came to ▇▇▇ door with ▇▇▇ B/M ▇▇▇ and ▇▇▇ B/M ▇▇▇During the argument ▇▇▇ fired shots striking ▇▇▇

4. Responding officers observed ▇▇▇ ▇▇▇ and ▇▇▇ at a bus stop near the shooting scene located at ▇▇▇ Milwaukee, WI. On the ground, near the bus stop, was a ▇▇▇ (b)(3) (112 Pub. L. 55, 125 Stat. 552), (b)(6), (b)(7)(C) that was recovered by MPD. Officers conducted interviews of ▇▇▇ ▇▇▇ and ▇▇▇ The following is a summarization of their statements:

5. ▇▇▇ told officers that he drove ▇▇▇ and ▇▇▇ to ▇▇▇ Milwaukee, Wisconsin, ▇▇▇ because ▇▇▇ wanted to purchase marijuana there. ▇▇▇ was inside this apartment when someone started shooting. ▇▇▇ advised he knew ▇▇▇ kept

her Smith & Wesson pistol (serial number ▓▓▓▓ inside the blue Dodge Caravan without license plate. ▓▓▓▓ told ▓▓▓▓ to take the firearm with him during the purchase of marijuana "just in case". ▓▓▓▓ removed the firearm from the van and took it inside ▓▓▓▓. Affiant knows from training and experience that a straw buyer will place a firearm in a location that is accessible to a prohibited person so they can have access to the firearm when needed. Once inside the apartment, ▓▓▓▓ stated he was exiting the bathroom when he heard loud knocking followed by gunfire. At this time, he jumped from the window and ran. He eventually stopped at the bus stop ▓▓▓▓ ▓▓▓▓). While ▓▓▓▓ was resting at the bus stop, an older black male (later identified as ▓▓▓▓) from inside the apartment approached and attempted to hand him the Smith & Wesson, model SD9VE, 9mm pistol bearing serial number ▓▓▓▓ The man told ▓▓▓▓ to "give this to▓▓▓▓ Affiant knows that ▓▓▓▓ is ▓▓▓▓.

6. ▓▓▓▓ told officers that on 02/15/2020, he traveled to ▓▓▓▓ Milwaukee, Wisconsin, ▓▓▓▓ with ▓▓▓▓ and ▓▓▓▓ ▓▓▓▓ advised he smoked a blunt with a female he knew as "▓▓▓▓ in the apartment. Affiant knows from training and experience that a blunt is a cigar containing marijuana. He then heard noise coming from the front door followed by gunshots. ▓▓▓▓ jumped from a second floor window and ran.

7. ▓▓▓▓ explained to MPD that ▓▓▓▓ is ▓▓▓▓. On the morning of 02/15/2020, she asked ▓▓▓▓ to pick her up. Shortly after, ▓▓▓▓ arrived and picked her up. They then drove to ▓▓▓▓ and picked up ▓▓▓▓ Next, ▓▓▓▓ received a phone call from a subject known as "▓▓▓▓ (later identified as ▓▓▓▓) to come and pick him up. They then drove to ▓▓▓▓ to ▓▓▓▓ location. At this location ▓▓▓▓ observed three (3) males with a threatening appearance (one of whom she later identified as ▓▓▓▓). ▓▓▓▓ met them outside and led them to ▓▓▓▓. ▓▓▓▓ told them the males they saw outside believed he stole robbed someone for a cellular phone, but he did not do it. ▓▓▓▓ advised that in addition to ▓▓▓▓ ▓▓▓▓ ▓▓▓▓ and herself, there were two (2) additional females

4

inside the apartment she did not know. Inside the apartment ███ was showing of a black and silver pistol and advised he would use it to protect himself. ███ advised ███ was addicted to crack cocaine and she observed him use the substance in the past. ███ explained that she heard noise from the front door consistent with someone trying to force their way inside. At this moment, ███ hid under the kitchen sink. She then heard gunshots and observed ███ between the kitchen and living room firing shots into the hallway from inside the apartment. ███ advised someone was also shooting into the apartment from the hallway at this time but she could not see who it was.

8. Expended casings from the scene were tested utilizing the National Integrated Ballistic Identification Network (NIBIN) system. On 02/18/2020, MPD test fired the Smith & Wesson, model SD9VE, 9mm pistol bearing serial number ███ that was transferred to ███ on January 25, 2020. The test firing confirmed that some expended casing recovered during the shooting that occurred on 02/15/2020 at ███ Milwaukee, Wisconsin, ███ were fired from the Smith & Wesson, model SD9VE, 9mm pistol bearing serial number ███

9. As police conducted their preliminary investigation, ███ arrived on scene and advised she received a Facebook call from ███ alerting her of the situation. ███ ask to claim her blue, 2003 Dodge Caravan (no license plate) that was ███ ███ and ███ used to arrive on scene. Officers found the title for the vehicle on ███ ███ confirmed that ███ drove the vehicle from her residence. She related to officers that she place her Smith & Wesson pistol with silver slide in the and black frame inside the vehicle where the car jack is located. ███ did not know the caliber of the firearm. Affiant knows that straw buyers will only know limited facts about the firearm and will not know important facts that firearms owners know (such as the caliber of ammunition needed for the firearm to function). ███ and ███ signed a consent to search for the Dodge Caravan and no firearm was located.

10. SA ███ reviewed the publicly viewable portions of the Facebook page listed as

**https://www.facebook.com** [(b) (6), (b) (7)(C)] **User Name:** [(b) (6), (b) (7)(C)]    Affiant observed photographs posted to the page and believes this to be the same [(b) (6), (b) (7)(C)] when compared to her Wisconsin Driver's License photograph.  Affiant also observed publicly viewable posts from the above profile and found the following posts of interests in this investigation:

11. SA [(b) (6), (b) (7)(C)] observed surveillance footage of [(b) (6), (b) (7)(C)] completing the ATF Form 4473 for the Smith & Wesson, model SD9VE, 9mm pistol bearing serial number [(b) (6), (b) (7)(C)] recorded on January 21, 2020 that was recovered by MPD on February 15, 2020.  Your affiant observed a male and a female with [(b) (6), (b) (7)(C)]  The male had a similar appearance to [(b) (6), (b) (7)(C)]  Affiant knows that [(b) (6), (b) (7)(C)] could not purchase a firearm during the time [(b) (6), (b) (7)(C)] completed the above ATF Form 4473.  Affiant also knows that the intended recipient will often go with a straw buyer to direct them to the desired firearm.

12. On January 25, 2020, the below photograph of a firearm matching the description of the firearm transferred to [(b) (6), (b) (7)(C)] at FFL Dunham's on that day was posted to the suspected Facebook profile of [(b) (6), (b) (7)(C)]  The photograph had the caption, [(b) (6), (b) (7)(C)]    Another Facebook profile commented on the posting, [(b) (6), (b) (7)(C)] Affiant knows that the above comment means to pull a firearm on someone who is not paying attention. The [(b) (6), (b) (7)(C)] profile responded, "Period" in confirmation of this statement.



13. Continuing on March 05, 2020 (b) (6), (b) (7)(C) returned to FFL Dunham's located at 2550 S. 108th Street, West Allis, Wisconsin and completed the ATF Form 4473 for a Taurus, model G3, 9mm pistol, bearing serial number (b) (6), (b) (7)(C)    Affiant reviewed the surveillance footage on that day and observed approximately three (3) black males that appear to be with her during the purchase. (b) (6), (b) (7)(C) left the store that day without the firearm.

14. On March 09, 2020, a photograph is posted to the above suspected Facebook account of (b) (6), (b) (7)(C) of a receipt for bail at the Milwaukee County Jail. The inmate listed on the receipt is (b) (6), (b) (7)(C) (b) (6), (b) (7)(C)    Tagged on the photograph is Facebook Profile "(b) (6), (b) (7)(C)". Affiant reviewed the (b) (6), (b) (7)(C) Faccebook profile and found the images consistent with those of (b) (6), (b) (7)(C).



15. On March 25, 2020, [(b) (6), (b) (7)(C)] returned to the FFL Dunham's in West Allis, WI, and received the Taurus, model G3, 9mm pistol, bearing serial number [(b) (6), (b) (7)(C)]  This is approximately 20 days after she completed the ATF Form 4473.  Your affiant knows from training and experience that this is uncommon for a firearm's purchaser to wait this long to retrieve their firearm from the FFL.  This can be an indicator that this firearm was not for the purchaser's collection.

16. Continuing on this day, a photograph was posted to the above Facebook account associated with [(b) (6), (b) (7)(C)] of an object similar to the Taurus, model G3, 9mm pistol, bearing serial number [(b) (6), (b) (7)(C)] that was transferred into her possession that day.

8





- **Time period for the NICS to monitor subject's transactions**

Starting Date: April 29, 2020   30 days _____   60 days _____   90 days **X**

**Note:**  The request must be renewed after the requested period elapses.

The ATF requestor must fill out the attached request form and e-mail it to the ATF NICS Liaison, (b) (6), (b) (7)(C).  If you have any questions, e-mail (b) (6), (b) (7)(C) at ▢(b) (6), (b) (7)(C)▢ or call at (b) (6), (b) (7)(C).

**Note:**  Monitoring requires a manual, daily search by the Liaison Specialists, (b)(6), (b)(7)(C), (b)(7)(E) - per F (b)(6), (b)(7)(C), (b)(7)(E) - per FBI and (b)(6), (b)(7)(C), (b)(7)(E) - per FBI.  If you no longer need a flag on your suspect, please e-mail (b) (6), (b) (7)(C), (b)(6), (b)(7)(C), (b)(7)(E) - per at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI, (b)(6), (b)(7)(C), (b)(7)(E) - per FBI at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI or (b)(6), (b)(7)(C (b)(6), (b)(7)(C), (b)(7)(E) at (b)(6), (b)(7)(C), (b)(7)(E) - per FBI.

10