UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BUREAU OF ALCOHOL, TOBACCO, ) <br> FIREARMS AND EXPLOSIVES, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 21-2919 (ABJ) |

### PLAINTIFFS' MOTION TO STAY JUDGMENT PENDING APPEAL

For the reasons stated in Plaintiffs' enclosed Memorandum in Support, Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation respectfully move this Court to stay its July 23, 2025 Order that "plaintiffs: (1) shall sequester the unredacted portions of the records produced in defendant's thirteenth production; and (2) they shall not disseminate, disclose, or use for any purpose those portions of the records," ECF #43, pending Plaintiffs' appeal to the U.S. Court of Appeals for the District of Columbia Circuit.

First, Plaintiffs make a "strong showing" that they are likely to succeed on the merits, *Nken v. Holder*, 556 U.S. 418, 434 (2009), because (1) the D.C. Circuit's decision in *HRDC v. U.S. Park Police*, 126 F.4th 708 (D.C. Cir. 2025), controls this case; (2) this Court lacks "equitable authority" to prevent dissemination of inadvertently produced FOIA material; and (3) this Court's Order constitutes a quintessential (and unconstitutional) prior restraint in violation of the First Amendment.

1

Second, Plaintiffs will be irreparably injured absent a stay, because "[t]he loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Elrod v. Burns*, 427 U.S. 347, 373 (1976).

Third, a stay will not injure Defendant. The government's alleged "harm and the public interest are one and the same, because the government's interest *is* the public interest." *Pursuing America's Greatness v. FEC*, 831 F.3d 500, 511 (D.C. Cir. 2016). Moreover, the "Government's 'policy goals may never triumph over the Constitution.'" *AP v. Budowich*, 2025 U.S. Dist. LEXIS 69980, at *6 (D.D.C. Apr. 11, 2025). Indeed, a stay will advance the public interest, because "there is always a strong public interest in the exercise of free speech rights otherwise abridged by an unconstitutional regulation...." *Pursuing America's Greatness*, 831 F.3d at 511.

Pursuant to L.Cv.R. 7(m), Counsel for Plaintiffs conferred with Counsel for Defendant, who stated that Defendant opposes the relief requested in this motion.

Respectfully submitted,

August 7, 2025

s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
DC District Court Bar# MS0009

George L. Lyon, Jr. (D.C. Bar No. 388678)
Bergstrom Attorneys
4000 Legato Road, Suite 1100
Fairfax, VA 22033
202-669-0442, fax 202-483-9267
gll@bergstromattorneys.com

Counsel for Plaintiffs

2

## **CERTIFICATE OF SERVICE**

I, Stephen D. Stamboulieh, hereby certify that on August 7, 2025, I have caused the foregoing document or pleading to be filed with this Court's CM/ECF system which generated a notice and delivered the document to all counsel of record.

*By: Stephen D. Stamboulieh*
Stephen D. Stamboulieh

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 21-2919 (ABJ) |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFFS' PROPOSED ORDER GRANTING MOTION TO STAY JUDGMENT PENDING APPEAL

Upon consideration of Plaintiffs' Motion to Stay Judgment Pending Appeal and the Memorandum in Support, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**, and this Court's July 23, 2025 Order [Dkt. # 43] is **STAYED** pending resolution of Plaintiffs' appeal.

**SO ORDERED.**

_____
United States District Judge

DATE: _____