UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BUREAU OF ALCOHOL, TOBACCO, ) <br> FIREARMS AND EXPLOSIVES, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 21-2919 (ABJ) |

**PLAINTIFFS' NOTICE OF COMPLIANCE WITH THIS COURT'S ORDER**

COME NOW, Gun Owners of America, Inc. and Gun Owners Foundation ("Plaintiffs") and, out of an abundance of caution, file this, their Notice of Compliance with this Court's Order:

On July 23, 2025, this Court entered its Order, ordering Plaintiffs to "sequester the unredacted portions of the records produced in defendant's thirteenth [FOIA] production" and further ordering Plaintiffs to "not disseminate, disclose, or use for any purpose those portions of the records." *See* ECF # 43. Plaintiffs appealed this Court's Order on August 25, 2025 (ECF # 48) and the U.S. Court of Appeals for the District of Columbia Circuit currently has jurisdiction. Defendant's responsive appellate brief is due to be filed tomorrow, December 4, 2025.

Yesterday, on December 2, 2025, Defendant's appellate counsel contacted undersigned counsel for Plaintiffs to suggest that Defendant could make a supplemental production of portions of the *unredacted* information from ATF's "thirteenth production" which is subject to this Court's gag order. By email dated the same day, Plaintiffs rejected that offer.

Nevertheless, this morning, Plaintiffs' counsel received an unsolicited email from ATF, together with two PDF attachments. This ATF email purports to include "portions of the 116 pages

1

containing ATF equities previously redacted pursuant to Exemptions 3 and 7(E) of the FOIA. Individual redactions identify the exemption pursuant to which the redacted material was withheld." *See* Exhibit 1, Letter from Hirsch Kravitz.

Plaintiffs believe they are obligated to advise this Court of three critical facts concerning this transmission of records – records which Plaintiffs are enjoined from using in any manner. Indeed, ATF's transmission could be construed as creating the opportunity to violate, or inviting a violation of, this Court's Order.[1]  First, Plaintiffs **did not request** this transmission and, as described above, rejected the government's plan to provide these documents which, had they been opened, could have been construed as a violation of this Court's injunction.  Second, after opening ATF's transmittal letter, counsel for Plaintiffs **did not open** the accompanying production, as Plaintiffs and undersigned counsel remain enjoined from "use for any purpose" of the previously redacted portions of the thirteenth production, including Defendant's new transmittal of that very same restricted information.  Third, Plaintiffs notify the Court that **they will sequester** ATF's transmission from this morning, pursuant to this Court's Order.  Plaintiffs file this Notice of Compliance to prevent any implication that Plaintiffs have violated or might violate this Court's Order based on Defendant's unsolicited and unauthorized transmission of documents.

Respectfully submitted,

December 3, 2025
*s/ Stephen D. Stamboulieh*

| | |
|---|---|
| Stephen D. Stamboulieh | Robert J. Olson |
| Stamboulieh Law, PLLC | William J. Olson, P.C. |
| P.O. Box 428 | 370 Maple Avenue West, Ste. 4 |
| Olive Branch, MS  38654 | Vienna, VA 22180 |
| (601) 852-3440 | T: (703) 356-5070 |
| DC District Court Bar # MS0009 | rob@wjopc.com |

---

[1] *See Alemite Mfg. Corp. v. Staff,* 42 F.2d 832, 832 (2d Cir. 1930) ("a person who knowingly assists a defendant in violating an injunction subjects himself to civil as well as criminal proceedings for contempt.  This is well settled law.").

stephen@sdslaw.us

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Stephen D. Stamboulieh, hereby certify that, on December 3, 2025, I have caused the foregoing document or pleading to be filed with this Court's CM/ECF system, which generated a notice and delivered the document to all counsel of record. Additionally, I have caused this filing to be sent, by electronic mail, to the following Non-ECF participants:

Hirsh D. Kravitz, Esq.
Chief, Information and Privacy Governance Division
Bureau of Alcohol, Tobacco, Firearms and Explosives
Hirsh.Kravitz@atf.gov

Maxwell Baldi
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
(202) 532-0211
maxwell.baldi@usdoj.gov

*By: Stephen D. Stamboulieh*
Stephen D. Stamboulieh
