

U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

www.atf.gov

December 3, 2025         FOIA Request:    2021-0818
                         FOIA Litigation: 21-cv-02919

VIA EMAIL:  robert.jeffrey.olson@gmail.com; stephen@sdslaw.us

Mr. Robert J. Olson, Esquire
370 Maple Avenue W, Suite 4
Vienna, VA 20004

Mr. Stephen Dean Stamboulieh
Stamboulieh Law, PLLC
PO Box 428
Olive Branch, MS 38654


Dear Mr. Olson and Mr. Stamboulieh:

This is a supplemental response to your Freedom of Information Act (FOIA)/Privacy Act request dated April 28, 2021, in which you requested the following records related to NICS Audit Log Review (Monitoring):

    (a) records showing the number of individuals for whom ATF is requesting or has requested NICS monitoring, during the 12-month period preceding this request;

    (b) records demonstrating the purpose(s) for which each individual has been monitored (i.e., suspected straw purchases, false statements, etc.);

    (c) records discussing the legality of NICS monitoring;

    (d) records demonstrating the number of individuals prosecuted as a result of being "monitored" by the program (criminal case docket numbers will suffice); and

Exhibit 1

(e) records demonstrating any reported unlawful or otherwise improper misuse of NICS monitoring by ATF personnel (or contractors of ATF).

After conducting an additional review, ATF is reissuing 116 responsive records. After reviewing our previous production, ATF is releasing portions of the 116 pages containing ATF equities previously redacted pursuant to Exemptions 3 and 7(E) of the FOIA. Individual redactions identify the exemption pursuant to which the redacted material was withheld. Redactions recommended by the FBI are marked "- per FBI."

If you have any questions or concerns about the information provided, please contact Civil Division Appellate Staff attorney Maxwell Baldi at Maxwell.Baldi@usdoj.gov.

Sincerely,

Hirsh D. Kravitz, Chief
Information and Privacy Governance Division